United States District Court
District of Delaware

3-14-2005

To: Judge Sue L. Robinson

In suport of:

Harry Samuel, plaintiff

Civ. No. 05-037-SLR

v.

Thomas Carroll, Lt. porter, Counselor Kramer, I.B.C.C. (the classification committee), and Dental Service.
  Defendants.


FILED
MAR 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The plaintiff submitt the order procedure of the defendants.

① first a inmate is assigned a counselor Kramer to assign treatment.

② Next a inmate go to classification in front of Lt. porter. Lt. porter is always accompanied by the counselor

③ Next Lt. porter, accompanied by the Counselor Kramer, send their recomendation to the I.B.C.C. Committee the I.B.C.C. approve or not approve, Lt. porter and Counselor Kramer recomendation.

④ Next the warden, vetoe the I.B.C.C..

Also the plaintiff submit that I am kept locked in the shower for long times until the guard get ready to let me out of the shower I dont feel right being left in the shower I feel sick and itch because the showers are dirty. and there is no light switch in my cell, my cell light is turned on every day at 4pm and kept on until 11:30pm the guard has the light switch and I have light in my eyes all day that stress me. guard corn bread I ask to put the hand cuffs in front at the dentist c[...]    over page

the plaintiff argues that I was approved and Classified by the I.B.C.C. to Med. on 6/29/04. (see Exhibit A-13) and after waiting about 3 months to be moved to Med. (Medium) I was moved backward put in MHU/Max (Exhibit A-14) I did not have any write ups after Exhibit A-13 (approved for Med. (Medium)) the plaintiff argues I was already placed in Max once (MHU/Max) see A-13. but again I was place in Max the SHU/Max)(see Exhibit C-1 and C2) and down graded from the Compound (A-13) Med. all the way down to level 1 SHU/Max the lowest punishment posible [outside of the week I was put in Isolation tier first] see (C-1, C-2) the plaintiff submit even though I was violated by abuse of discretion, by the Committee make decisions wholly irrelevant to my treatment and Rehabilitation that I was punished to servely by placing me down to level 1. and while in Max I have to be hand cuff behind my back in the dentist chair.

## Conclusion

the plaintiff prays that the Court intervene and have plantiff moved to minimum where I met the quilifications and to award plantiff $100,000.00 in monetary relief for Emotional distress, Mental stress and IV. Statement of Claims, or award what the Court will allowe.

Service List: By placing copy to Attorney General of delaware. in prison mailing system on 3-14-2005

To: Jane Brady
Attorney General
of delaware
820 N. french street
wilmington, DE. 19801

Harry Samuel

3-11-05