IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SAMUEL, | ) |
|     Plaintiff, | ) ) ) ) |
| v. | ) Civ. No. 05-037-SLR ) |
| THOMAS CARROLL, LT. PORTER, COUNSELOR KRAMER, I.B.C.C. (THE CLASSIFICATION COMMITTEE), and DENTAL SERVICE, | ) ) ) ) ) ) |
|     Defendants. | ) ) |

FILED
APR 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Harry Samuel, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $11.85 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated April 13, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: April 18, 2005.

*Harry Samuel*
Harry Samuel

I/M Harry Samuel
SBI# 00260360 UNIT 19C3u
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

To: The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570