In the United States District Court
for the District of Delaware

Harry Samuel
      Plaintiff,

v.

Thomas Carroll, LT. Porter,
Counselor Kramer, I.B.C.C.
(The Classification Committee),
and Dental Service,
      Defendants.

Civ. No. 05-037-SLR



FILED
APR 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Filing fee order: Dated 4-13-05

1. To this Court it is my understanding that I must return the authorization form to the U.S. District Court as the right forum.

2. I was instructed that the filing fee was $150.00 but this Court filing fee order dated 4-13-05, has $250.00 as the filing fee for the complaint, which is $100.00 more than the previous posted filing fee.

Has the filing fee increased $100.00, more? and is $250.00 correct?

I await your response.

Respectfully Submitted
very Truely yours

Harry L. Samuel
      Pro Se

Dated: 4-18-05
H L.S

I/M Harry Samuel
SBI # 00201360 UNIT 19C3u
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

To. The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570