OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 9, 2005

TO: Harry Samuel
    DCC
    SBI #201360

RE: **Amended Authorization Form; CA 05-37 SLR**

Dear Mr. Samuel:

The Clerk's Office is in receipt of your letter filed April 25, 2005 regarding the correct filing fee for the above civil action. A copy of this letter, listed as Docket Item (DI) 12, is attached for reference.

The initial filing fee assessed in this case per the order dated February 15, 2005 was $150.00. However, the original authorization form mailed April 14, 2005 (DI 10) listed the filing fee for the case as being $250.00. Please be advised that the filing fee in CA 05-37 SLR is $150.00 Enclosed is an Amended Authorization form to be completed by you and returned to the Clerk's office. Should you have further questions regarding this matter, please contact the Clerk's office at the above address.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/btg

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson; CA 05-37 SLR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SAMUEL, | ) |
|       Plaintiff, | ) |
| v. | ) Civ. No. 05-037-SLR |
| THOMAS CARROLL, LT. PORTER, COUNSELOR KRAMER, I.B.C.C. (THE CLASSIFICATION COMMITTEE), and DENTAL SERVICE, | ) |
|       Defendants. | ) |

**AMENDED AUTHORIZATION**

I, Harry Samuel, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $11.85 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _____, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is **$150.00**. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2005.

_____
Harry Samuel

⑫

COPY

In the United States District Court
for the District of Delaware

Harry Samuel
    Plaintiff,

v.

Thomas Carroll, LT Porter,
Counselor Kramer, I.B.C.C.
(The Classification Committee),
and Dental Service,
    Defendants

Civ. No. 05-037-SLR



RE: Filing fee Order: Dated 4-13-05

1. To this Court it is my understanding that I must return the authorization form to the U.S. District Court as the right forum.

2. I was instructed that the filing fee was $150.00 but this Court filing fee order dated 4-13-05, has $250.00 as the filing fee for the complaint, which is $100.00 more than the previous posted filing fee.

   Has the filing fee increased $100.00 more? and is $250.00 correct?

I await your response.

Respectfully Submitted
very Truely yours

Harry L. Samuel
    Pro Se

Dated 4-18-05
HLS