IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SAMUEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-037-SLR |
| | ) |
| THOMAS CARROLL, LT. PORTER, | ) |
| COUNSELOR KRAMER, I.B.C.C. | ) |
| (THE CLASSIFICATION | ) |
| COMMITTEE), and DENTAL | ) |
| SERVICE, | ) |
| | ) |
| Defendants. | ) |

FILED

MAY 16 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AMENDED AUTHORIZATION**

I, Harry Samuel, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $11.85 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 4/13/05, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is **$150.00**. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 5-13, 2005.

*Harry Samuel*
Harry Samuel

I/M Harry L. Samuel
SBI# 00201360 UNIT 21C 7L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



To. office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE.
19720





U.S.M.S.
X-RAY