In the United States District Court
for the District of Delaware

Harry Samuel
    Plaintiff

v.

Thomas Carroll

Civ. No. 05-037-SLR



FILED
MAY 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION for Appointment
of Counsel

The plaintiff submit that my case is complicated and I can't afford Counsel. And ask the Court to appoint Counsel to represent me and my case.

Date: 5-13-05

Respecfully Submitted
Very truely yours
Harry L. Samuel
    pro se
SBI # 00201360
D.C.C. 21 C 7L

United States

I Harry Samuel, certify that these document(s) Motion for appointment of counsel, and classification up date memo Dated 5-13-05 was given to prison officials on 5-13-05 for forwarding to the United States District court 844 N. King Street and for forwarding to opposing Counsel

TO: Loren C. Meyer, ESQ.
Department of Justice
820 North French Street
Carvel Office Building
Wilmington, DE. 19801

I certify under penalty of perjury that the foregoing is true and correct.

Civ. No. 05-037-SLR
Date; 5-13-05

Harry Samuel
pro Se
SBI # 00201360
D.C.C. 21C 74





I/M Harry Samuel
SBI# 00201360 UNIT 21C 7L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To. Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570