In the United States District Court
for the District of Delaware

Harry Samuel
         Plaintiff      Civ. No. 05-037-SLR
   V.
Thomas Carroll

**FILED**
MAY 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Classification update Memo.

The Plaintiff submit a update on my case claims as of 5-13-05.

About Fedruary while in SHU/Max (exhibit C-1, C-2) I was up graded of level 1 (one) to level 2, still in SHU/Max.

The whole time I was in SHU/Max (Exhibit C-1, C-2) I constitly ask Sgt. Conley for a pillow, T-shirts, Boxers, wash cloth and Towell. My request was denied. Sgt. Conley, ask me to write a request letter so he Conley, would give my request letter to the lieutanant. The guard later everyone request by going door to door. I still did not get any requested Ittems.

April, 22-05 The MDT (Counselor, Zanda and LT. Porter) came to my cell in SHU/Max to classify me, they said they recomended me for MHU building 22 or 23 where I was was when I was working. But instead I was mored out of SHU/Max (exhibit C-1, C-2) and mored back to MHU/Max (Exhibit A-14). Altogether I have been In Max for about 9 months. MHU 22 or 23 is out of Max, orange color and into yellow color.

on May-9-05 I was up graded to level 3, off of level 2.

I was not given my copies of these new changes of level changes and classification and move to building 21 again.

September 2004 I requested dental treatment, my request was denied and The dental assistant told me it takes 8-9 months to filling my tooth (Exhibit A-19, is next I grieved this matter and the resualts was the same,) the center warden and Dentist is showing no diligence in my treatment (lack of diligence).

I was in SHU/Max (Exhibit C-1, C-2) where I had no light switch in my cell and the guards that control the Cell light Keep my cell light on 4 pm o'clock to 11:30 pm. *now I was moved back to MHU/Max (Exhibit A-14) where now my Cell light is kept on from 9 Am to 11:30 pm and I have to get up at 9:00 Am and

I was told by the lieutanant I can't cover up until 9 PM.

Date: 5-13-05

Harry Samuel
pro se
SBI.# 00201360
D.C.C. 21C7L

when my Job was taken and I was put in MHU/Max etc. I was not given a Notice of any rule(s) that I broke (allegaly) a violation of due process.

United States District Court

I Harry Samuel, certify that these document(s) Motion for appointment of counsel, and classification up date Memo Dated 5-13-05 was given to prison officials on 5-13-05 for forwarding to the United States District court 844 N. King Street and for forwarding to opposing Cousel

TO: Loren C. Meyer, ESQ.
Department of Justice
820 North French Street
Carvel office Building
Wilmington, DE 19801

I certify under penalty of perjury that the foregoing is true and correct.

Civ. NO. 05-037-SLR
Date: 5-13-05

Harry Samuel
pro Se
S.B.I. # 00201360
D.C.C. 21C 7L





IM Harry Samuel
SBI# 00201360 UNIT 21 C 7 L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570



U.S.M.S
X-RAY