Appendix E

## DELAWARE CORRECTIONAL CENTER --- MEMORANDUM

TO: Inmate Harry Samuel, SBI# 201360, Housing Unit SHU
VIA: Counselor Zendo
FROM: I.B.C.C.
DATE: 5/12/05
RE: Classification Results

Your M.D.T. has recommended you for the following: Mod HG, TFC, MH

The I.B.C.C.'s decision is to:

[X] Approve
___ Not Approve
___ Defer
___ Recommend
___ Not Recommend

**BECAUSE:**

___ Lack of program participation
___ Pending disciplinary action
___ Gradual phasing indicated
___ Open charges
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

[✓] Time remaining on sentence
___ Prior failure under supervision
___ Poor institutional adjustment
[✓] Serious nature of offense

[✓] You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: ~~~~~~~~ 04/06 Review

**ADDITIONAL COMMENTS:**

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
Inmate
Institution File

Form #456 (3 Part NCR)
Revised 11/97

Exhibit 24