Harry Samuel    6-9-2005
    Plaintiff,
v.    Civ No. 05-037-SLR
Thomas Carroll
    et. al
    Defendants

RE: Denial Dental Treatment and State Issue

The Plaintiff argue that I was told it take 8-9 Months to Fill my tooth (See Exhibit A-19) It is now over 9 months and I have not had my tooth Filled yet I Submitted another Dental Sick call on 6-9-2005.

on 6-7-2005 I recieved my requested State Issue T-Shirts etc. every thing except a wash cloth.



FILED
JUN 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Harry Samuel

# Certificate of Service

I, _Harry Samuel_, hereby certify that I have served a true and correct cop(ies) of the attached: _RE: Denial Dental Treatment and State Issue_ upon the following parties/person (s): _Oposing Counsel_

TO: _Loren C. Meyers Esq._
_Department of Justice_
_820 North French Street_
_Carvel Office Building_
_Wilmington, DE. 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _7th_ day of _J_____, 2005

_Harry Samuel_

I/M Harry Samuel
SBI# 00201360 UNIT 21 D 6 U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Postmark: WILMINGTON DE 198, PM 10 JUN 2005]

To. Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE.
  19801-3570