# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): Harry Samuel

Housing Location: 19C3U

Date of Birth: 8-17-62

SBI Number: 00201360

Date Submitted: 6-9-2005

Complaint (What type of problem are you having)? my tooth filling came out 9 months ago and my tooth need to be filled and my teeth need to be even up with Braces. This is my 6th attempt to get treatment and its over 9 months and no treatment yet.

Inmate Signature: Harry Samuel

Date: 6-9-2005

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

Exhibit 25

See Exhibit A-19