To: United States District Court

Harry Samuel
    Plaintiff

civ. No. 05-037-SLR

V.

Thomas Carroll
        Defendants
ORIGINAL  at al


FILED
JUL -7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: lack diligence in Dental Treatment.

[Enclosed Exhibits A-19, A-20, 21, and 22]

Samuel submit these documents to update the courts record as to June 30, 2005.

1. Exhibit A-19 page 1 of 2 to 2 of 2 Samuel did not get Dental treatment that I requested there after I Submitted a Grievance. next my Grievance was heard (A-19), and unresolved.

2. next Dr. Monson came to tell me she is just confirming what Wolken, said 8-9 months on Exhibit A-19 and gave me a appeal form. witch I filled out and submitted to the IGC (see Exhibit A-20 Grievance Appeal Form)

3. Next I recieved the update reguarding this mater (see Exhibit 21 letter from paul Bureau Chief) and Grievance Report Exhibit 22 page 1 of 7 to 7 of 7.

4. Samuel submit that the hole in my tooth has got worst and that this delays has lead to more serious and expanding medical related issues such as because I can't chew on the the tooth another tooth is being pushed out of line and a few other teeth are being forced uneven. The law library informed me that the dental service is first state medical.

Harry L. Samuel

## Certificate of Service

I, __Harry Samuel__, hereby certify that I have served a true and correct cop(ies) of the attached: __RE: lack diligence in Dental Treatment letter, Grievance, Appeal ✓medical✓__ upon the following parties/person (s): __opposing counsel__

TO: __Loren C. Meyers, Esq.__
__Department of Justice__
__State office Building__
__820 N. French St.__
__Wilmington, DE.__
__19801-3509__

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __5th__ day of __July__, 2005

__Harry Samuel__



FROM Harry Samuel
SBI# 201360  UNIT 21 D 64
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

U.S. POSTAGE 0.83
SMYRNA DE JUL -6 '5

To office of the Clerk
United States District Court
844 N King Street Lockbox 18
Wilmington, Delaware
19801-3570