2-15-2005

To United States District Court

RE: Harry L. Samuel   doc # 3
v.                    CA 05-0037-SLR
Thomas Carroll

1. The plaintiff submit that on 2-15-2005. The Dentist Dr. Monson, Call me in the Interview just to confirm what TK Kionke said at my Medical Grievance hearing (see Exhibit A-19 Medical Grievance) and gave me a appeal form. It has been 5 and a half months now and still no treatment. The plaintiff claim the Dentist and or the Warden/Designee lack diligence in treating plaintiff's tooth. The plaintiff inform Dr. Monson that he has filed suit. (see Exhibit A-20).

2. On or about 2-4-2005 plaintiff was up graded off level one (see Exhibit C-1) To level Two. Still in SHU/Maximum. Same cell 19 C 3 u as previous level one. [Plaintiff was informed that counselor McFadden quit]

3. The plaintiff submit in support of his statment of claims the plaintiff argues that once the plaintiff is put behind the bars of the shower door and in the shower, the Plaintiff is kept in the shower until the guard get ready to let the plaintiff out of the shower and most of the time the plaintiff is left in the shower for a long time.

4. Plaintiff submit that after seeing Mental heath IMAD for the head ach pain from the stress of being put in Maximum the plaintiff next seen Mental health Ms. gatlen, she said she was going to give plaintiff some Mental Health reading material to read to help me with my stress and head achs.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/27/2004

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Lower, Tier B, Cell 9, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I requested to get treatment from the dentist by putting a sick call slip in the sick call box on 9/7/04. Sgt. Sullivan gave me sick call form after I reported my dental problem to him. I put in two other sick calls for this matter and my problem is filling is out and I got a big hole in my tooth if not treated I will lose my tooth. 2. Also warden forware a letter to have braces to fix my front teeth. It's been years the dentist didn't call yet. The reason I am submitting this grievance is because it has been a month and I haven't seen the dentist in a month sence my request. The dentist assistant seen me after a month but no treatment now it been another month and no treatment.

**Remedy Requested :** To have my toth fill in by the dentist soon before I loose my tooth and have to have my front teeth braced like warden said he notified the dentist supervisor to take action.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 10/22/2004 |
| Investigation Sent : 10/22/2004 | Investigation Sent To : Wolken, Gina |
| Grievance Amount : | |

Exhibit A-19

Page 1 of 2

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/27/2004

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name: SAMUEL, HARRY L | SBI#: 00201360 | Institution: DCC |
| Grievance #: 7953 | Grievance Date: 10/07/2004 | Category: Individual |
| Status: Unresolved | Resolution Status: | Inmate Status: |
| Grievance Type: Health Issue (Medical) | Incident Date: 09/05/2004 | Incident Time: |
| IGC: Merson, Lise M | Housing Location: Bldg 21, Lower, Tier B, Cell 9, Bottom | |

### INFORMAL RESOLUTION

Investigator Name: Wolken, Gina          Date of Report 10/22/2004

Investigation Report:

Reason for Referring:

11/2/04: Pt. doesn't want to sign off until he gets the treatment. Warned him fillings take ~ 8-9 months.

GK Kionke

Offender's Signature: _____

Date: _____

Witness (Officer): _____

Exhibit A-19

## Grievance Appeal Form

This must be completed and returned to the IGC within receipt of the Warden/Designee Decision

**Grievant:** Harry Samuel        **SBI#:** 00 201360

**Housing Unit:** 19 C 3U        **Case#:** 7953

**Date:** Tuesday, February 15, 2005        **Due Date:** Friday, February 19, 2005

This form is to be used <u>Only</u> in the event of a decision appeal. Please specify the reason for the appeal in the space below.

The reason for this Appeal is I have a big hole In my tooth that needs to be filled. and Dr. monson from the Medical greivance Committee told me she Call me down to the Interview room to Confirm (say) what TK Kienke said at my Greirance hearing that it takes 8 to 9 months to fill my toth. (see Exhibit A-19 Medical Grievance) it now has been five and a half months and Still no treatment. Every time I eat I think my tooth is going to break without being properly filled. The reason for this appeal is the Dentist lack of diligence of the treatment of my tooth.

If you need additional space, attach 8.5" X 11" size sheets of paper.

This form to Samuel from Ms. (Dr.) Monson at hearing 2-15-2005

Exhibit A-20