**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
245 McKee Road
Dover, Delaware 19904

June 20, 2005

Inmate SAMUEL HARRY L
SBI # 00201360
DCC  Delaware Correctional Center
SMYRNA DE, 19977

*21    DU~6*

Dear HARRY SAMUEL:

We have reviewed your Grievance Case # 7953 dated 10/07/2004.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief