DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Resol. Date : 06/22/2005 |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I requested to get treatment from the dentist by putting a sick call slip in the sick call box on 9/7/04. Sgt. Sullivan gave me sick call form after I reported my dental problem to him. I put in two other sick calls for this matter and my problem is filling is out and I got a big hole in my tooth if not treated I will lose my tooth. 2. Also warden forware a letter to have braces to fix my front teeth. It's been years the dentist didn't call yet. The reason I am submitting this grievance is because it has been a month and I haven't seen the dentist in a month sence my request. The dentist assistant seen me after a month but no treatment now it been another month and no treatment.

**Remedy Requested :** To have my toth fill in by the dentist soon before I loose my tooth and have to have my front teeth braced like warden said he notified the dentist supervisor to take action.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 10/22/2004 |
| Investigation Sent : 10/22/2004 | Investigation Sent To : Wolken, Gina |
| Grievance Amount : | |

Exhibit 21

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status: Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

### INFORMAL RESOLUTION

Investigator Name : Wolken, Gina                                    Date of Report 10/22/2004

Investigation Report : Patient does not want to sign off until he gets the treatment. Warned him filling take 8-9 months.

Reason for Referring:


Offender's Signature:_____

Date              :_____

Witness (Officer) :_____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

### IGC

Medical Provider:                    Date Assigned

Comments:

☑ Forward to MGC            ☐ Warden Notified

☐ Forward to RGC            Date Forwarded to RGC/MGC : 12/03/2004

☐ Offender Signature Captured    Date Offender Signed :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

### APPEAL REQUEST

No appeal returned

### REMEDY REQUEST

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

## GRIEVANCE INFORMATION - BGO

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

### REFERRED TO

Due Date :          Referred to:          Name:

Type of Information Requested :

### DECISION

Date Received : 02/22/2005

Decision Date : 03/17/2005          Vote : Uphold

Comments :

I recommend that FCM resolve the dental services availability problem; inordinate delays lead to more serious and expanding medical related issues, as well as higher costs. An 8-to 9 month wait for tooth repair is unacceptable.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Offender Name : SAMUEL, HARRY L | | SBI# : 00201360 | | Institution : DCC | |
| Grievance # : 7953 | | Grievance Date : 10/07/2004 | | Category : Individual | |
| Status : Resolved | | Resolution Status : Level 3 | | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | | Incident Date : 09/05/2004 | | Incident Time : | |
| IGC : Merson, Lise M | | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | | | |

### DECISION

Decision Date: 06/20/2005     Vote : Uphold

Comments :
I concur with the recommendation of the BGO.

Date: 06/22/2005

DCC
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - MGC

## OFFENDER GRIEVANCE INFORMATION

Offender Name : SAMUEL, HARRY L  
SBI# : 00201360  
Institution : DCC  
Grievance # : 7953  
Grievance Date : 10/07/2004  
Category : Individual  
Status : Resolved  
Resolution Status: Level 3  
Inmate Status :  
Grievance Type: Health Issue (Medical)  
Incident Date : 09/05/2004  
Incident Time :  
IGC : Merson, Lise M  
Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom

## MGC

Date Received : 12/03/2004  Date of Recommendation: 02/18/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Munson, Amy | Deny |
| Staff | | Lyons, April | Deny |
| Staff | | Rickards, Suesann | Deny |
| Staff | | Merson, Lise M | Abstain |

### VOTE COUNT

Uphold : 0    Deny : 3    Abstain : 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 2/15/05  
You were seen by the dentist and are on the waiting list for a filling.  
Appeal form provided.