In the United States
for the District of Delaware

Harry L. Samuel

V.

Thomas Carroll
et al.

doc # 3

CA 05-0037- SLR



FILED

AUG 11 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Status of Case

Samuel is asking the ~~the the~~ court if the court recieved my authorized for that allow the court to deduct monthly payments out my Inmate account For the filing for case CA 05-0037-SLR?

what is the status of my case?

Note to Court: RE: {classification committe, aBuse of discretion

I was in the MHU on medium High cous tody. Then I was ~~placed in MHU/Max~~ classified to Medium on the compound [But I quilify for Minimum on the compound] while waiting to be move out of Med. HC.. I was put in MHU/Max for no good reason, Then I was put in Isolation for a week, The put in SHU/Max For 6 months Then put back in MHU/Max for another 3 months. now on 7-28-05 I work my way back to the MHU on medium High Custody.

continue Page 2

The next day after I was moved out of Max, I wrote a letter to my Counselor Kramer and ask my Counselor Kramer what is my treatment plan. Counselor Kramer explained to me what my treatment Plan was.

Then my Counselor Kramer said to me I Know you Just got out of Max. But you could be going right back. Because counselor Kramer said they the staff was going to have a meetting to do a new classification rule where any (and all) Inmates that assault(ed) a staff member will be House in Max, forever. and counselor Kramer said it could affect me even though my assault happen 13 years aga, I had treatment made amends and ask the lord for forgiveness.

8-5-2005

Inmate

Harry L. Samuel
                 Pro Se

D.C.C.
S B I . #00201360
Unit: 23, D, 1, U

IM Harry Samuel
SBI# 201360 UNIT 23, D, i, U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO. The Clerk
United States District court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

WILMINGTON DE 198
PM
05 AUG
2005

19801-3570