In The United States District Court
for the District of Delaware

Harry Samuel
    Plaintiff,

V.

Thomas Carroll
    et al.

Civ. No. 05-037-SLR



RE: Dental Services

To Judge Sue L. Robinson

On 9-7-2005, The Dentist filled my tooth. The Dentist said plaque developed around the tooth, and eat some of the bone away that hold the tooth. I was next schedual for treatment to clean my tooth (teeth). I explained to the Dentist that the warden had forwarded a letter to the Dentist to take action on geting my teeth (tooth) straight. (see two letters from Thomas the warden dated November 20, 2001 and ~~November~~ October 26, 2001). I bit my lip and it is hard to talk the way my tooth grow back. I was charged $4.00 dollars for the filling see Delaware Department of Correction Health Care Services Fee Sheet. I don't think I should have to pay because the Tax payers already payed for me to have Dental, Medical, etc. to be housed in prison.

Inmate
Harry L. Samuel
SBI. #201360
Delaware Correctional Center

# Certificate of Service

I, __Harry Samuel__, hereby certify that I have served a true and correct cop(ies) of the attached: __RE: Dental Service letter, Fee sheet, 2 Dental letter and AVp letter__ upon the following parties/person (s): __Opposing Counsel__

TO: __Loren C. Meyers, Esq.__
__Department of Justice__
__820 North French Street__
__Carvel office Building__
__Wilmington, DE.__
__19801__

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __9th__ day of __September__, 2006

__Harry Samuel__




IM Harry Samuel
SBI# 201360 UNIT 23 C,1,U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY
Legal
Mail

To. Judge Sue L. Robinson
c/o The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE.   19801-3570