In the United States District Court
for the District of Delaware

(COPY)

Harry Samuel
           Plaintiff,

    V.                       Civ. No. 05-037-SLR

Thomas Carroll (warden)
        and     at al
Dental Sevice (F.C.M. INC.)

FILED

OCT - 4 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Conditions Claims
       REConsideration Motion

Plaintiff Submit that in regards to my Conditions Claims
Samuel argues that by being deprived of a toilet brush
for Six month the toilet had a dirty build up when I
wBas put in the Cell in SHU/Max and builded up more
while I was forced to use the unclean toilet. Also I
Submitted that in addition I was deprived of a mop
that I had to clean my Cell floor with a spong(used)
by hand. The Plaintiff argues that these unsanatary
presented a health risk and it was cruel that I had
to be house in such unsanatary Condition.

Plaintiff Submit in reguard to the deprived of a Pillow.
Samuel argues that I was with out a Pillow for six
months after asking the building Sargent a few times
for a Pillow. This derivation made it hard for me to sleep
and my Claim was discrimination because other inmates
was given these state issue Pillows in the SHU/Max.

Conclussion

Plaintiff ask the court to award Plaintiff
$100,000.00 in monetary relief or award what the
Court See fit.

                              Respectfully Submitted

9-29-05
                              Inmate
                          Harry L. Samuel
                                pro Se
                    Delaware Correctional Center

IM Harry Samuel
SBI# 201360 UNIT 23 C.1.U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON, DE
PM

To The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570