# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): Harry Samuel
Housing Location: 23, C, 1, U
Date of Birth: 8-17-62
SBI Number: 201360
Date Submitted: _____

Complaint (What type of problem are you having)? on about 9-7-04 I was put in Max at which time 9-7-04 I requested Dental Care. on 11-2-04 I was handcuffed behinded my back during Dental Treatment with TK Kionke. the handcuffs and being handcuffed behind my back gave me injuries and pain to my hand, rist, and shoulder I need to see Doctor it got worst.

Inmate Signature: Harry L Samuel
Date: _____

The below area is for medical use only. Please do not write any further.

S: _____

O: Temp: ___  Pulse: ___  Resp: ___  B/P: ___  WT: ___

FILED OCT 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

A: _____

P: _____

E: _____

Provider Signature & Title: _____
Date & Time: _____

3/1/99 DE01
FORM#:
MED
263

Exhibit - 26