OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

October 11, 2005

TO: Harry L. Samuel  
    SBI#201360  
    Delaware Correctional Center  
    1181 Paddock Road  
    Smyrna, DE 19977

**RE:** Return of Documents for Original Signature; 05-37(SLR)

Dear Mr. Samuel:

Papers have been received by this office for filing in the above matter which do not have an original signature. In order for your documents to be acceptable for filing, they **must have an original signature.**

Enclosed please find DI 25 and 26 being returned for original signatures. Your corrected filings should be sent to the Clerk's Office.

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/bad

PETER T. DALLEO  
CLERK

cc: The Honorable Sue L. Robinson