In the United States District Court
District of Delaware

Harry Samuel
    Plaintiff

v.                                 Civ. No. 05-037-SLR

Thomas Carroll (Warden)
   and      et al
Dental Service

FILED
OCT 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Being handcuffed during Dental Treatment and Pain and Suffering

Plaintiff Samuel Submit that after waiting a while to see if the Pain and Injuries I got from being handcuff behind my back during dental Treatment would go away the Pain and injuries I suffered in my hand, rist and Shoulder did not go away.

Therefore I Put in a Sick Call to see the Doctor about my Pain and my injuries to my hand, rist and Soulder (See exhibit-26 Medical/Dental Sick Call).

On 10-5-2005 the nurse Call to see me about my Sick Call Slip I put in (exhibit-26) BY taking me to the nurse/Doctor office and examin me. I explained to nurse Danye that I have pain in my hand, rist and Shaulder and injuries to my rist and shoulder. I explained to the nurse that it feels like Something is broke in Shoulder and the pain and injuries is where I can't exercise because when I put pressure from exercising the pain gets worst. The nurse Then instructed me Stop exercising, and gave me a Box of Pain Reliever, and a Container (cup) of muscle cream and instructed to put a worm towel on my hand, rist and Shoulder the nurse said I may have pinched a nerve.

← Pain reliever nurse gave me.

24 Tablets      NDC # 47682-100-64
Medique
I-Prin
Ibuprofen 200 mg Tablets
Pain Reliever / Fever Reducer
Easy to Swallow-Film Coated Tablets
Compares Active Ingredients to Advil®
Manufactured for: Medique Products, Wood Dale, Illinois 60191 USA
1-800-634-7680

Respectfully Submitted

*Harry L. Samuel*
Date: 10-11-05

## Certificate of Service

I, **Harry Samuel**, hereby certify that I have served a true and correct cop(ies) of the attached: **RE: handcuffed during Treatment, and pain and suffering, Exhibits - 26 and 27** upon the following parties/person(s): **Attorney General Jane Brady c/o opposing counsel Loren**

TO: Attorney General of DE.  
Jane Brady  
c/o Loren C Meyers Esq.  
Department of Justice  
820 North French Street  
Carvel Office Building  
Wilmington, DE. 19801

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, postage to be paid by the Dept. Of Corrections.

On this **11** day of **October**, 200**5**

*Harry Samuel*





I/M Harry Samuel
SBI# 201360 UNIT 23 C,1,u
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

Legal
Mail

To the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, D.E.
19801-3570