# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL **DENTAL** MENTAL HEALTH

Name (Print): Harry Samuel
Housing Location: 23, C, 1, U
Date of Birth: 8-17-62
SBI Number: 201360
Date Submitted: 9- -05

Complaint (What type of problem are you having)? on about 9-7-04 I was put in Max at which time 9-7-04 I requested Dental Care. on 11-2-04 I was handcuffed behinded my back during Dental Treatment with TK Kionke. the handcuffs and being handcuffed behind my back gave me injuries and pain to my hand, rist, and shoulder I need to see Doctor it got worst.

Inmate Signature: Harry L Samuel
Date:

The below area is for medical use only. Please do not write any further.

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED
263

Exhibit - 26

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL **DENTAL** MENTAL HEALTH

Name (Print): Harry Samuel
Housing Location: 19E34 21DU6
Date of Birth: 8-17-62
SBI Number: 00201360
Date Submitted: 6-9-05

Complaint (What type of problem are you having)? my tooth filling came out 9 months ago and my teeth need to be filled and my teeth need to be even up with Braces. This is my 6th attempt to get treatment and its over 9 months and no treatment yet.

Inmate Signature: Harry Samuel
Date:

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A: Already

P: Scheduled

E:

Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263

Exhibit 27 (27)