OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 11, 2005

TO: Harry L. Samuel
SBI#201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RECEIVED OCT 17 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

**RE:** Return of Documents for Original Signature; 05-37(SLR)

Dear Mr. Samuel:

Papers have been received by this office for filing in the above matter which do not have an original signature. In order for your documents to be acceptable for filing, they **must have an original signature.**

Enclosed please find DI 25 and 26 being returned for original signatures. Your corrected filings should be sent to the Clerk's Office.

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson

Note to Clerk
I mixed up the original signature and certificate of service with the attorny General and opposing Counsel Loren copies I have sign these Documents with the original signature and I have served the Attorny General and opposing Counsel




I/M Harry Samuel
SBI# 201360   UNIT 201360
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO: Office of the Clerk
United States District Court
844 N. King Street
Lockbox 18
Wilmington, DE. 19801-3570