In the United States District Court
for the District of Delaware

Harry Samuel
        Plaintiff,

v.

Thomas Carroll (Warden)
        and   at al
Dental Service

Civ. No. 05-05-037-SLR

(25)


FILED
OCT - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

RE: Dental Claims

The Plaintiff Samuel submit that I have received the Court order regarding my dental care and being handcuffed during treatment of which the Plaintiff Samuel seeks Monetary Relief.

Plaintiff Samuel Submit that I am in the Process of completing and returning to the Clerk of Court an original U.S. Marshall 285 Form for all defendants and the Attorney General of the State of Delaware as the Court ordered pursuant to Fed. R. Civ. P. 4(c)(2), and Pursuant to DEL. CODE ANN. tit. 10 § 3103(c).

Plaintiff Samuel at this time 9-29-2005 request to renew my request for Appointment of Counsel because my case involve complex legal matter, material of which I can not properly litigate myself also in part because of the serious physical injuries I got to my hand, rist and Shoulder from being handcuff behind my back, because the injuries make it hard for me to write (also the pain) and hard to litigate. It takes a long time to write and I can't write sense the injuries without the aid of a cardboard guider

I await your response.

9-29-05

Respectfully Submitted
Very truely yours
Harry L. Samuel
Harry L. Samuel   Pro Se.

3