26

etoed my Classification to minimum for me to be reconsidered for Minimum at my next Classification See exhibit A-12. Instead at my next Classification I was classified to Medium and not even reconsidered for Minimum. I quilify for Minimum because the new Point System my low Points From one write up and low charges etc. quilify me for minimum. Instead I was Classified to Medium see A-13 now the committee Abused its Discretion when I was waiting 3 months and still working in the Kitchen when the committee Just Put me In Max/MHU See Exhibit A-13 then next I was down graded to Super Max/SHU See Exhibit C-2. now I have been Classified back to Exhibit B-2. See exhibit-23. Samuel argues for this Abuse of discretion by the committee puting in Max and not rewarding me for my good behavier. This is the Same treatment if a Inmate done something I didn't do any thing but good behavier. But in Max for 4 and a half years.

## Conclusion

for the facts here within Samuel ask the court to intervien and court order me to my quilified Status base on The point System to Minimum. Also awared Samuel $100,000.00 for my Claim or what the court see fit to aware.

I await your response.

9-29-05

Respectfully Submitted
Very Truely yours
Harry L. Samuel
                    Pro Se.
Harry L. Samuel