# DELAWARE CORRECTIONAL CENTER — MEMORANDUM

TO: Inmate Samuel, Harry, SBI# 20/360, Housing Unit SHU 19CU3
VIA: Counselor McFadden
FROM: I.B.C.C.
DATE: 2/7/05                                     05-37 (SLR)
RE: Classification Results

Your M.D.T. has recommended you for the following: Max

The I.B.C.C.'s decision is to:

✓ Approve _____

___ Not Approve _____

___ Defer _____

___ Recommend _____

___ Not Recommend _____

**BECAUSE:**

___ Lack of program participation                   ___ Time remaining on sentence
___ Pending disciplinary action                      ___ Prior failure under supervision
___ Gradual phasing indicated                        ___ Poor institutional adjustment
___ Open charges                                     ___ Serious nature of offense
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: Rev: 04/05                                             229L11

**ADDITIONAL COMMENTS:**

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
        Inmate                                      Form #456 (3 Part NCR)
        Institution File    Exhibit 23              Revised 11/97

Appendix E

# DELAWARE CORRECTIONAL CENTER --- MEMORANDUM

TO: Inmate Murray Samuel, SBI# 261260, Housing Unit SHU
VIA: Counselor Zendo
FROM: I.B.C.C.
DATE: 5/2/05
RE: Classification Results

Your M.D.T. has recommended you for the following: Mod-HC, TFC, MH

The I.B.C.C.'s decision is to:

X Approve
___ Not Approve
___ Defer
___ Recommend
___ Not Recommend

BECAUSE:

___ Lack of program participation
___ Pending disciplinary action
___ Gradual phasing indicated
___ Open charges
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

✓ Time remaining on sentence
___ Prior failure under supervision
✓ Poor institutional adjustment
✓ Serious nature of offense

✓ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: 04/06 Review

ADDITIONAL COMMENTS:

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
Inmate
Institution File

Form #456 (3 Part NCR)
Revised 11/97

Exhibit 24

FORM #584

Medical GRIEVANCE FORM

FACILITY: D.C.C.  
DATE: Oct. 7, 2004

GRIEVANT'S NAME: Harry Samuel  
SBI#: 00201360

CASE#: _____  
TIME OF INCIDENT: Sept 5, 2004

HOUSING UNIT: 21 B 9 L

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I requested to get treatment from the dentist by puting a sick call slip (form) in the sick call box on Sept. 7, 2004. Sgt. Sillivan gave me the sick call form after I reported my dental problem to him. I put in two other sick calls for this matter and my problem is my filling is out and I got a big hole in my tooth if not treated I will loose my tooth. ② Also the warden forwarded a letter to have braces to fix my front teeth its been years the dentist didnt call ye. The reason I am submiting this grievance is because it has been a month and I haven't seen the dentist in a month sence my request (sick call was put in). The dentist assistant seen me after a month but no treatment now it been another month and no treatment.

ACTION REQUESTED BY GRIEVANT: to have my tooth fillin by the dentist soon before I loose my tooth, and to have my front teeth Braced like the warden said he notified the dentist supervior to take action.

GRIEVANT'S SIGNATURE: Harry Samuel   DATE: Oct. 7, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED?  ___(YES)  ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE  
    GRIEVANT

April '97 REV

27

DCC - Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status: Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 21, Upper, Tier D, Cell 6, Bottom | |

## INFORMAL RESOLUTION

Investigator Name : Wolken, Gina                          Date of Report  10/22/2004

Investigation Report : Patient does not want to sign off until he gets the treatment. Warned him filling take 8-9 months.

Reason for Referring:

Offender's Signature:_____

Date                :_____

Witness (Officer)   :_____

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

### IGC

Medical Provider:    Date Assigned

Comments:

☒ Forward to MGC      ☐ Warden Notified

☐ Forward to RGC      Date Forwarded to RGC/MGC : 12/03/2004

☐ Offender Signature Captured    Date Offender Signed    :

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

### APPEAL REQUEST

No appeal returned

### REMEDY REQUEST

Date: 06/22/2005
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - BGO

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

### REFERRED TO

Due Date :          Referred to:          Name:

Type of Information Requested :

### DECISION

Date Received : 02/22/2005

Decision Date : 03/17/2005          Vote : Uphold

Comments :
I recommend that FCM resolve the dental services availability problem; inordinate delays lead to more serious and expanding medical related issues, as well as higher costs. An 8-to9 month wait for tooth repair is unacceptable.

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION ||||||
|---|---|---|---|---|---|
| Offender Name : SAMUEL, HARRY L || SBI# : 00201360 || Institution : DCC |
| Grievance # : 7953 || Grievance Date : 10/07/2004 || Category : Individual |
| Status : Resolved || Resolution Status : Level 3 || Inmate Status : |
| Grievance Type: Health Issue (Medical) || Incident Date : 09/05/2004 || Incident Time : |
| IGC : Merson, Lise M || Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom |||

### DECISION

Decision Date: 06/20/2005    Vote : Uphold

Comments :
I concur with the recommendation of the BGO.

DCC Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 06/22/2005

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status: Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

### MGC

Date Received : 12/03/2004         Date of Recommendation: 02/18/2005

#### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Munson, Amy | Deny |
| Staff | | Lyons, April | Deny |
| Staff | | Rickards, Suesann | Deny |
| Staff | | Merson, Lise M | Abstain |

### VOTE COUNT

Uphold : 0              Deny : 3              Abstain : 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 2/15/05  
You were seen by the dentist and are on the waiting list for a filling.  
Appeal form provided.

In The United States District Court
for the District of Delaware

Harry Samuel
    Plaintiff,

V.

Thomas Carroll
    et al.

Civ. No. 05-037-SLR

RE: Dental Services

To Judge Sue L. Robinson.

On 9-7-2005, The Dentist filled my tooth. The Dentist said plaque developed around the tooth, and eat some of the bone away that hold the tooth. I was next schedual for treatment to clean my tooth (teeth). I explained to the Dentist that the warden had forwarded a letter to the Dentist to take action on geting my teeth (tooth) straight. (see two letters from Thomas the warden dated November 20, 2001 and ~~November~~ October 26, 2001). I bit my lip and it is hard to talk the way my tooth grow back. I was charged $4.00 dollars for the filling see Delaware Department of Correction Health Care Services Fee Sheet. I don't think I should have to pay because the Tax payers already payed for me to have Dental, Medical, etc. to be housed in prison.

Inmate:
Harry L. Samuel
SBI# 201360
Delaware Correctional Center

Delaware Department of Correction
Health Care Services Fee Sheet

===========================================================================

Inmate Name _____  SBI # _____

(Last, First MI)

Facility _____  Date _____

    ✓   Chargeable Visit                                                            $4.00
    ___   Non Chargeable Visit                                                  -0-
    ___   Medication Handling Fee ($2.00 X _____ )                $_____

      **Total Amount Charged To Inmate Account**           $_____

Health Care Staff Signature: _____

===========================================================================

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: *Harry Samuel*  Date: _____

1) *Witness Signature: _____  Date: _____

2) *Witness Signature: _____  Date: _____

===========================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by _____  Date_____
Copy:   Inmate Medical Record (yellow)
        Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
FORM #: 621

3 part NCR

                                                                        *Dintist Kathy*

(C:Copay 96:Form 4)



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE WARDEN**
**DELAWARE CORRECTIONAL CENTER**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 653-2855

**MEMORANDUM**

TO:     Inmate Harry Samuel
        #201360

FROM:   Thomas L. Carroll
        Warden

DATE:   November 20, 2001

RE:     Letter

---

This will acknowledge receipt of your letter on November 15, 2001 regarding dental problems. Please be advised that this matter has been forwarded to Ms. Georgia Perdue of Correctional Medical Services for her information, review and action.

TLC/sw
Cc:    Georgia Perdue, CMS
       file



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE WARDEN**
**DELAWARE CORRECTIONAL CENTER**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 653-2855

**MEMORANDUM**

TO: Inmate Harry Samuel
#201360

FROM: Thomas L. Carroll
Warden

DATE: October 26, 2001

RE: Letter

This will acknowledge receipt of your letter dated October 19, 2001 regarding dental services. Be advised that I have forwarded your request to Ms. Georgia Perdue of Correctional Medical Services for action.

TLC/sw
Cc: Deputy Warden McGuigan
Security Superintendent Cunningham
Georgia Perdue
file

In the United States District Court
District of Delaware

Harry Samuel
    Plaintiff
  V.
                            Civ. No. 05-037-SLR
Thomas Carroll (Warden)
    and      et al
Dental Service

RE: Being handcuffed during Dental Treatment and Pain and Suffering

Plaintiff Samuel submit that after waiting a while to see if the Pain and Injuries I got from being handcuff behind my back during dental Treatment would go away the pain and injuries I suffered in my hand, rist and Shoulder did not go away.

Therefore I put in a sick call to see the Doctor about my pain and my injuries to my hand, rist and Soulder (see exhibit-26 Medical/Dental Sick call).

On 10-5-2005 the nurse call to see me about my sick call slip I put in (exhibit-26) By taking me to the nurse/Doctor office and examin me. I explained to nurse Danve that I have pain in my hand, rist and Shaulder and iniuries to my rist and shoulder. I explained to the nurse that it feels like something is broke in shoulder and the pain and injuries is where I can't exercise because when I put pressure from exercising the pain gets worst. The then instructed me stop exercising, and gave me a Box of Pain Reliever, and a container (cup) of muscle cream and instructed to put a worm towel on my hand, rist and shoulder the nurse said I may have pinched a nerve.

← Pain reliever nurse gave me.

Respectfully Submitted

Harry L. Samuel

Date:

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  **DENTAL**  MENTAL HEALTH

Name (Print): Harry Samuel
Housing Location: 23, C, 1, U
Date of Birth: 8-17-62
SBI Number: 201360
Date Submitted: 9- -05

Complaint (What type of problem are you having)? on about 9-7-04 I was put in Max at which time 9-7-04 I requested Dental Care. on 11-2-04 I was handcuffed behinded my back during Dental Treatment with T K Kionke. the handcuffs and being handcuffed behind my back gave me injuries and pain to my hand, rist, and shoulder I need to see Doctor it got worst.

Inmate Signature: Harry L Samuel
Date:

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P:

E:

Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED
263

Exhibit - 26

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): Harry Samuel

Housing Location: 19E34 21DU6

Date of Birth: 8-17-62

SBI Number: 00201360

Date Submitted: 6-9-05

Complaint (What type of problem are you having)? my tooth filling came out 9 months ago and my tooth need to be filled and my teeth need to be even up with Braces. This is my 6th attempt to get treatment and its over 9 months and no treatment yet.

Inmate Signature: Harry Samuel

Date:

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A: Already

P: Scheduled

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

Exhibit 27 (27)

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Resol. Date : 06/22/2005 |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: I requested to get treatment from the dentist by putting a sick call slip in the sick call box on 9/7/04. Sgt. Sullivan gave me sick call form after I reported my dental problem to him. I put in two other sick calls for this matter and my problem is filling is out and I got a big hole in my tooth if not treated I will lose my tooth. 2. Also warden forware a letter to have braces to fix my front teeth. It's been years the dentist didn't call yet. The reason I am submitting this grievance is because it has been a month and I haven't seen the dentist in a month sence my request. The dentist assistant seen me after a month but no treatment now it been another month and no treatment.

Remedy Requested : To have my toth fill in by the dentist soon before I loose my tooth and have to have my front teeth braced like warden said he notified the dentist supervisor to take action.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 10/22/2004 |
| Investigation Sent : 10/22/2004 | Investigation Sent To : Wolken, Gina |
| Grievance Amount : | |

Exhibit 22

Page 1 of 7