OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 2, 2005

TO:   Harry L. Samuel
      SBI#201360
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

      **RE: Acknowledgment of USM 285 Forms; 05-37(SLR)**

Dear Mr. Samuel:

   Please be advised that this office has received the U.S. Marshal 285 forms in the above referenced case for Warden Thomas Carroll, Dental Service and Jane Brady on 10/31/05. Please be aware that the Court still needs USM 285 forms for Lt. Porter, Kramer and I.B.C.C.

   Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal upon receipt of the above mentioned 285 for defendants Lt. Porter, Kramer and I.B.C.C. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/bad                                      PETER T. DALLEO
                                          CLERK

cc:   The Honorable Sue L. Robinson