OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 2, 2005

TO: Harry L. Samuel
SBI#201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*RE: Return of USM 285 Forms; 05-37(SLR)*

Dear Mr. Samuel:

This office received 285 forms from you on 10/28/05. These documents are being returned to you because they are not named defendants in the case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc. Forms