In the United States District Court
for the District of Delaware

Harry Samuel
   Plaintiff,

V.        Civ. No. 05-037-SLR

Thomas Carroll (Warden)
 and at all
Dental Service

FILED
OCT 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Court Order Regarding Dental Care
and being handcuffed during Treatment

Plaintiff Samuel Submit to the District Court 6 original U.S. Marshall 285, for all defendants.

Plaintiff Samuel submit that correctional officer Cornbread (Rob Young) is the correctional officer that I ask to remove the handcuffs during Dental Treatment a few times while I was geting Treatment in the dental chair. Cornbread said no You have to get in the Dental chair with Your hands cuffed behind Your back. This is in regard to the 285 form.

Plaintiff Submit that for the first 10 months of a year I was denied dental care was from medical providers First Correctional Medical Denied until July 1st, 2005. Then a change in medical providers from July 1st, 2005, Correctional medical Service, is now the medical providers and First Correctional medical denied me Dental Care for 2 months from July 1st, 2005 to the begin of September 2005. This is in regard to the 285 forms.

Plaintiff also Submit that I have additionally Provided the District Court with two additional copies of the Complaint for Service.

        Harry L. Samuel
        10-21-2005

I/M Harry Samuel
SBI# 201360   UNIT 23,C,1,U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: The Clerk
United States District Court