United States District Court

Harry Samuel

  V.                                    CA 05-0037-SLR

Thomas Carroll

FILED

NOV 15 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To. Judge Sue L. Robinson
   United States District Court

RE: The Classification Committee Abuse of Discretion

  Samuel Submit to the District Court that my
Abuse of Discretion Claim is base on the Committee
* keep telling me that if you do the Treatment Plan
they will move me to the Compound. But every time
I complete the Treatment Plan and level and good
behavior also low points. I am kept back and told
to repeat the same Treatment Plan etc. and I will be
Classified out of Maximum and to the Compound.
First I was told to complete level 1 to 6 and I
would go to the Compound. I did complete 1 to 6 (See
Exhibit B1) But I was not move to the Compound.
Instead I was kept on level 6 and given Treatment
into the kitchen (see exhibit B-2) and (exhibit A-10)
I was at this point told the same that I will be
moved to the Compound if I continue my good behavior.
I continued my good behavior for 17 more months. But the
warden vetoed my Classification (see exhibit A-12)
A year latter I was Classified to the Compound
(see exhibit A-13) But I was never moved to the Compound.
Instead I was put in Max/MHU this classification
to Max/MHU was not meaningful for me to be put in
a disciplinary status and not meaningful to then be
placed in Isolation then to SHU/Max (exhibit C-2)
then back to Max/MHU. Samuel Submit that I was
only supose to be in the MHU for 3 months at the begining
every one else was moved in about 3 months I am kept
back for years and moved backward, way back I get the
punishment for doing good, that I get for doing bad things

Date: 11-10-05                          Harry L. Samuel

## Certificate of Service

I, _Harry Samuel_, hereby certify that I have served a true

and correct cop(ies) of the attached: _RE: The Classification Committee_

_Abuse of Discretion_ * _Keep Telingme_ ___ upon the following

parties/person (s):


TO: _Jane Brady_          TO: _____

_Attorney General of DE._   _____

_820 North French Street_   _____

_Carvel office Building_    _____

_Wilmington, DE. 19801_    _____


TO: _____       TO: _____

_____           _____

_____           _____

_____           _____

_____           _____


**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this _10th_ day of _November_ _____, 2005

_Harry Samuel_

IM Harry Samuel
SBI# 201360  UNIT 23, C, 1, U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Mail

X-RAY .. S.M.

To. office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801 - 3570