U.S. District Court for Delaware

Harry Samuel
    Plaintiff
  V.                              Case No. 1:05-CV-37
Thomas Carroll, et al

## Reconsideration Motin

Plaintiff Samuel, respect the Court ruling on my Classification Committee Abuse of Discretion claim. However, Plaintiff Submit to the District Court that I Claim Discrimination also in regard to the Classification Committee. (See Complaint, Statement of Claims: page, 2) Discrimination) also (see Continue Attach extra sheet: page 2) where Plaintiff argue I was Classified and Seeing all the other inmates be moved. Plaintiff Claim that I was discriminated against because other similarly situated inmates were Classified to the Compound and moved to the compound. But not me. I was Kept back, moved to Higher Security unit, my Job was taken while other similarly situated inmates was allowed to keep there Job. Plaintiff Submit that a inmate could only work, etc., only if the inmate complete his Treatment Plan and must be on level 5 to work, and because the inmate work the inmate get a point off his points. But Counselor Kramer told me, You are now in Max, this Classification over rides Your Classification to Med. (Medium, to Compound) and I (Kramer) did not consider Your Point for working. But the other inmates was given credit for their point off for working.

---

Note: to Court the Discrimination claim is also claim for deprived of a Pillow complaint.

---

Date 11-23-2005

FILED
NOV 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully Submitted
Very truly yours
Harry L. Samuel
    Pro Se

# Certificate of Service

I, Harry Samuel, hereby certify that I have served a true and correct cop(ies) of the attached: Reconsideration Motion dated 11-23-2005 upon the following parties/person (s):

TO: TO. Jane Brady  c/o now. acting attorney General
Attorney General of Dela.,
Department of Justice
820 North French Street
Carvel office Building
Wilmington, DE. 19801

TO: 

TO: 

TO: 

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 23rd day of January, 2006

Harry Samuel

IM Harry Samuel
SBI# 201360  UNIT 23, C, T, U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

U.S.M.S
X-RAY

To office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570