U.S. District Court
District of Delaware

Harry Samuel
    v.
Thomas Carroll, et al

Case No. 1:05-CV-37
    SLR

RE: Docket Text - Memorandum order entered on 11-16-2005

Plaintiff Samuel submit to the U.S. District Court a USM 285 form for First Correctional Medical, a USM 285 form for Rob Young (Cornbread). Plaintiff also submit 3 additional copies of the complaint, and a original with 8 additional copies of the amended complaint for service upon defendants.

Date 11-21-2005

Respectfully Submitted
Very Truely yours
Harry L. Samuel
    Pro Se


FILED
NOV 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Harry Samuel
SBI# 201360 UNIT 23,C,1,U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To. Office of the Clerk
United States District
844 N. King Street, Loc
Wilmington, Delaware
19801-3570

LEGAL MAIL