U.S. DISTRICT COURT OF DELAWARE

Harry L. Samuel
        v.                                    Case No. 1:05-cv-37-SLR
Thomas Carroll, et al

## Amended Complaint

Plaintiff Samuel complain that on about September 7th, 2004 I was put in Max/MHU at which time I was denied a Toilet bruch thereafter I was moved to Isolation for a week and denied a Toilet brush and a pillow. Thereafter I was moved to the SHU/Max where I was denied a Toilet brush, a mop, and a pillow for six months. Samuel complained to the unit Sargent (Steven?) from November 24, 2004 about my request for these ittems and conditions. The Sargent (Steven?) of the unit told me to write a request letter for these Items and he will give my request complaint to the lieutenant. After awhile I did not get a Toiletbrush, a mop or a pillow. Thereafter I continued to complain to the unit Sargent. The unit Sargent told me to write another request letter and he will give my request letter to the lieutenant. I never receive my requested items.

Plaintiff Samuel, complains that being deprived a Toilet brush is cruel and unusual punishment because I was unable to clean the Toilet for six months and consequently, suffered from unsanitary conditions. The plaintiff Samuel, claims these conditions presented a health risk. Plaintiff Samuel, complain that I was discriminated against because other similarly situated inmates were issued a pillow The Plaintiff Samuel, complain the lack of a Pillow made it difficult for me to sleep

Date 11-21-05                              Harry L. Samuel

FILED
NOV 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S. District Court of Delaware

Harry Samuel
    v.
Thomas Carroll, et at
c/o Rob Yang [Young] (Cornbread),
First Correctional Medical
(Dental Service)

Case No. 1:05-CV-37-SLR

## Amended Complaint

Plaintiff Samuel Complaint that I was Denied Dental Health Care Treatment for one year. For 10 months of this year from September 9-7-2004 to July 1st, 2005, I was Denied Dental Health Care. I was told by TK Kionke that fillings take 8-9 months Samuel Complain that First Correctional Medical lack diligence in filling my Tooth. (See Exhibit A-19).

Plaintiff Samuel Complaint that on 11-2-2004, I was transfered to the Dental office for Dental Treatment at which time I was hand cuffed behind my back. I asked Correctional officer Rob Young if he can put the handcuffs in the front while I was in the dental chair geting Treatment. Correctional officer Rob young (cornbread) told me no you (I) have to get in the Dental Chair with my hands cuffed behind my back as I got in the Dental Chair for Treatment handcuffed behind my back the handcuffs and Dental Chair twisted my arm which gave me pain and injuries to my hand, rist, and Shoulder (See Exhibit-26 Medical/Dental Sick Call Slip).

Date 11-18-2005

Respectfully Submitted
Harry L. Samuel
    Pro Se

IM Harry Samuel
SBI# 201360 UNIT 23,C,1,U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

LEGAL MAIL

To: Office of the Clerk
United States District
844 N. King Street, Loc
Wilmington, Delaware
19801-3570