OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 6, 2005

TO:  Harry L. Samuel
     SBI#201360
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

RE:  **Return of Document due to Court Order (Docket item 40)-**
     CA 05-37 SLR

     Document Title: Letter/Motion for reconsideration

Dear Mr. Samuel:

   The enclosed document is being returned by the Clerk's Office without action. Letter/motion for reconsideration filed on 12/5/05 is returned per docket item 40 (order).

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

                                    PETER T. DALLEO
/jp                                 CLERK

Enclosure

cc:  The Honorable Sue L. Robinson; CA 05-37 SLR