United States District Court of Delaware

Harry Samuel
    Plaintiff
  v.

Thomas Carroll
    et al

Civ. NO.



RE: the court order dated 1st day of December. Regarding second reconsideration

Samuel, Submit that I understand the Court's ruling on my second reconsideration. However Samuel respectfully submit to the Court that I had already placed another letter/Motion in support of my Classification claim In the Mail before I received the Court's Notice that no additional Motions for reconsideration of this Issue will be entertained by the Court.

Samuel, Submit to the Court that the Tier man, Darick Jackson that work the Tier in the SHU said he would testify about the Toilet Brush, Spong (MOD) and Pillow. Darick Jackson, is now housed in MHU, Building 23, C-Tier, Cell-upper 12.

I await your response

Respectfully Submitted
Very truely yours
Harry L. Samuel
    Pro Se

Date 12-4-2005

## Certificate of Service

I, <u>Harry Samuel</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Court order dated 1st day of December. RE: second reconsideration</u> upon the following <u>about already mail letter/motion before I recieve notice</u> parties/person (s):

c/o

TO: <u>Jane Brady</u>  TO: <u>now acting</u>
<u>Attorney General of Dela</u>  <u>Attorney General of Dela</u>
<u>Department of Justice</u>
<u>820 N. French Street</u>
<u>Carvel office Building</u>
<u>Wilmington, DE. 19720</u>

TO: _____  TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this <u>4th</u> day of <u>December</u>, 2005

*Harry Samuel*

IM Harry Samuel
SBI# 201360  UNIT 23,C,1,U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570


