United States District Court of Delaware

Harry Samuel
              Plaintiff
      v.                                    Civil Action No. 05-037-SLR
Thomas Carroll
              et al

RE: District Court order dated 14th day of December.

Plaintiff Samuel, Submit to the District Court that I did not filed a motion to amend the Complaint. What I did was in regard to the court Memorandum order entered on 11-16-2005, Document Number: 36. Which states that reconsideration is granted as to the two health-related Claims. Plaintiff understood or thought the Court order was saying the condition claim of confinement was granted as to the toilet brush, unsanitary conditions, health risk and pillow claim. Plaintiff was not reiterating health related claims against defendant First Correctional Medical and Rob Young. Also Plaintiff was not attempting to re-instate the dismissed conditions of Confinement Claim. What the Plaintiff was doing was submitting to the District Court 8 additional copies of the amended Complaint for service upon defendants. Plaintiff Samuel, Submit to the Court that I do not know what a amended Complaint is. After going to the Prison Law library and asking the Paralegal, the law library Paralegal instructed me, to draft the amended Complaint that I drafted and Submitted to the District Court. I, Submitted 8 Copies of the amended Complaint. not a motion to amend the Complaint or reiterate or attempt. But to Comply with the District Court order to the best ability. I await Your instrutions so I can Comply with the 8 additional Copies of the amend Complaint.
I, await Your response.

Date: 12-16-2005

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully Submitted
Very truely yours
Harry L. Samuel pro se

## Certificate of Service

I, <u>Harry Samuel</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>RE: District court order date 14th day of December (Plaintiff letter about copies of the amended complaint)</u> upon the following parties/person (s):

TO: <u>TO. Jane Brady</u>
<u>Attorney General of Dela,</u>
<u>Department of Justice</u>
<u>820 North French Street</u>
<u>Carvel office Building</u>
<u>Wilmington, DE. 19801</u>

TO: <u>C/O now acting Attorney General</u>

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this <u>16th</u> day of <u>December</u>, 2005

<u>Harry L. Samuel</u>



I/M Harry Samuel
SBI# 201360  UNIT 23 C,1,U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To. office of the clerk
United States District court
844 N. King street, Lockbox 18
wilmington, delaware
19801-3570