United States District Court of Delaware

Harry Samuel
                Plaintiff
        V.                                    Case Number 1:05-cv-37
Thomas Carroll                                                  SLR
                et al

(1) RE: Memorandum order signed by Judge Sue L.
        Robinson on 11-16-05. Regarding the 8 additional
        copies of the amended complaint.

Plaintiff Samuel, ~~[illegible]~~ submit to the District
Court that I don't have a copy of the amended
complaint for my records. Please mail me a copy
for my records. So I can also make 8 additional
copies to mail to the court.

(2) RE: Order denying [39] Motion to Amend/Correct. signed
        by Judge Sue L. Robinson on 12-14-05.

Plaintiff Samuel submit from a continuation from
the above order signed 11-16-05. That as I tryed
to comply with the court order to provide 8 additional
copies of the amended complaint. I sent 8 copies of
what I thought was copies of the amended complaint
with an original. Not a motion to amend.

(3) RE: Transaction received and file on 12-6-2005
        regarding USM 285 forms.

Plaintiff Samuel ask the District Court do
the District Court have every thing the court
need for service upon defendants? have the
defendants been service or in the process of
being service. Also is there any thing that I must
provide the District Court with for the defendants
to be service?

FILED
JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I await your response.   Respectfully Submitted
                          Very Truly yours
Date 1-18-2006
                          Harry L. Samuel
                                    Pro Se

# Certificate of Service

I, _Harry Samuel_, hereby certify that I have served a true and correct cop(ies) of the attached: _letter Dated 1-18-2006. and Reference Documents (other orders/Judgements_ upon the following order Motions and utility Events) parties/person (s):

c/o

TO: _Jane Brady_
_attorney General of DE._
_Now acting attorney General_
_Department of Justice_
_820 N. french Street_
_Wilmington, DE. 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _18th_ day of _January_, 200~~5~~6

_Harry L. Samuel_



I/M Harry Samuel
SBI# 201360   UNIT 23,C,1,U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570