## Other Orders/Judgments
1:05-cv-00037-SLR Samuel v. Carroll, et al



Court ORDER

# U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from fmt, entered on 11/16/2005 at 4:29 PM EST and filed on 11/16/2005

**Case Name:** Samuel v. Carroll, et al
**Case Number:** 1:05-cv-37
**Filer:**
**Document Number:** 36

**Docket Text:**
MEMORANDUM ORDER, Pltf's motion for appointment of counsel is denied and his motion for reconsideration is granted as to the two health-related claims and denied as to the classification claim (D.I. 24, 25, 26) Plaintiff shall return to Clerk original USM 285 form(s) for First Correctional Medical and Rob Young. Additionally, pltf. shall provide the court with 3 additional copies of the complaint and 8 additional copies of the amended complaint for service upon defendants; Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. (Copy to pltf.). Signed by Judge Sue L. Robinson on 11/16/05. (fmt, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=11/16/2005] [FileNumber=127485-0
] [b6ccc65fc09730535fe5d74fa85bc83315cb0277739d439db631360e5e8f02dd74e
c5772bcfbe5cb7254c9b312137a3c7c5dd7fa5e086a30c0d94818dab6b342]]

**1:05-cv-37 Notice will be electronically mailed to:**

**1:05-cv-37 Notice will be delivered by other means to:**

Harry L. Samuel
SBI#201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Orders on Motions**
1:05-cv-00037-SLR Samuel v. Carroll, et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rld, entered on 12/15/2005 at 9:22 AM EST and filed on 12/15/2005
**Case Name:**  Samuel v. Carroll, et al
**Case Number:**  1:05-cv-37
**Filer:**
**Document Number:** 43

**Docket Text:**
ORDER denying [39] Motion to Amend/Correct; court will not consider motions to amend or reinstate the conditions of confinement claim. Signed by Judge Sue L. Robinson on 12/14/05. (rld, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/15/2005] [FileNumber=140123-0
] [867de24dbb8076a991fd5ad195cf37a82828b4f524dc764cee12573e34e2ca998eb
4a4f2ca0f76ad9a1ca1a2d842a51d582074a203542cc8e3524944f5a0ccca]]

**1:05-cv-37 Notice will be electronically mailed to:**

**1:05-cv-37 Notice will be delivered by other means to:**

Harry L. Samuel
SBI#201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*Note to Court, see enclosed Court document (other orders/Judgments) Memorandum order filed on 11/16/2005. I was sending copies of what I thought was the amended complaint.*

**Utility Events**
1:05-cv-00037-SLR Samuel v. Carroll, et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from fmt, entered on 12/6/2005 at 10:08 AM EST and filed on 12/6/2005

**Case Name:**       Samuel v. Carroll, et al
**Case Number:**     1:05-cv-37
**Filer:**
**Document Number:**

**Docket Text:**
Exit to USMS for service: USM 285 forms for Rob Young (Cornbread), Correctional Medical Services (Dental Service), Counselor Kramer, First Correctional Medical, Jane Brady, Thomas Carroll, Lt. Porter and I.B.C.C. with copies of D.I. Nos. 2, 4, 9, 10, 16, 17, 18, 19, 20, 22, 23, 28, 31, 34, 35, 36, 39, 40 and Mag. Consent Forms (fmt, )

The following document(s) are associated with this transaction:

**1:05-cv-37 Notice will be electronically mailed to:**

**1:05-cv-37 Notice will be delivered by other means to:**

Harry L. Samuel
SBI#201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977