United States District Court of Delaware

Harry Samuel
        Plaintiff
  V.                              Civ. No. 05-037-SLR
Thomas Carroll (Warden)
        et al

RE: Court order dated 16th day of November, 2005 that Plaintiff shall provide the Court with eight additional copies of the amended complaint for service upon the Defendants. (I.D. #34)

Plaintiff Samuel, Submit to the U.S. District Court eight additional copies of the amended Complaint for service upon the Defendants. (I.D. #34)

FILED
FEB -8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Date 2-6-2006

Respectfully Submitted
Very Truely yours
Harry L. Samuel
        Pro Se

I/M Harry Samuel
SBI# 201360  UNIT 23,C,1,U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail 

To: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570