IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SAMUEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civ. No. 05-037-SLR |
| v. ) | |
| ) | |
| THOMAS CARROLL, (WARDEN), LT. ) | |
| PORTER, COUNSELOR KRAMER, and ) | |
| the I.B.C.C. (CLASSIFICATION ) | |
| COMMITTEE), and DENTAL SERVICE, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

Without waiver of any defenses including, but not limited to, insufficiency of service, or insufficiency of service of process, any jurisdictional defense or any affirmative defense, please enter the appearance of Deputy Attorney General Ophelia M. Waters on behalf of defendants Thomas Carroll, Warden, Lt. Porter, Counselor Kramer, and Rob Young.

                                                                                   **STATE OF DELAWARE**
                                                                                   **DEPARTMENT OF JUSTICE**

Date: March 7, 2006
                                                            /s/ Ophelia M. Waters
Ophelia M. Waters, I.D. 3879
Deputy Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8400
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2006, I electronically filed an Entry of Appearance on behalf of State Defendants, Thomas Carroll, Warden, Lt. Porter, Counselor Kramer, and Rob Young, with the Clerk of Court using CM/ECF. I hereby certify that on March 6, 2006, I have mailed by United States Postal Service, the Entry of Appearance document to the following non-registered participant: Harry Samuel; SBI#; 201360, Delaware Correctional Center, 1181 Paddock Rd, Smyrna, DE 19977.

    /s/ Ophelia M. Waters
Ophelia M. Waters, I.D. No.3879
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400