IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SAMUEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civ. No. 05-037-SLR |
| v. ) | |
| ) | |
| THOMAS CARROLL, (WARDEN), LT. ) | |
| PORTER, COUNSELOR KRAMER, and ) | |
| the I.B.C.C. (CLASSIFICATION ) | |
| COMMITTEE), and DENTAL SERVICE, ) | |
| ) | |
| Defendants. ) | |

## STATE DEFENDANTS' MOTION TO DISMISS

COME NOW State Defendants, Thomas Carroll, Lt. Porter, Counselor Kramer and Rob Young, by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b) (6) for failure to state a claim upon which relief can be granted. In support of their Motion, State Defendants present a Memorandum of Points and Authorities, filed simultaneously herewith.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Ophelia M. Waters
        Ophelia M. Waters, ID#3879
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th Floor
        Wilmington, Delaware 19801

        Attorney for State Defendants

Dated: March 8, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY SAMUEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civ. No. 05-037-SLR |
| vi. | ) | |
| | ) | |
| THOMAS CARROLL, (WARDEN), LT. PORTER, COUNSELOR KRAMER, and the I.B.C.C. (CLASSIFICATION COMMITTEE), and DENTAL SERVICE, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this _____ day of _____, 2006, the Motion to Dismiss filed by state defendants in the above-captioned matter having been duly considered, and any opposition thereto, is granted; and,

IT IS ORDERED that plaintiff's claims against State Defendants be dismissed, with prejudice.

_____
The Honorable Sue L. Robinson, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2006, I electronically filed the Defendants *Motion to Dismiss with memorandum of points and authorities,* with the Clerk of Court using CM/ECF. I hereby certify that on March 8, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant: Harry Samuel; SBI#; 00201360, Delaware Correctional Center, 1181 Paddock Rd, Smyrna, DE 19977.

                                                /s/ Ophelia M. Waters
Ophelia M. Waters, I.D. No.3879
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400