United States District Court of Delaware

Harry Samuel
        Plaintiff
   v.
Thomas Carroll, et al

Case #1:05-CV-00037-SLR

RE: Default MOTION

Plaintiff Samuel, ask the U.S. District Court to inter a Judgement of Default on Defendants Thomas Carroll, et al. To keep the integraty of the U.S. District Court order regarding Docket intries number 45, 46, 47, 49. Which states answer due 3-6-2006.

Plaintiff Samuel, Submit that on 3-8-06. Samuel, received from Ophelia M. Waters a Certificate of Service stating that Waters filed an entry of Appearance on behalf of Defendants on March 7, 2006. Which was filed late pass the Court's answer due date 3-6-2006. (See Exhibit I.D. Court Document number 52).

I await your response.

FILED
MAR 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully Submitted
Very truly yours
Harry L. Samuel
      Pro Se

Date 3-8-2006

## Certificate of Service

I, _Harry Samuel_, hereby certify that I have served a true and correct cop(ies) of the attached: _RE: Default MOTION_ _____ upon the following parties/person (s): _opposing counsel_

TO: _Ophelia M. Waters_
_Deputy Attorney General_
_820 N. French Street_
_Carvel ~~~~~ State Building_
_Wilmington, Delaware 19801_
_Attorney for Defendants_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _8th_ day of _March_, 2006

_Harry L. Samuel_

I/M Harry Samuel
SBI# 201360   UNIT 23, C, 1, U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

To, Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570