In the United State District Court of Delaware

Harry Samuel

v.                                     Civ. No. 05-037-SLR

Thomas Carroll (warden)
           et al

Plaintiff response to Defendant response on Plaintiff
                    Default MOTION

Plaintiff Submit to the U.S. District Court that the Defendant had a Court Ordered Deadline to meet. However the Defendant did not meet the Court ordered Deadline because [the Defendant] the Defendant made a inadvertent mistake.

Plaintiff Submit that the Defendant statement inadvertent mistake is a understatement. The Defendant Shows disregard for the Court ordered Deadline by placing the Plaintiff Pending Case in the Defendant resolved Case file. Although the U.S. District Court did not resolve the Case. If these Count as a mistake. The Defendant go's on to further diminstrat the Defendant lack of regard for the Court Order Deadline by not acknowleging the Court order, Deadline or it's importants by not thinking about or Placing the Court Order, Deadline on Defendants Personal Calender of Case to be resolve and Deadline to meet. Defendant go on further and indicate that outside of a mistake the Defendant states the Defendant had other Pressing litigation than to meet the Deadline. The Plaintiff Submit that the Statement other litigation is flawed because the Defendant neglected Knowlege of the Case and the Deadline and was not reminded of Plaintiff lawsuit until Pass the timelimitation when Defendant entered appearance. The Plaintiff Submit that the Defendant at no point ask the U.S. District Court for a extention of time to meet the court ordered Deadline.

### Conclussion

Plaintiff Submit that the Judgement is in the Court's discretion not the Defendant. The Defendant response has no merit and not to prejudice the Plaintiff and for the Defendant neglect and disregard for the U.S. District Court order and rules. The Plaintiff ask the U.S. District Court to enter a Judgement of Default.

Date


FILED
MAR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully Submitted
Very Truely yours
Harry L. Samuel
                    Pro Se

## Certificate of Service

I, _Harry Samuel_, hereby certify that I have served a true and correct cop(ies) of the attached: _Plaintiff response to Defendant response, on plaintiff Default MOTION_ upon the following parties/person (s): _Opposing Counsel_

TO: _TO. Ophelia M. Waters_
_Deputy attorney General_
_Carvel State office Building_
_820 North French Street 6th floor_
_Wilmington, Delaware_
_19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _18th_ day of _March_, 2006

_Harry L. Samuel_
Pro Se

IM Harry Samuel
SBI# 201360   UNIT 23,C,I,U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

legal Mail

To: office of the clerk
united States District court
844 N. King Street, Lockbox 18
wilmington, Delaware
19801-3570