IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Harry Samuel** | : | |
| | : | |
| **Plaintiff,** | : | C.A. No. 05-037-SLR |
| | : | |
| v. | : | |
| | : | |
| **THOMAS CARROLL, (WARDEN), LT. PORTER, COUNSELOR KRAMER, and the I.B.C.C. (CLASSIFICATION COMMITTEE), and DENTAL SERVICE,** | : | |
| **Defendants** | : | |

## ORDER

And now, this _____, of _____, 2006, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc. (incorrectly designated as "Dental Service"), to Dismiss Plaintiff's Amended Complaint and Plaintiff's Response thereto, it hereby Ordered that the Motion to Dismiss is GRANTED and defendant, Correctional Medical Services, Inc. (incorrectly designated as "Dental Service"), is hereby dismissed from the above captioned action with prejudice.

                                                                              _____
                                                                              The Honorable Sue L. Robinson, Chief Judge
                                                                              United States District Court

\15_A\LIAB\KJCONNORS\LLPG\341642\VLLUCAS\13252\15000