# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Harry Samuel** | : | |
| | : | |
| **Plaintiff,** | : | **C.A. No. 05-037-SLR** |
| | : | |
| v. | : | |
| | : | |
| **THOMAS CARROLL, (WARDEN), LT. PORTER, COUNSELOR KRAMER, and the I.B.C.C. (CLASSIFICATION COMMITTEE), and DENTAL SERVICE,** | : : : : : : | |
| **Defendants** | : | |

## ORDER

And now, this ___ day of _____, 2006, the Response Of Defendant, Correctional Medical Services, Inc., (Incorrectly Designated As "Dental Service") To Plaintiff's Default Motion having been duly considered, it is hereby Ordered that Plaintiff's Default Motion is Denied.

_____
The Honorable Sue L. Robinson, Chief Judge
United States District Court
District of Delaware

\15_A\LIAB\KJCONNORS\LLPG\341725\VLLUCAS\13252\15000