IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Harry Samuel** : | |
| : | |
| Plaintiff, : | C.A. No. 05-037-SLR |
| : | |
| v. : | |
| : | |
| **THOMAS CARROLL, (WARDEN), LT. PORTER, COUNSELOR KRAMER, and the I.B.C.C. (CLASSIFICATION COMMITTEE), and DENTAL SERVICE,** : | |
| Defendants : | |

## CERTIFICATION OF SERVICE

I, Kevin J. Connors, hereby certify that I have served upon all persons listed below two true and correct copies of the RESPONSE OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC. (INCORRECTLY DESIGNATED AS "DENTAL SERVICE"), TO PLAINTIFF'S DEFAULT MOTION in the above-captioned matter this date via E-File and/or regular mail to the following:

Harry Samuel
SBI#201350
Delaware Correctional Center
1118 Paddock Road
Smyrna, DE 19977

Ophelia Michelle Waters
Department of Justice
State of Delaware
820 N. French St., 8th Floor
Wilmington, DE 19801

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:   */s/ Kevin J. Connors*
Kevin J. Connors, Esquire #2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant,
Correctional Medical Services, Inc
(incorrectly designated as "Dental Service")

Dated: March 22, 2006

\15_A\LIAB\KJCONNORS\LLPG\341726\VLLUCAS\13252\15000