IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SAMUEL, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-037-SLR |
| THOMAS CARROLL (Warden), LT. PORTER, COUNSELOR KRAMER, I.B.C.C. (The Classification Committee), CORRECTIONAL MEDICAL SERVICES, FIRST CORRECTIONAL MEDICAL, and ROB YOUNG, | ) ) ) ) ) ) ) ) |
|     Defendants. | ) |

**O R D E R**

At Wilmington this 29th day of March, 2006, defendant Correctional Medical Services, Inc. having filed information within D.I. 60 that appears to be personal and may not be appropriate to share on the public docket;

IT IS ORDERED that, should a party want the personal information to be treated as confidential, the party shall immediately file with the court a motion to seal D.I. 60. This procedure is outlined in the "Notice Regarding Personal Information"[1] attached to this order.

                                                                     _____
                                                                      United States District Judge

---

[1] Visit this court's website for more information regarding privacy and the process for sealing documents at **www.ded.uscourts.gov** and click on the "CM/ECF" link to access "Standing Order and Administrative Procedures" (SEE Paragraph (I) Privacy).