In the United States District Court of Delaware

Harry Samuel
    v.
Thomas Carroll (Warden)
    and    et al
Dental Service

C.A. NO. 05-037-SLR

FILED
BD scanned
MAR 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Plaintiff response to Defendant Correctional medical Services in regard to Default Motion and Plaintiff Amended Complaint.

Plaintiff Samuel, Submit to the U.S. District Court that as a whole the Plaintiff was denied Dental Service for a year. Where the Plaintiff had discomfort and further damage to the tooth. ~~and another tooth~~ The Plaintiff had to try to eat on the other side of Plaintiff mouth because of the discomfort and the risk that the tooth would crack and expose the tooth nerve. The Plaintiff Submit that the Plaintiff is a person placed in the care of the Department of Corrections therefore the Plaintiff has no choice in choosing a private Corporation for Dental Service. Therefore the Plaintiff Exhaust administrative remedies by puting in a Sick Call. The Plaintiff was Denied treatment at Sick Call. Thereafter Plaintiff Exhausted a Medical Grievance the Plaintiff was denied treatment at the Medical Grievance level there after the Plaintiff appealed. The appeal was approved 2-15-05, But Plaintiff had to wait 7 month after the appeal was granted for treatment (see Exhibit 22 Medical Grievance Page 7 of 7 at bottom of page appeal Approved). The Plaintiff was placed on the waiting list for over 7 months once Correctional medical Services became the Providers the Plaintiff was denied treatment for 2 months. Therefore the Designated Dental Service is correct as a whole and because of a timely filed Amended Complaint which identifies Correctional medical Services for 2 months.

Conclussion:

The Plaintiff request that the Plaintiff Default ~~Motion~~ Motion be Granted. and the Plaintiff request that the Plaintiff Amended Complaint be Granted.

Date 3-27-06

                         *Harry L. Samuel* Pro Se

All, handwritten documents that the Defendant felt was relevant to Plaintiff Claim the Substance is entirely Clear (see Defendant Exhibit entries of relevant document submited to Court Exhibits A to E. Defendand made no request for a Clear Document.

1

## Certificate of Service

I, _Harry Samuel_, hereby certify that I have served a true and correct cop(ies) of the attached: _Plaintiff responce to Correctional Medical in regard to Default Motion_ upon the following parties/person (s): _and amended Complaint. Date 3-27-06._
_Opposing counsel(s)_

TO: _Kevin J. Connors_   TO: _____
_1220 North Market St. 5, FL._   _____
_P.O. Box 8888_   _____
_Wilmington, Delaware_   _____
_19899 - 8888_   _____
_Correctional medical service_

TO: _Ophelia M. Waters_   TO: _____
_Deputy Attorney General_   _____
_820 North French St. 6th, FL._   _____
_Wilmington, De._   _____
_19801_   _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _27th_ day of _March_, 2006

_Harry L. Samuel_
Pro Se

```
I/M Harry Samuel
SBI# 201360   UNIT 23,C,1,U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
```

WILMINGTON DE 197
28 MAR 2006 PM 1 L

U.S.M.S.
X-RAY

```
To. Office of the Clerk
United States District
844 N. King Street, Lockbox 18
Wilmington, Delaware
          19801-3570
```