IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HARRY L. SAMUEL** | ) | |
| | ) | **C.A. No. 05-037- SLR** |
| | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THOMAS CARROLL, ET. AL** | ) | |
| | ) | |
| **Defendants,** | ) | |

## ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Daniel L. McKenty, Esquire, and Dana Spring Monzo, Esquire, as attorneys for defendant First Correctional Medical in the above-referenced action.

This entry of appearance in no way waives any defenses defendant may have with respect to jurisdiction, venue, process, or service of process.

                                     **McCULLOUGH & McKENTY, P.A.**

                                     /s/ Dana Spring Monzo
                                     Daniel L. McKenty, Del. Bar No. 2689
                                     Dana Spring Monzo, Del. Bar No. 4605
                                     1225 N. King Street, Suite 1100
                                     P.O. Box 397
                                     Wilmington, DE 19899-0397
                                     (302) 655-6749
                                     Attorneys for First Correctional Medical

May 26, 2006

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY L. SAMUEL | ) | |
| | ) | C.A. No. 05-037- SLR |
| | ) | |
| | ) | JURY OF 12 DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS CARROLL, ET. AL | ) | |
| | ) | |
| Defendants, | ) | |

### CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on the 26th day of March, 2006, copies of the attached *Defendant First Correctional Medical's Motion for Continuance* were served upon the following:

**Via Electronic Service**
Ophelia M. Waters
820 N. French Street, 8th Floor
Wilmington, DE 19801

**Via U.S. Mail**
Harry L. Samuel
SBI# 201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Dana Spring Monzo
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for Defendant First Correctional Medical

Dated: May 26, 2006