### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY L. SAMUEL | ) | |
| | ) | C.A. No. 05-037- SLR |
| | ) | |
| | ) | JURY OF 12 DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS CARROLL, ET. AL | ) | |
| | ) | |
| Defendants, | ) | |

### MOTION FOR CONTINUANCE

Defendant, First Correctional Medical, respectfully requests a thirty day extension to respond to the Complaint and/or Motion for Default Judgment for the following reason:

1.  Defendant, First Correctional Medical is no longer in possession of the medical records germane to Plaintiff's allegation, as they are no longer the health care provider for the State of Delaware.

**WHEREFORE**, Defendant, First Correctional Medical requests that their Motion for a Continuance be granted.

McCULLOUGH & McKENTY, P.A.

/s/ Dana Spring Monzo
Dana Spring Monzo
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for Defendant First Correctional Medical

Date: May 26, 2006

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HARRY L. SAMUEL** | ) | |
| | ) | **C.A. No. 05-037- SLR** |
| | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THOMAS CARROLL, ET. AL** | ) | |
| | ) | |
| **Defendants,** | ) | |

## ORDER

And now this _____ day of _____, 2006 having considered Defendant, First Correctional Medical's Motion for Continuance and any opposition thereto,

**IT IS HEREBY ORDERED** that Defendant, First Correctional Medical's Motion for Continuance is granted.

_____
J.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY L. SAMUEL | ) | |
| | ) | C.A. No. 05-037- SLR |
| | ) | |
| | ) | JURY OF 12 DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS CARROLL, ET. AL | ) | |
| | ) | |
| Defendants, | ) | |

### CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on the 26th day of March, 2006, copies of the attached *Defendant First Correctional Medical's Motion for Continuance* were served upon the following:

**Via Electronic Service**
Kevin J. Connors
1220 N. Market Street, Suite 500
P.O. Box 8888
Wilmington, DE 19899

Ophelia M. Waters
820 N. French Street, 8th Floor
Wilmington, DE 19801

**Via U.S. Mail**
Harry L. Samuel
SBI# 201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Dana Spring Monzo
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for Defendant First Correctional Medical

Dated: May 26, 2006