Harry Samuel    19CU3    11/24/04
~~18CU12~~

My name is Ms. McFadden, and I will be your counselor for as long as you remain housed in Building 18 or Building 19 CD Tiers. I know you are here, and I will be around to see you as soon as I can. When I come to see you, I will bring you a copy of the housing rules for the SHU. I cannot send the housing rules in the mail because they are too thick. Please sign all 3 of the enclosed forms and send them back to me (TV responsibility form, housing rules form and Treatment Plan). These forms need to be signed before a TV can be issued to you. I am including an "orientation package" and I would like for you to read it because it explains how things work back here in the SHU. If you have a new Quality of Life Level, I have indicated it on your treatment plan. If not, I put a temporary level on the plan so that you can get started. Eventually the Quality of Life Committee will give you an official level. I will also bring you your assignments when I come to see you. You will get all of the program assignments at one time for whatever level you are on, so you will have plenty of time to get them done. I will present your case for review approximately every 90 days.

FYI –

- Level 1's do not get a TV, you must achieve Level 2 before being issued a TV

- If you wish to purchase a radio, you have to fill out a commissary slip and send it to Capt Sagers for his approval.

I appreciate your patience, and I will be down to see you as soon as I can. Drop me a note if you have any questions.

Don't forget to sign the enclosed forms and mail them back to me, so I can submit your name and cell for a TV. The "orientation package" is yours to keep.

Thank you,
Counselor McFadden

## Counselor assignments for SHU
Building 17 – Mr. Simms
Building 18 – Ms. McFadden
Building 19 A&B Tiers – Mr. Simms
Building 19 C&D Tiers – Ms. McFadden

Please correspond with your assigned counselor

Exhibit C-2

Appendix E

## DELAWARE CORRECTIONAL CENTER — MEMORANDUM

TO: Inmate Horn Samuel, SBI# 201216, Housing Unit SHU
VIA: Counselor Zade
FROM: I.B.C.C.
DATE: 05/2/05
RE: Classification Results

Your M.D.T. has recommended you for the following: Mont HC, TFC, MH

The I.B.C.C.'s decision is to:

**X** Approve _____
___ Not Approve _____
___ Defer _____
___ Recommend _____
___ Not Recommend _____

BECAUSE:

___ Lack of program participation
___ Pending disciplinary action
___ Gradual phasing indicated
___ Open charges
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

**✓** Time remaining on sentence
___ Prior failure under supervision
___ Poor institutional adjustment
**✓** Serious nature of offense

**✓** You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: ~~~~~~~ 04/06 Review

ADDITIONAL COMMENTS:

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
Inmate
Institution File

Form #456 (3 Part NCR)
Revised 11/97

Exhibit - 24

Appendix E

## DELAWARE CORRECTIONAL CENTER — MEMORANDUM

TO: Inmate _Huird Samuel_, SBI# _____, Housing Unit _S_
VIA: Counselor _Kramer_
FROM: I.B.C.C.
DATE: _1/3/06_
RE: Classification Results

Your M.D.T. has recommended you for the following: _Continued Max._
_Payman_ _____

The I.B.C.C.'s decision is to:

_____ Approve _____

__✓__ Not Approve _____

_____ Defer _____

_____ Recommend _____

_____ Not Recommend _____

**BECAUSE:**

\_\_\_\_ Lack of program participation     \_\_\_\_ Time remaining on sentence
\_\_\_\_ Pending disciplinary action       \_\_\_\_ Prior failure under supervision
\_\_\_\_ Gradual phasing indicated         \_\_\_\_ Poor institutional adjustment
\_\_\_\_ Open charges                      \_\_\_\_ Serious nature of offense
\_\_\_\_ Prior criminal history
\_\_\_\_ Failure to follow your treatment plan in that you _____

\_\_\_\_ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: _Key 4/07_
_Must become program Active_

**ADDITIONAL COMMENTS:**

\_\_\_\_ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
Inmate                                    Form #456
Institution File                          Revised 11/97

_Exhibit - 28_

Appendix E

# DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO: Inmate _Harry Jacobs_, SBI# _291360_, Housing Unit _2_
VIA: Counselor _Kromer_
FROM: I.B.C.C.
DATE: _1/31/06_
RE: Classification Results

Your M.D.T. has recommended you for the following: _approx_
_Termination_
_90 days Probation_

The I.B.C.C.'s decision is to:

_✓_ Approve _Tiernan MHU_

____ Not Approve _____

____ Defer _____

____ Recommend _____

____ Not Recommend _____

**BECAUSE:**

____ Lack of program participation         ____ Time remaining on sentence
____ Pending disciplinary action           ____ Prior failure under supervision
____ Gradual phasing indicated             ____ Poor institutional adjustment
____ Open charges                          ____ Serious nature of offense
____ Prior criminal history
____ Failure to follow your treatment plan in that you _____

____ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

**OTHER:** _Rev 4/06_

**ADDITIONAL COMMENTS:**

____ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
         Inmate                                   Form #456
         Institution File                         Revised 11/97

_Exhibit - 29_

March 5, 06

To: Pardon's Board

Samuel Harry
C/L-1

My name is C/O Kimberly Mason and I currently work in MHU 23. I have been with the State of Delaware since 1989. Before I started with the Department of Corrections I worked for Stockley Ctr. Division of Mental Retardation. I then came to the Department in 2000. Since I started working in MHU #23 I noticed inmate Samuel Harry SBI. 00210366 has not received any disciplinary's and has never refused any orders and has never caused any problems to any other staff members or myself that work in the building. I recommend such inmate to be pardoned. Mr. Samuel is a inmate that keeps to himself and never bothers anyone. Mr. Samuel is a role model for all inmates he keeps them encouraged to keep their heads high and stay positive. I believe that Mr. Samuel Harry does not need this harsh of a sentence. Myself I am Girl Scout (Cadet)

Exhibit — A-31



# MHU Distance Learning Relapse Prevention Group

This certificate of completion is awarded to

*Samuel, Harry 201360*

For participation and valuable contributions to

MHU DISTANCE LEARNING RELAPSE PREVENTION GROUP

Signature Treatment Administrator   Date:
Signature MHU Counselor   Date:

C 4/1

INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: Samuel Harry                              SBI# 00201360
HOUSING UNIT: MHU-23          DATE Mon 03/28/06    TIME: 1930

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| 1 | File folder containing Misc. Paperwork | N/A | 1 | Fair – Poor |

Officer's Name (Print Clearly)                Shift                Officer's Signature Who Inventoried Property

Supervisor's Name (Print Clearly)            Shift                Supervisor's Signature Reviewing Inventory

**Record of Transfer of Property**

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)   (Date)        (Time)            (Person Receiving Property)        Unit

**Record of Transfer of Property**

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)   (Date)        (Time)            (Person Receiving Property)        Unit

**Record of Transfer of Property**

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)   (Date)        (Time)            (Person Receiving Property)        Unit

Revised: 4/01/03    ** S- State Property    P- Personal Property            FORM# 537-A

Appendix E

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO:     Inmate _Hurry Jamial_, SBI# _001266_, Housing Unit _Z 2_
VIA:    Counselor _Kramer_
FROM:   I.B.C.C.
DATE:   _4/1/10_
RE:     Classification Results

Your M.D.T. has recommended you for the following: _Medium Trenman or Kitchen AVP MH Thresholds_

The I.B.C.C.'s decision is to:

✓ Approve _Cont. Med/High, MHU programs, MH_
✓ Not Approve _Medium, Kitchen, AVP Thresholds_
___ Defer _____
___ Recommend _____
___ Not Recommend _____

**BECAUSE:**

___ Lack of program participation          ___ Time remaining on sentence
___ Pending disciplinary action            ___ Prior failure under supervision
___ Gradual phasing indicated              ___ Poor institutional adjustment
___ Open charges                           ___ Serious nature of offense
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

✓ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: _Rev: 04/07_

**ADDITIONAL COMMENTS:**

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to:  Classification
          Inmate                                       Form #456
          Institution File                             Revised 11/97

_Exhibit - A- 30_