FORM #584

Medical GRIEVANCE FORM

FACILITY: D.C.C.    DATE: Oct. 7, 2004

GRIEVANT'S NAME: Harry Samuel    SBI#: 00201360

CASE#: _____    TIME OF INCIDENT: Sept 5, 2004

HOUSING UNIT: 21 B 9 L

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I requested to get treatment from the dentist by putting a sick call slip (form) in the sick call box on Sept. 7, 2004. Sgt. Sillivan gave me the sick call form after I reported my dental problem to him. I put in two other sick calls for this matter and my problem is my filling is out and I got a big hole in my tooth if not treated I will loose my tooth. ② Also the warden forwared a letter to have braces to fix my front teeth its been years the dentist didnt call ye. The reason I am submiting this grievance is because it has been a month and I havent seen the dentist in a month sence my request (sick call was put in). The dentist assistant seen me after a month but no treatment now it been another month and no treatment.

ACTION REQUESTED BY GRIEVANT: to have my tooth fill in by the dentist soon before I loose my tooth. and to have my front teeth Braced like the warden said he notified the dentist Supervior to take action.

GRIEVANT'S SIGNATURE: Harry Samuel    DATE: Oct. 7, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)  ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Exhibit - 27ª

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Resol. Date : 06/22/2005 |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I requested to get treatment from the dentist by putting a sick call slip in the sick call box on 9/7/04. Sgt. Sullivan gave me sick call form after I reported my dental problem to him. I put in two other sick calls for this matter and my problem is filling is out and I got a big hole in my tooth if not treated I will lose my tooth. 2. Also warden forware a letter to have braces to fix my front teeth. It's been years the dentist didn't call yet. The reason I am submitting this grievance is because it has been a month and I haven't seen the dentist in a month sence my request. The dentist assistant seen me after a month but no treatment now it been another month and no treatment.

**Remedy Requested :** To have my toth fill in by the dentist soon before I loose my tooth and have to have my front teeth braced like warden said he notified the dentist supervisor to take action.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 10/22/2004 |
| Investigation Sent : 10/22/2004 | Investigation Sent To : Wolken, Gina |
| Grievance Amount : | |

Exhibit 22

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name**: SAMUEL, HARRY L | **SBI#** : 00201360 | **Institution** : DCC |
| **Grievance #** : 7953 | **Grievance Date** : 10/07/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status**: Level 3 | **Inmate Status** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 09/05/2004 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** :Bldg 21, Upper, Tier D, Cell 6, Bottom | |

### INFORMAL RESOLUTION

**Investigator Name** : Wolken, Gina                 **Date of Report** 10/22/2004

**Investigation Report** : Patient does not want to sign off until he gets the treatment. Warned him filling take 8-9 months.

**Reason for Referring:**

Offender's Signature:_____

Date               :_____

Witness (Officer) :_____

Date 06/22/2005

DCC - Delaware Correction Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SAMUEL, HARRY L | **SBI#** : 00201360 | **Institution** : DCC |
| **Grievance #** : 7953 | **Grievance Date** : 10/07/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/05/2004 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 21, Upper, Tier D, Cell 6, Bottom | |

## IGC

**Medical Provider:**                                **Date Assigned**

**Comments:**

☒ Forward to MGC            ☐ Warden Notified

☐ Forward to RGC            Date Forwarded to RGC/MGC : 12/03/2004

☐ Offender Signature Captured    Date Offender Signed    :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

# GRIEVANCE INFORMATION - Appeal

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

### APPEAL REQUEST

No appeal returned

### REMEDY REQUEST

DCC Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 06/22/2005

# GRIEVANCE INFORMATION - BGO

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

## REFERRED TO

Due Date :             Referred to:              Name:

Type of Information Requested :

## DECISION

Date Received : 02/22/2005

Decision Date : 03/17/2005          Vote : Uphold

Comments :

I recommend that FCM resolve the dental services availability problem; inordinate delays lead to more serious and expanding medical related issues, as well as higher costs. An 8-to9 month wait for tooth repair is unacceptable.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name:** SAMUEL, HARRY L | **SBI#** : 00201360 | **Institution** : DCC |
| **Grievance #** : 7953 | **Grievance Date** : 10/07/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/05/2004 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

### DECISION

**Decision Date:** 06/20/2005    **Vote:** Uphold

**Comments** :
I concur with the recommendation of the BGO.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SAMUEL, HARRY L | **SBI# :** 00201360 | **Institution :** DCC |
| **Grievance # :** 7953 | **Grievance Date :** 10/07/2004 | **Category :** Individual |
| **Status :** Resolved | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 09/05/2004 | **Incident Time :** |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg 21, Upper, Tier D, Cell 6, Bottom | |

### MGC

**Date Received :** 12/03/2004     **Date of Recommendation:** 02/18/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Munson, Amy | Deny |
| Staff | | Lyons, April | Deny |
| Staff | | Rickards, Suesann | Deny |
| Staff | | Merson, Lise M | Abstain |

### VOTE COUNT

| | | |
|---|---|---|
| Uphold : 0 | Deny : 3 | Abstain : 1 |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Hearing held 2/15/05
You were seen by the dentist and are on the waiting list for a filling.
Appeal form provided.

DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

June 20, 2005

Inmate SAMUEL HARRY L
SBI # 00201360
DCC Delaware Correctional Center
SMYRNA DE, 19977

*21 DU-6*

Dear HARRY SAMUEL:

We have reviewed your Grievance Case # 7953 dated 10/07/2004.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

Exhibit 21

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): Harry Samuel
Housing Location: 19E34 21DU6
Date of Birth: 8-17-62
SBI Number: 00201360
Date Submitted: 6-9-05

Complaint (What type of problem are you having)? my tooth filling came out 9 months ago and my teeth need to be filled and my teeth need to be even up with Braces. This is my 6th attempt to get treatment and its over 9 months and no treatment yet.

Inmate Signature: Harry Samuel
Date:

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A: Already

P: Scheduled

E:

Provider Signature & Title                              Date & Time

3/1/99 DE01
FORM#:
MED
263

Exhibit 27 (27)

In The United States District Court
for the District of Delaware

Harry Samuel
    Plaintiff,

V.

Thomas Carroll
    et al.

Civ. No. 05-037-SLR

RE: <u>Dental Services</u>

To Judge Sue L. Robinson.

On 9-7-2005, The Dentist filled my tooth. The Dentist said plaque developed around the tooth, and eat some of the bone away that hold the tooth. I was next schedual for treatment to clean my tooth (teeth). I explained to the Dentist that the warden had forwarded a letter to the Dentist to take action on geting my teeth (tooth) straight. (See two letters from Thomas the warden dated November 20, 2001 and ~~November~~ October 26, 2001). I bit my lip and it is hard to talk the way my tooth grow back. I was charged $4.00 dollars for the filling see Delaware Department of Correction Health Care Services Fee Sheet. I don't think I should have to pay because the Tax payers already payed for me to have Dental, Medical, etc. to be housed in prison.

Inmate:
Harry L. Samuel
SBI #201360
Delaware Correctional Center

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name  *Harry Samuel*   SBI # *00201360*
(Last, First MI)

Facility *DCC*   Date *9-7-2005*

- [✓] Chargeable Visit — $4.00
- [ ] Non Chargeable Visit — -0-
- [ ] Medication Handling Fee ($2.00 X ___ ) — $ ___

**Total Amount Charged To Inmate Account**   $ *4.00*

Health Care Staff Signature: _____

=====================================================

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: *Harry Samuel*   Date: _____

1) *Witness Signature: _____   Date: _____

2) *Witness Signature: _____   Date: _____

=====================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office   Posted/Entered by _____   Date _____
Copy: Inmate Medical Record (yellow)
Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

*Dintist Kathy*
*filled tooth. July 1, 2005*
*beginning of September*
*2005. (CMS)*



**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**OFFICE OF THE WARDEN**
**DELAWARE CORRECTIONAL CENTER**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 653-2855

**MEMORANDUM**

TO: Inmate Harry Samuel
#201360

FROM: Thomas L. Carroll   /s/ Thomas L. Carroll
Warden

DATE: November 20, 2001

RE: Letter

---

    This will acknowledge receipt of your letter on November 15, 2001 regarding dental problems. Please be advised that this matter has been forwarded to Ms. Georgia Perdue of Correctional Medical Services for her information, review and action.

TLC/sw
Cc:   Georgia Perdue, CMS
       file

---

1. In regard to plaintiff wrote to Carroll Warden to get appoval for CMS to straieghten plaintiff teeth by Braces. Ms. Georgia never complied.

2. At the first initial visit CMS told plaintiff we can break your teeth in half unless you get the Warden approval to Brace teeth.

3. another letter the warden did not respond to about a fee disput the Deputy warden McGuigan responded to state that he did not understand what I was say about no treatment but had to pay $4.00



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE WARDEN**
**DELAWARE CORRECTIONAL CENTER**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 653-2855

**MEMORANDUM**

TO:     Inmate Harry Samuel
        #201360

FROM:   Thomas L. Carroll         *Thomas L. Carroll*
        Warden

DATE:   October 26, 2001

RE:     Letter

---

    This will acknowledge receipt of your letter dated October 19, 2001 regarding dental services. Be advised that I have forwarded your request to Ms. Georgia Perdue of Correctional Medical Services for action.

TLC/sw
Cc:    Deputy Warden McGuigan
       Security Superintendent Cunningham
       Georgia Perdue
       file

*about Braces never receive reponce from this letter for action from Ms. Georgia (CMS)*

In the United States District Court of Delaware

Harry Samuel
    V.
Thomas Carroll (warden)
   and    et al
Dental Service

C.A. No. 05-037-SLR

RE: Plaintiff response to Defendant Correctional medical Services in regard to Plaintiff Default Motion and Plaintiff Amended Complaint.

Plaintiff Samuel, Submit to the U.S. District Court that as a whole the Plaintiff was denied Dental Service for a year. Where the Plaintiff had discomfort and further damage to the tooth. ~~[illegible]~~ The Plaintiff had to try to eat on the other side of Plaintiff mouth because of the discomfort and the risk that the tooth would crack and expose the tooth nerve. The Plaintiff Submit that the Plaintiff is a Person Placed in the care of the Department of corrections, therefore the Plaintiff has no choice in choosing a private Corporation for Dental Service. Therefore the Plaintiff Exhaust administrative remedies by Puting in a sick call. The Plaintiff was Denied treatment at sick Call. Thereafter Plaintiff Exhausted a Medical Grievance the Plaintiff was denied treatment at the Medical Grievance level there after the Plaintiff appealed. The appeal was approved 2-15-05, But Plaintiff had to wait 7 month after the appeal was granted for treatment (see Exhibit 22 Medical Grievance Page 7 of 7 at bottom of Page appeal Approved). The Plaintiff was placed on the waiting list for over 7 months. once Correctional medical Services became the Providers the Plaintiff was denied treatment for 2 months. Therefore the Designated Dental Service is correct as a whole and because of a timely filed Amended Complaint which identifies Correctional medical Services for 2 months.

                        Conclussion:

The Plaintiff request that the Plaintiff Default ~~MOTION~~ MOTION be Granted. and the Plaintiff request that the Plaintiff Amended Complaint be Granted.

3-27-06

All, handwritten documents that the Defendant felt was relevant to Plaintiff Claim the Substance is entirely clear (see Defendant Exhibit entries of relevant document Submited to Court Exhibits A to E. Defendand made no request for a Clear Document.

1

HARRY SAMUEL     CASE CIVIL ACTION NO. 1-05-CV-3;
VS.
CARROLL, ETA L

statement

RE: MOTION FOR A WRITTEN TO SHOW CAUSE ON Administration ABOUT DENTAL DELAY IN DENTAL TREATMENT..........

I SAMUEL L. HARRIS MAKE THE Following Counter STATEMENT IN SUPPORT OF CASE SAMUEL V. CARROLL, ETAL AND CORRECtinal Medical SEVICE. I SAMUEL L. HARRIS STATE THE Following Facts That Dated on THE Years of 2005 To 2006 I'VE PUT IN SEVERAL Sick calls And WAS CALLED UP AFTER A LONG WAit To be seen and Told, THAT it would TAKE 8 to 9 MONTH, TO Get ANYThing done from DENTAL. I'VE BEEN IN DCC, Doing MY Time for a long Peroid of of Time And The DENTAL JUST liKe ALL OF Medical NEVER dose The sick call, DenTAL call or The Jobs on on Time. IN MY CASE For This Statement is Postulate on The behave of SAMUEL v. CARROLL, ETAL. I do to ASWELL NEEDS TO GET DENTAL WORK done AND HAVE NOT been SEEN AT ALL aswell AS The Time That they stated That I'LL be seen. SO There Fore The Medical is Not Providen Service Just aswell As DeNTAL for the Hold INNMATES, IN THE House OF corretional ceNter For Medical service to ANY AND EVERY INNMated. Thats been told The Following Reasons why They was not seen For a long peroid of Time IF They was seen late or at All IN my case seen but,

I have NOT RECEIVED NONE OF THE FOLLOWING Treatment, CLEANING, or Feelings. So Therefore I would like The courts or Jury to not only aloud but accept (My Statement), by ruling in SAMUEL VS. CARROLL, ETAL and Correctional. IN Favour OF SAMUEL. CAUSE WE ALREAdy don't Get help So I would like to see IF WE CAN GEt The Right Treatment That's NEEded. MAybE This CASE will bring Justifiable for all aswell as The WRITTEN STATEMENT in This CASE. For ME I'VE WAIted Months to years to been told Months and within THE year I would be SEEN and STIll it comes to this and Just maybe I'll be seen on Time with other that are Fighting the same fight All I wont AS long with other are what we are atitled To get beeng That The U.S. Del Cor, Administration is Post to Give All INNMATES. WE have Rights too. Right?????.....

SINCERELY,
Samuel. L. Harris
SBI # 00252107 -C-U-12-23
Samuel L Harris
DElaware Corr. center
SMVrNa, DE 19977

Subscribed to before me this 6th day, 6th month, 2006

Timothy J. Marts
(Notary Public)
my Commission expires: June 14, 2006

Shawn CARROll

To: U.S District court
Subject: Delayed Dental Treatment

R. Samuel V. CaRRoll, et.al
and
Correctional medical service

## Counter statement

I Shawn Carroll state the following statement in suport of case Samuel V. Correctional medical service. I state that on 6·6·06 I was called for a dental examination at which time I told the dentist I have swollen gums. The dentist then checked my gums and said I have gingervitis, and I need a teeth cleaning and that would take up to a year.

6·7·06

I Shawn Carroll state
that the above statement is true
under penalty of perjury.

## Certificate of Service

I, <u>Harry Samuel</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>reponse to Defendant CMS D.I. 60, Exhibits, Inmate Harris, Carroll Statement</u> upon the following parties/person (s):

TO: <u>Dana Spring Monzo</u>
<u>(McCullough & McKenty, P.A.)</u>
<u>1225 N. King Street, Suite 1100</u>
<u>P.O. Box 397</u>
<u>Wilmington, DE. 19899-0397</u>
(FCM)

TO: <u>Ophelia M. Waters</u>
<u>Deputy Attorney General</u>
<u>State of Delaware</u>
<u>Department of Justice</u>
<u>820 North French Street, 6th Floor</u>
<u>Wilmington, Delaware 19801</u>
(Warden, et al)

TO: <u>Kevin J. Connors</u>
<u>(Marshall, Dennehey, Warner,</u>
<u>Coleman & Goggin)</u>
<u>1220 North Market Street</u>
<u>5th Fl. P.O. Box 8888</u>
<u>Wilmington, DE. 19899-8888</u>
(CMS, I)

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this <u>14th</u> day of <u>June</u>, 2006

*Harry L. Samuel*
Pro Se