In the United States District Court of Delaware

Harry Samuel
                    Plaintiff

      v.

Thomas Carroll, et. al
First Correctional Medical
and Correctional Medical
Service, Inc..

C.A.No. 05-037-SLR


FILED
JUL 1 1 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff respond to defendant First Correctional Medical
answer to Plaintiff Complaint and Amended Complaint
D.I. 74. _____

Statement of Claim: Cruel and unusual Punishment under
the 8th amendment violation for denial and or lengthy Delay
in Plaintiff Samuel, Dental Treatment with Delibrate
Indifference. (Inadequate Dental Care) Regarding Defendant
Thomas Carroll and First Correctional Medical (FCM).

1. The defendant caused the Plaintiff to suffer for a 8-9 to 10
month Denial and or Delay in Dental Treatment which caused
gingervitis around the tooth which eat some of the tooth/bone
structure. FCM contributed to Plaintiff injuries, Pain and
Suffering to Plaintiff Wrist, hand and Shoulder by Treating
Plaintiff in Dental Chair with Plaintiff hands, handcuffed
behind Plaintiff back during Treatment.

2. FCM breached a dental and or medical standard of care.
The Plaintiff suffered for 10 to 12 months. [Total for
Dental Treatment] Which is unacceptable conduct under
an standard of treatment and violated Plaintiff 8th
amendment rights

3. The Plaintiff, needed Plaintiff decayed tooth filled. The
Defendant was aware of Plaintiff Dental Problem and risk.
Because Plaintiff submitted sick call slips, talk to Dentist,
submitted Medical Grievance and an appeal (which was
granted). FCM disregarded Plaintiff serious medical need
and risk of Pain for 10 months for non-medical reasons which
violated Plaintiff 8th amendment rights to adequate Dental
Care.

1

4. The Plaintiff in Plaintiff Original Complain D I. 2 Claim Cruel and unusual Punishment, Denial of Dental Treatment, and Pain and Suffering.

5. Plaintiff Claim Denial of Dental Treatment in Plaintiff 42 U.S.C. §1983 Claim D.I.2 as FCM was the Dental Provider at this relevant time fram.

6. Plaintiff Claim Denial of Dental Treatment which is a 8th amendment Claim for a Prisoner. Plaintiff Amended Complaint, Claim against FCM D.I. 34 Claim FCM Denied Plaintiff Dental Treatment for the first 10 months of a Year. Which Violated Plaintiff 8th amendment rights. FCM Can be held responsible under a theory of respondeat superior. Private entity that contract with County to Provide Jail inmates with medical services was functionally equivalent to municipality for Purposes of inmate §1983 suit alleging inadequate medical Care, thus Claim required showing that entity was responsible for unconstitutional muicipal Custem or Policy that was moving force behind inadequate care. U.S.C.A. Const. Amend. 8; 42 U.S.C.A. §1983. Respondeat superior Liability Private employers are not liable under §1983 for the constitutional torts of their employees unless the Plaintiff Proves the action Pursuant to an official Policy of some nature caused a Constitutional tort 42 U.S.C.A §1983.

7. The Complaint and and Amended Complaint state a claim against FCM Which Plaintiff may recover. Plaintiff submitted evidence to support Plaintiff Complaint that FCM was deliberately indifferent to Plaintiff serious medical Condition.

8. Plaintiff has Properly Claim a Denial of Dental Treatment against FCM.

9. Federal actions and Proceedings do not require application of Delaware's medical malPractice statute in Prisoner's suit alleging inadequate medical treatment U.S.C.A. Const. Amend. 8; 18 Del. C. §6853. Miller v. Correctional Medical Systems, Inc., 1992, 802 F. Supp. 1126

10. FCM did not Provide Plaintiff with medical/dental care that was appropriate for Plaintiff Conditions which was an unacceptable Conduct under an standard of treatment. After a 10 month Denial/Delay FCM did not treat the Plaintiff Condition at all.

11. Plaintiff has submitted evidence in support of Plaintiff 8th amendment Claim. Plaintiff submitted Medical Grievance Report which state an 8-9 month wait for tooth repair is unacceptable.

12. Plaintiff has exhausted his administrative remedies by submitting sick calls, talking to Dentist, filing Medical Grievance, and Appealed. Exhibit - 22 medical Grievance Report.

13. Plaintiff Complaint has Properly stated a Claim for damages upon which Plaintiff may recover.

    Citing: Mitchell Wall v. Mark DION NO. CIV. 02-189-P-C. (Cite as: 257 F. Supp. 2d 316)

    David W. Williamson v. Sharese Brewington - Carr. NO. 97-710 - SLR. (Cite as: 173 F. Supp. 2d 235)

    Peter GOODNOW v. Kenneth Palm, Emsa Correctional Care, Inc. NO. 2: 99 - CV - 132. (Cite as: 264 F. Supp. 2d. 125)

    Therefore, Plaintiff ask the U.S. District Court to grant Plaintiff Complaint against Defendant First Correctional Medical.

Respectfully Submitted
very truely yours
Harry L. Samuel
                    Pro Se

Date: 7-6-2006

9/9/04

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Harry Samuel
Name (Print)

21 B 9 L
Housing Location

8-17-62
Date of Birth

00 201360
SBI Number

9-3-04
Date Submitted

Complaint (What type of problem are you having)? my tooth is chiped or the filling came out. If its not filled soon I will loose my tooth I have pain and cant sleep

Harry Samuel
Inmate Signature

9-3-04
Date

**The below area is for medical use only.  Please do not write any further.**

S: Sleep 10/11/04 JW but not treatment

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED

D00016

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Harry Samuel                          MHU/Max 21 B 9 L
_Name (Print)_                        _Housing Location_

8-17-62          00201360          10-2-04
_Date of Birth_      _SBI Number_      _Date Submitted_

Complaint (What type of problem are you having)? my filling came out and I
have a large whole in my back teeth. I need to see Dentist
to get my tooth filled.
        This is my third attempt its been a month now.

Harry Samuel                          10-2-04
_Inmate Signature_                    _Date_

**The below area is for medical use only.  Please do not write any further.**

S:

Deen 10/7/04 DH        But no treatment

RECEIVED OCT 0 5 2004

O:   Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

A:

P:

E:

_____          _____
Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:

D00015

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Harry Samuel
Name (Print)

Housing Location  19E3H 21DU6

8-17-62
Date of Birth

00201360
SBI Number

6-9-05
Date Submitted

Complaint (What type of problem are you having)? my tooth filling came out 9 months ago and my tooth need to be filled and my teeth need to be even up with Braces. This is my 6th attempt to get treatment and its over 9 months and no treatment yet.

Harry Samuel
Inmate Signature

Date

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:    Already
      scheduled

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

Exhibit 27 (27)

**FORM  #584**

Medical  **GRIEVANCE FORM**

FACILITY: _D.C.C._                          DATE: _Oct. 7  2004_

GRIEVANT'S NAME: _Harry  Samuel_           SBI#: _00201360_

CASE#:_____                      TIME OF INCIDENT: _Sept 5, 2004_

HOUSING UNIT: _21 B 9L_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I requested to get treatment from the dentist by putting a
Sick call Slip (Form) in the sick call box on Sept 7, 2004
Sgt. Sillivan gave me the sick call form after I reported my dentail
problem to him I put in two other sick calls for this matter
and my problem is my filling is out and I got a big hole in my
tooth if not treated I will loose my tooth. Also the warden for wore
※ a letter to have braces to fix my front teeth its been years the dentist didn't call ye
The reason I am submiting this grievance is because it
has been a month and I haven't seen the dentist in a
month sence my request (sick call was put in). The dentist assistant
seen me after a month out no treatment now it been another month and no treatment.

ACTION REQUESTED BY GRIEVANT: _to have my tooth fillin by the dentist_
Soon before I loose my tooth and to have my front teeth Braced
like the warden said he notified the dentist supervior to take
action.

GRIEVANT'S SIGNATURE: _Harry Samuel_        DATE: _Oct. 7, 2004_

WAS AN INFORMAL RESOLUTION ACCEPTED?         _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Exhibit -    27

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Resol. Date : 06/22/2005 |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

## OFFENDER GRIEVANCE DETAILS

Description of Complaint: I requested to get treatment from the dentist by putting a sick call slip in the sick call box on 9/7/04. Sgt. Sullivan gave me sick call form after I reported my dental problem to him. I put in two other sick calls for this matter and my problem is filling is out and I got a big hole in my tooth if not treated I will lose my tooth. 2. Also warden forware a letter to have braces to fix my front teeth. It's been years the dentist didn't call yet. The reason I am submitting this grievance is because it has been a month and I haven't seen the dentist in a month sence my request. The dentist assistant seen me after a month but no treatment now it been another month and no treatment.

Remedy Requested    : To have my toth fill in by the dentist soon before I loose my tooth and have to have my front teeth braced like warden said he notified the dentist supervisor to take action.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 10/22/2004 |
| Investigation Sent : 10/22/2004 | Investigation Sent To : Wolken, Gina |
| Grievance Amount : | |

Exhibit 22

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status: Level 3 | Inmate Status : |
| **Grievance Type:** Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 21, Upper, Tier D, Cell 6, Bottom | |

| INFORMAL RESOLUTION | |
|---|---|
| **Investigator Name** : Wolken, Gina | **Date of Report** 10/22/2004 |

**Investigation Report** : Patient does not want to sign off until he gets the treatment. Warned him filling take 8-9 months.

**Reason for Referring:**

Offender's Signature:_____ _____ _____ _____

Date            :__ _____ _____

Witness (Officer) :___ _____ _____ _____

Case 1:05-cv-00037-SLR   Document 77   Filed 07/11/2006   Page 10 of 24   Date: 06/22/2005

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

## IGC

Medical Provider:                                      Date Assigned

Comments:

☑ Forward to MGC              ☐ Warden Notified

☐ Forward to RGC              Date Forwarded to RGC/MGC : 12/03/2004

☐ Offender Signature Captured      Date Offender Signed       :

DCC, Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

### APPEAL REQUEST

No appeal returned

### REMEDY REQUEST

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/22/2005

## GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

| REFERRED TO |
|---|

Due Date :                    Referred to:              Name:

Type of Information Requested :

| DECISION |
|---|

Date Received : 02/22/2005

Decision Date : 03/17/2005        Vote : Uphold

Comments :

I recommend that FCM resolve the dental services availability problem; inordinate delays lead to more serious and expanding medical related issues, as well as higher costs. An 8-to9 month wait for tooth repair is unacceptable.

SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Offender Name : SAMUEL, HARRY L | | SBI# | : 00201360 | Institution | : DCC |
| Grievance # | : 7953 | Grievance Date | : 10/07/2004 | Category | : Individual |
| Status | : Resolved | Resolution Status : Level 3 | | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | | Incident Date | : 09/05/2004 | Incident Time : | |
| IGC | : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | | | |

| DECISION |
|---|

Decision Date: 06/20/2005          Vote : Uphold

Comments     :

I concur with the recommendation of the BGO.

DCC  Delaware Correctional
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - MGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status: Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

## MGC

Date Received : 12/03/2004          Date of Recommendation: 02/18/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Munson, Amy | Deny |
| Staff | | Lyons, April | Deny |
| Staff | | Rickards, Suesann | Deny |
| Staff | | Merson, Lise M | Abstain |

### VOTE COUNT

| | | |
|---|---|---|
| Uphold : 0 | Deny : 3 | Abstain : 1 |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 2/15/05
You were seen by the dentist and are on the waiting list for a filling.
Appeal form provided.

DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

June 20, 2005

Inmate SAMUEL HARRY L                    *21*    *DU~6*
SBI # 00201360
DCC  Delaware Correctional Center
SMYRNA DE, 19977

Dear HARRY SAMUEL:

We have reviewed your Grievance Case # 7953 dated 10/07/2004.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by
BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

*Exhibit 21*

In The United States District Court
for the District of Delaware

Harry Samuel
            Plaintiff,                           Civ. No. 05-037-SLR

        v.

Thomas Carroll
            et al.

RE: Dental Services

To Judge Sue L. Robinson.

On 9-7-2005, The Dentist filled my tooth.
The Dentist said plaque developed around the tooth,
and eat some of the bone away that hold the tooth.
I was next schedual for treatment to clean my tooth
(teeth). I explained to the Dentist that the warden had
forwarded a letter to the Dentist to take action on geting
my teeth (tooth) straight. (see two letters from Thomas
the warden dated November 20, 2001 and ~~November~~ October
26, 2001). I bit my lip and it is hard to talk the way my
tooth grow back. I was charged $4.00 dollars for the
filling see Delaware Department of Correction Health
Care Services Fee Sheet. I don't think I should have
to pay because the Tax payers already payed for me
to have Dental, Medical, etc. to be housed in prison.

                                Inmate:

                                Harry L. Samuel
                                SBI #201360
                            Delaware Correctional Center

## Delaware Department of Correction
## Health Care Services Fee Sheet

=============================================================

Inmate Name _Harry Samuel_          SBI # _00201360_

       (Last, First MI)

Facility ___D C C -___          Date _9 - 7 - 2005_

    ✓    Chargeable Visit              $4.00

    ___    Non Chargeable Visit         -0-

    ___    Medication Handling Fee ($2.00 X _____ )   $ _____

### Total Amount Charged To Inmate Account   $ _4.00_

Health Care Staff Signature: _____

=============================================================

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _Harry Samuel_          Date: _____

1) *Witness Signature: _____          Date: _____

2) *Witness Signature: _____          Date: _____

=============================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office   Posted/Entered by _____ Date _____

Copy:   Inmate Medical Record (yellow)

       Inmate (pink)

*Only needed if inmate refuses or is unable to sign.

FORM #: 621

3 part NCR

(C:Copay 96:Form.4)

_Dintist Kathy_
_Filled tooth July 1, 2005_
_beginning of September_
_2005. (CMS)_

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|------------|---------------------------------------------|
| 1/4/05 | 1200 | MH | ⑤ Mr. Harry Samuel was seen by mental health per him request. He reported that he has been housed in the MHU/SHU for 4 years due to write ups. |
| | | | ⑥ He presented with soft speech and good eye contact. He was A, ox3 and displayed appropriate mood & affect. No S/H ideas and no v/A hallucinations during the interview. |
| | | | ⑦ stable at this this but appeared to be in need of of counseling from a correctional counselor concerning classification issues. |
| | | | ⑧ Inmate will contact his correctional counselor Inmate will contact mental health as needed. |
| | | | Errol Sarwan, MS |

D000011

| NAME—Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|
| Samuel | Harry | | | 20360 | |

FCM-002

**INTERDISCIPLINARY PROGRESS NOTES**
❑ Continued on Reverse

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY:  DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Harry  Samuel                    23, C, 1, U
_____/ Name (Print)_____     _____Housing Location_____

8-17-62            201360            9-  -05
__Date of Birth__     __SBI Number__     __Date Submitted__

Complaint (What type of problem are you having)? on about 9-7-04 I was
put in Max at which time 9-7-04 I requested
Dental care. on 11-2-04 I was handcuffed behinded
my back during Dental Treatment with T.K Kionke
the handcuffs and being handcuffed behind my back gave me injuries
and pain to my hand, rist, and Shoulder I need to see Doctor it got worst.

Harry L Samuel
_____/ Inmate Signature_____          _____Date_____

**The below area is for medical use only.  Please do not write any further.**

S:
_____

_____

O:  Temp:____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

_____

A:
_____

P:
_____

_____

_____

E:
_____

_____

_____Provider Signature & Title_____          _____Date & Time_____

3/1/99 DE01
FORM#:
MED
263

Exhibit - 26

12

# PHYSICIAN'S ORDER SHEET

**START**

→ Tonsy of (R) Hood
AD DCD to 5 th process

Ntd. R. Pajerowski LPN
12/30/02    1430

---

**PROVIDER'S SIGNATURE**                    **DATE/TIME** 12/30/02 1430

## START NEW ORDERS BELOW

**START**

CXR - ⊕ PPD Annual

Noted
Faxed
Andy 08/05
8/5

---

**PROVIDER'S SIGNATURE**                    **DATE/TIME**

## START NEW ORDERS BELOW

**START**        Nurse Protocol    10/5/05

- Motrin 600mg 30 BID X 1 BOX
as needed for pain to
(R) Shoulder + (R) wrist

Return to sick call if pain
- Continues

---

**PROVIDER'S SIGNATURE**                    **DATE/TIME** 10-5-05

NAME: SAMUEL, HAMILY

ALLERGIES

ID: 20/3600

DOB

D00004

**PHYSICIAN'S ORDERS**

In the United States District Court
District of Delaware

Harry Samuel
         Plaintiff

    V.                     Civ. No. 05-037-SLR

Thomas Carroll (Warden)
      and     et al
Dental Service


RE: Being handcuffed during Dental
Treatment and Pain and Suffering

Plaintiff Samuel Submit that after waiting a while
to see if the Pain and Injuries I got from deing
handcuff behind my back during dental Treatment
would go away the Pain and injuries I suffered
in my hand, rist and shoulder did not go away.

Therefore I put in a sick call to see the Doctor
about my pain and my injuries to my hand, rist and Soulder
(See exhibit-26 Medical/Dental Sick call).

On 10-5-2005 the nurse call to see me about my Sick
call slip I put in (exhibit-26) BY taking me to the nurse/
Doctor office and examin me. I explained to nurse
Danve that I have pain in my hand, rist and Shoulder
and injuries to my rist and shoulder. I explained to
the nurse that it feels like something is broke in
shoulder and the pain and injuries is where I can't
exercise because when I put pressure from exercising
the pain gets worst. The nurse then instructed me stop
exercising, and gave me a Box of Pain Reliever, and
a container (cup) of muscle cream and instructed
to put a worm towel on my hand, rist and shoulder
the nurse said I may have pinched a nerve.

24 Tablets               NDC # 47682-100-64   ← Pain reliever nurse gave me.

**Medique**

**I-Prin**
Ibuprofen 200 mg Tablets

**Pain Reliever / Fever Reducer**
Easy to Swallow-Film Coated Tablets
Compares Active Ingredients to Advil®
Registered Trademark of Wyeth Consumer
Manufactured for: Medique Products, Wood Dale, Illinois 60191 USA
1-800-634-7680

Respectfully Submitted

Harry L. Samuel
Date:

6-06 nurse Beck gave Plaintiff Mot FM 600.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Harry Samuel
Name (Print)

MHU 23, C, I, U
Housing Location

8-17-62
Date of Birth

201360
SBI Number

Date Submitted

Complaint (What type of problem are you having)?  I received Injuries to my hand, wrisk and shoulder while force to ware handcuffs during Dental treatment. I, seen the nerse for my Injuries, and pain in my hand, wrisk and shoulder. My pain Continues I need to see Doctor for my Injuries and pain in my hand, wrisk and shoulder

Harry Samuel
Inmate Signature

6-12-06
Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:   Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01

FORM#:

MED
263

15

## Certificate of Service

I, _Harry Samuel_, hereby certify that I have served a true

and correct cop(ies) of the attached: _Plaintiff respond to defendant FCM_

_answer to Plaintiff Complaint, Amended_ upon the following
_Complaint._

parties/person (s): _Oposing Counsel_

TO: _Dana Spring Monze_    TO: _Ophelia M. Waters_

_(McCullough & McKenty, PA.)_    _Deputy Attorney General_
_State of Delaware_
_1225 N. King Street, Suite 1100_    _Department of Justice_

_P.O. Box 397_    _820 North french Street, 6th, Floor_

_Wilmington, DE. 19899-0397_    _Wilmington Delaware 19801_
_(FCM)_    _(Warden, et al)_

TO: _Kevin J. Connors_    TO: _____

_(Marshall, Dennehey, Warner,_    _____

_Coleman & GOGGIN)_    _____

_1220 North Market Street_    _____

_5th Fl. P.O. Box 8888_    _____

_Wilmington, DE. 19899-8888_
_(CMS, I)_

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center. 1181 Paddock Road, Smyrna, DE
19977.

On this _6th_ day of _July_, 2006

_Harry Samuel_



I/M Harry Samuel
SBI# 261360  UNIT 23 B 2, 1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

*Legal Mail*

TO. Offi
United
844 N. K
Wilming