**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

A PROFESSIONAL CORPORATION    www.marshalldennehey.com

A REGIONAL DEFENSE LITIGATION LAW FIRM

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

Direct Dial: 302-552-4302
Email: kjconnors@mdwcg.com



July 21, 2006

The Honorable Sue L. Robinson
U.S. District Court
844 N. King Street
Lock Box 31
Wilmington, DE 19801

Re:   Harry Samuel v. CMS
      Civ. No: 05-037-SLR
      Date of Loss: 09/07/04 to 07/01/05
      Our File No: 13252-00162

Dear Judge Robinson:

On June 14, 2006, Plaintiff filed a Response to the Motion of Defendant, Correctional Medical Services, Inc., to Dismiss Plaintiff's Amended Complaint. Plaintiff's arguments in his Response are a reiteration of the arguments in his Complaint and Amended Complaint. Since Plaintiff's argument that Correctional Medical Services, Inc. ("CMS") did not provide a filling for his tooth for two months remains unchanged and no new information was provided, Defendant, CMS, rests on its Motion to Dismiss arguing that Plaintiff's Complaint be dismissed for failure to state a claim upon which relief may be granted and will not file a Reply to Plaintiff's Response.

Respectfully yours,

Kevin J. Connors

cc:   Harry Samuel
      Daniel L. McKenty, Esquire
      Dana Spring Monzo, Esquire
      Marcia Stafford, Western Litigation Specialists