IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY L. SAMUEL | ) | |
| | ) | C.A. No. 05-037- SLR |
| | ) | |
| | ) | JURY OF 12 DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS CARROLL, ET. AL | ) | |
| | ) | |
| Defendants, | ) | |

**MOTION TO STRIKE**

Pursuant to F.R.C.P.7(a), defendant First Correctional Medical moves the Court for an order striking Plaintiff's Respond [sic] to Defendant First Correctional Medical Answer to Plaintiff Complaint and Amended Complaint D.I. 74, D.I.77, for the following reasons:

1.  F.R.C.P.7(a) allows a Complaint and an answer. A reply is permitted where there is a counter-claim. An answer by a co-defendant is permitted where there is a cross-claim. F.R.C.P.7(a) provides "no other pleadings shall be allowed, except that the Court may order a reply to an answer . . . ."

2.  In this action, there has been a Complaint and an Amended Complaint filed by the plaintiff. Defendant First Correctional Medical has filed an Answer to both the Complaint and Amended Complaint.

3.  The federal rules do not provide for a reply from the plaintiff in response to defendant First Correctional Medical's Answer, nor has this Court ordered plaintiff to file a reply to First Correctional Medical's Answer. For the aforementioned reasons, defendant First Correctional Medical requests that this Court strike Plaintiff's Respond [sic] to Defendant First Correctional Medical Answer to Plaintiff Complaint and Amended Complaint D.I. 74, D.I.77, from the record of

this case.

                                **McCULLOUGH & McKENTY, P.A.**

                                /s/ Dana Spring Monzo
                                Dana Spring Monzo
                                1225 N. King Street, Suite 1100
                                P.O. Box 397
                                Wilmington, DE 19899-0397
                                (302) 655-6749
                                Attorney for Defendant First Correctional Medical

Date: July 28, 2006

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HARRY L. SAMUEL** | ) | |
| | ) | C.A. No. 05-037- SLR |
| | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THOMAS CARROLL, ET. AL** | ) | |
| | ) | |
| **Defendants,** | ) | |

### ORDER

And now this _____ day of _____, 2006 having considered Defendant, First Correctional Medical's Motion to Strike and any opposition thereto,

**IT IS HEREBY ORDERED** that Defendant, First Correctional Medical's Motion to Strike is granted.

_____
J.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY L. SAMUEL ) | |
| ) | C.A. No. 05-037- SLR |
| ) | |
| ) | JURY OF 12 DEMANDED |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THOMAS CARROLL, ET. AL ) | |
| ) | |
| Defendants, ) | |

**CERTIFICATE OF SERVICE**

I, **DANA SPRING MONZO**, hereby certify that on the 28th day of July, 2006, a copy of the attached *Motion to Strike* was served upon the following:

**Via Electronic Service**
Kevin J. Connors
1220 N. Market Street, Suite 500
P.O. Box 8888
Wilmington, DE 19899

**Via Electronic Service**
Ophelia M. Waters
820 N. French Street, 8th Floor
Wilmington, DE 19801

**Via U.S. Mail**
Harry L. Samuel
SBI# 201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                    **McCULLOUGH & McKENTY, P.A.**

                                    /s/ Dana Spring Monzo
                                    Dana Spring Monzo
                                    1225 N. King Street, Suite 1100
                                    P.O. Box 397
                                    Wilmington, DE 19899-0397
                                    (302) 655-6749
                                    Attorney for Defendant First Correctional Medical

Dated: July 28, 2006