In the United States District Court of Delaware

Harry Samuel
       Plaintiff

V.                                Civ. No. 05-037-SLR

Thomas Carroll (Warden)
   and       et al
Rob Young, Dental Services
(FCM and CMS)
       Defendants



FILED
AUG - 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plantiff letter to U.S District Court
Regarding Exhaust Administrative Remedies

Plaintiff; Samuel, Submit to the District Court that on Page 2 of Plaintiff complaint (D.I 2). Plaintiff mark the box NO that Plaintiff, did not grevance. This NO is inregard to Classification, Disciplinary and Being handcuffed behind Plaintiff back during Dental Treatment. (Put in MHU/Max).

State's Exhibit A, Bureau of Prisons Procedure Manual DOC Policy 4.4 Page 2 of 7 at V. Procedure 2. Which State Classification and Disciplinary have a appeal mechanisms and are not grievable though the IGP.

Plaintiff was Classified to the Compound for good behavior and good Treatment Participation exhibited. On September, 2004, Counselor Kramer told Plaintiff, You (Plaintiff) are now in MHU/Max and You (Plaintiff) can Appeal being put in MHU/Max. At which time Plaintiff did Appealed as Plaintiff Counselor Kramer, instructed the Plaintiff to Appeal. As Plaintiff Stated Plaintiff Appealed see Plaintiff Complaint Page -2- (D.I. 2) also see Exhibit A-15 Which is Plaintiff Appeal to Prison authorities. Plaintiff never, got a response from any of the Prison authorities Plaintiff Appealed to inregard to Plaintiff Appeal.

Plaintiff Complained to the unit Sargent and Lieutenant about cell conditions and Pillow in the SHU. The District Court all ready denied the Conditions Claim as far as Defendant Motion(s) arguing Administrative remedies and Personal involment.

Plaintiff did not Present a danger exhibited, therefore there was no need to retraint Plaintiff during Treatment Causing

an unnecessary and wanton infliction of Pain and discofort and lack of dignity to Plaintiff.

The District Court all ready denied Plaintiff Classification Claim as far as Defendant(s) Motion(s) arguing Administrative remedies and Personal involment

Plaintiff did not disobey any of the Correctional facilities rules of conduct to be Put in SHU/MHU/Max and restraint. The Plantiff had all ready reach the SHU ultimate goals enhance self-reliance, self-control, self-respect, self-discipline and improve Plaintiff quility of life, Three Year befor Plaintiff Placement in Max again in 2004. But Plaintiff was Placed backward for reaching the Correctional facility goals. Not because of bad behavior.

Plaintiff did submit and Grievance, Medical Grievance for delay in filling plaintiff tooth (Exhaust Administrative Remedies).

Date: 8-2-2006

Respectfully Submitted
Harry L. Samuel pro se
SBI.# 201360
Delaware Correctional Center

## Certificate of Service

I, <u>Harry Samuel</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Plaintiff letter to U.S. District Court, regarding Exhaust Administrative Remedies</u> upon the following parties/person (s):

TO: <u>Dana Spring Monzo</u>
<u>(McCullough & McKenty, P.A.)</u>
<u>1225 N. King Street, Suite 1100</u>
<u>P.O. Box 397</u>
<u>Wilmington, DE. 19899-0397</u>
<u>(FCM)</u>

TO: <u>Ophelia M. Waters</u>
<u>Deputy Attorney General</u>
<u>State of Delaware</u>
<u>Department of Justice</u>
<u>820 North French Street, 6th Floor</u>
<u>Wilmington Delaware 19801</u>
<u>(warden, et al)</u>

TO: <u>Kevin J. Connors</u>
<u>(Marshall, Dennehey, Warner,</u>
<u>Coleman & Goggin)</u>
<u>1220 North Market Street</u>
<u>5th Fl. P.O. Box 8888</u>
<u>Wilmington, DE. 19899-8888</u>
<u>(CMS, I)</u>

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this <u>3rd</u> day of <u>August</u>, 2006

*Harry Samuel*

I/M Harry Samuel
SBI# 201360  UNIT 23,B,2,U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 AUG 2006 PM 1 L

U.S.M.S.
X-RAY

To. Office of the Clerk
United States District Court
844 N. King Street, Lockbox
Wilmington, Delaware
19801-3570