## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEREK RAHEEM DOWNING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-568-SLR |
| | ) | |
| CORRECTIONAL OFFICER ART | ) | |
| DAVIS, CORRECTIONAL OFFICERS | ) | |
| and STAFF – to be named later, | ) | |
| FIRST CORRECTIONS MEDICAL, | ) | |
| INC., WARDEN THOMAS CARROLL, | ) | |
| M. JANE BRADY, DELAWARE | ) | |
| DEPARTMENT OF CORRECTIONS and | ) | |
| DELAWARE DEPARTMENT OF COURT | ) | |
| and TRANSIT, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

The undersigned certifies that on August 23, 2006, she caused the *State Defendants' Production of Medical Records of Terek Raheem Downing, SBI No. 292285* to be delivered to the following persons in the form and manner indicated:

**One copy by hand delivery to each recipient:**

Vincent J. Poppiti, Esq.
Jason Wade Staib, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801-4226

Dana Spring Monzo, Esq.
McCullough & McKenty, P.A.
1225 North King Street
Suite 1100
Post Office Box 397
Wilmington, DE  19899-6827

Notice will be delivered via First Class mail to:

Terek Raheem Downing, Inmate
SBI No.:  292285
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**


    /s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th floor
Wilmington, DE  19801
Ophelia.Waters@state.de.us
Attorney for State Defendants