IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| **Harry Samuel** | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-037-SLR |
| | : | |
| v. | : | |
| | : | |
| **THOMAS CARROLL, (WARDEN), LT. PORTER, COUNSELOR KRAMER, and the I.B.C.C. (CLASSIFICATION COMMITTEE), and DENTAL SERVICE,** | : | **TRIAL BY JURY DEMANDED** |
| | : | |
| Defendants | : | |

**O R D E R**

**AND NOW,** this _____ day, 2006, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc., for a Protective Order and Plaintiff's Response thereto, it is hereby Ordered that the Motion is Granted and Defendant, Correctional Medical Services, Inc., shall not be obligated to respond to plaintiff's discovery or produce those documents and things requested by plaintiff until 30 days after the Court renders a decision on CMS' Motion to Dismiss.

_____
The Honorable Sue L. Robinson

\15_A\LIAB\KJCONNORS\LLPG\377235\PASHELBY\13252\00162