TO. Ophelia M. Waters
  Deputy Attorney General

From. Harry Samuel, Pro Se
  Plaintiff

U.S. District
C.A. No. 05-037-SLR

Plaintiff letter regarding Plaintiff Discovery Request

Plaintiff points out to your office that federal courts generally require that Parties attempt to resolve discovery disputes themselves before filing motions to compel.

On august 23, 2006. Plaintiff mailed your office a Discovery request by Plaintiff. As a informal resolution.

Plaintiff requested that your office respond to Plaintiff Discovery request within 30 days of service of Plaintiff Discovery request.

It is now 30 days and one week and Plaintiff did not receive your office response to Plaintiff Discovery request within 30 day of the Date Plaintiff Discovery was Mail to your office.

Plaintiff request that your office produce Plaintiff Discovery request. As a informal resolution.

I await your response.

FILED
OCT -3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Date 10-1-2006

Respectfully Submitted
Very Truly yours

Harry L. Samuel, Pro se

## Certificate of Service

I, <u>Harry Samuel</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Plaintiff letter regarding Plaintiff Discovery Request</u> upon the following parties/person(s):

TO: <u>Dana Spring Monzo</u>
<u>(McCullough & McKenty, P.A.)</u>
<u>1225 N. King Street, Suite 1100</u>
<u>P.O. Box 397</u>
<u>Wilmington, DE. 19899-0397</u>
(FCM)

TO: <u>Ophelia M. Waters</u>
<u>Deputy Attorney General</u>
<u>State of Delaware</u>
<u>Department of Justice</u>
<u>820 North French Street, 6th Floor</u>
<u>Wilmington, Delaware 19801</u>
(Warden, et al)

TO: <u>Kevin J. Connors</u>
<u>(Marshall, Dennehey, Warner,</u>
<u>Coleman & Goggin)</u>
<u>1220 North Market Street</u>
<u>5th Fl. P.O. Box 8888</u>
<u>Wilmington, DE. 19899-8888</u>
(CMS, I)

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this <u>1st</u> day of <u>October</u>, 2006

*Harry L. Samuel*, Pro se



I/M Harry Samuel
SBI# 201360  UNIT 23,B,2,U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
02 OCT 2006 PM 2 T

U.S.M.S. X-RAY

To, office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
  19801-3570