To: Kevin J. Connors, ESQ.
    Correctional Medical Service, Inc.

From: Harry Samuel, Pro se
      Plaintiff

U.S. District
C.A. No. 05-037-SLR

Plaintiff letter to Correctional Medical Service, Inc. regarding Plaintiff Discovery Request Dated 9-23-2006.

Hi Kevin. How are you? This is Plaintiff Harry Samuel. I, like to point out to you, that federal Courts generally require that Parties attempt to resolve discovery disputes themselves before filing motions to comel.

On or about august 25, 2006, CMS received Plaintiff's discovery request.

On august 23, 2006 Plaintiff Mailed CMS a informal Discovery request. Plaintiff requested an response from CMS 30 days of receiving Plaintiff's Discovery request.

Kevin Connors (CMS) Your office did not respond to Plaintiff regarding Plaintiff's Discovery request within 30 days of receiving Plaintiff Discovery request. Inaddition your response is one week late.

Plaintiff request Your office to Produce and Send Plaintiff Discovery, request. As a informal resolution.

Plaintiff has received Your office (CMS) response to the U.S. District Court requesting a Protective order regarding Plaintiff Discovery, CMS motion to dismiss and a extention of time 30 days after a decision rendered.

Unless U.S. District Court rules otherwise Plaintiff request the Production of Plaintiff Discovery Request as a informal resolution.

I await Your response

Date 10-1-2006

FILED
OCT -3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully Submitted
very Truely yours
Harry L. Samuel Pro Se

## Certificate of Service

I, **Harry Samuel**, hereby certify that I have served a true and correct cop(ies) of the attached: **Plaintiff letter to CMS, regarding Plaintiff Discovery request dated 9-23-06** upon the following parties/person(s):

TO: Dana Spring Monzo
(McCullough & McKenty, P.A.)
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE. 19899-0397
(FCM)

TO: Ophelia M. Waters
Deputy Attorney General
State of Delaware
Department of Justice
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(Warden, et al)

TO: Kevin J. Connors
(Marshall, Dennehey, Warner, Coleman & Goggin)
1220 North Market Street
5th Fl. P.O. Box 8888
Wilmington, DE. 19899-8888
(CMS, I)

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **1st** day of **October**, 2006

Harry L. Samuel
pro se