TO. Dana Spring Monzo
First Correctional Medical

From. Harry Samuel, Pro Se
Plaintiff

U.S. District
C.A. No. 05-037-SLR

Plaintiff letter regarding Plaintiff Discovery Request

Plaintiff points out to your office that federal courts generally require that Parties attempt to resolve discovery disputes themselves before filing motions to compel.

On August 23, 2006. Plaintiff mailed your office a Discovery request by Plaintiff. As a informal resolution.

Plaintiff requested that your office respond to Plaintiff Discovery request within 30 days of service of Plaintiff Discovery request.

It is now 30 days and one week and Plaintiff did not receive your office response to Plaintiff Discovery request within 30 day of the Date Plaintiff Discovery was Mail to your office.

Plaintiff request that your office produce Plaintiff Discovery request. As a informal resolution.

I await your response.

Date 10-1-2006

FILED
OCT 3 2006
U.S. DISTRICT

Respectfully Submitted
Very Truly yours
Harry L. Samuel, Pro se

# Certificate of Service

I, <u>Harry Samuel</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Plaintiff letter regarding Plaintiff Discovery Request</u> upon the following parties/person (s):

TO: <u>Dana Spring Monzo</u>
<u>(McCullough & McKenty, P.A.)</u>
<u>1225 N. King Street, Suite 1100</u>
<u>P.O. Box 397</u>
<u>Wilmington, DE. 19899-0397</u>
(FCM)

TO: <u>Ophelia M. Waters</u>
<u>Deputy Attorney General</u>
<u>State of Delaware</u>
<u>Department of Justice</u>
<u>820 North French Street, 6th Floor</u>
<u>Wilmington Delaware. 19801</u>
(warden, et al)

TO: <u>Kevin J. Connors</u>
<u>(Marshall, Dennehey, Warner,</u>
<u>Coleman & Goggin)</u>
<u>1220 North Market Street</u>
<u>5th Fl. P.O. Box 8888</u>
<u>Wilmington, DE. 19899-8888</u>
(CMS, I)

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this <u>1st</u> day of <u>October</u>, 2006

*Harry L. Samuel*, Pro se