To: Ophelia M. Waters, Dana Spring Monzo and Kevin J. Connors
Deputy Attorney General

From: Harry Samuel, Pro Se
SBI #201360  Pititioner/Plaintiff     Civ. No. 05-037-SLR
Delaware Correctional Center

## Discovery

Pursuant to Rules 33 and 34, Fed. R. Civ. P., the Plaintiff submits the following interrogatories and request for documents to the defendants. You are directed to answer each of the interrogatories in writing under oath, and produce each of the requested documents for inspection and copying, within 30 days of service. In addition Request for ADMISSIONS Pursuant to Rule 36, Fed. R. Civ. P., Plaintiff requests defendants to make the following admissions within 30 days after the service of this request.

1. Any and all Policies, directives, Custom, Procedure or instructions to Staff Concerning the use of handcuff Restraints, behind Plaintiff's back during Dental Treatment in the Delaware Correctional Center MHU, Maximum Security unit 21, from September 5, 2004 to September 7th, 2006. If the Policies, directives, Custom, Procedure is different for MHU Maximum Segregation inmates than for general Population inmates, state both Policies, directives Custom, Procedure or instructions. If those Policies, directives, Custom, Procedure or instructions are set forth in any Policy, directive, Custom, Procedure or instructions or other document, produce the document.

2. Any and all Policies, directives, Custom, Procedure or instructions to Staff, First Correctional Medical and Correctional Medical Service, Inc., concerning filling Inmates/Plaintiff, tooth/teeth at the Delaware Correctional Center MHU, Maximum Security unit 21 during September 5, 2004 to September 7, 2006. If the Policies, directives, Custom, Procedure is different for MHU Maximum Segregation inmates than for general

Exhibit - B

FILED
OCT 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Population inmates, State both Policies, directives custom, Procedure, regulations or instructions. If those Policies, directives, Custom, Procedure, regulations, or instructions are set forth in any Policy, directive, Custom, Procedure, regulations or instruction or other document, Produce the document.

3. State the duties of defendant Thomas Carroll and Rob Young, insofar as they Pertain to restraints. handcuffing Plaintiff behind Plaintiff back while forced to sit in the Dental Chair handcuff behind the back during Dental Treatment. If those duties are set forth in any Job description or other document Produce the document.

4. State the duties of defendant Thomas Carroll, First Correctional Medical and Correctional Medical Service Inc., insofar as they Pertain to ensuring that Inmates/Plaintiff tooth is filled in a timely manor. If those duties are set forth in any job description or other document Produce the document.

5. State the Dates with all names, titles and duty of all Delaware Correctional Center Staff and First Correctional Medical and Correctional Medical Service Inc., that responded to, examined, Treated, Filled, Plaintiff tooth from September 5, 2004, to September 7, 2006. If those duties are set forth in any Job description or other document Produce the document.

6. State the names, titles and duty of all Staff members, at the Delaware Correctional Center, First Correctional Medical and Correctional Medical Service Inc., who have resposibility for responding to, examining, Treating, filling Plaintiff tooth/teeth from September 5, 2004 to September 7, 2006. If those responsibilities, duty are set forth in any Job description or other document Produce the document.

2

7. State the names, titles and duty of all staff members at the Delaware Correctional Center who have responsibility for Plaintiff being in handcuff Restraints behind Plaintiff back while in the Dental Chair during dental Treatment from September 5, 2004 to June 30, 2006. If those responsibility and duty are set forth in any job description policy or other document produce the document.

8. State the reason Plaintiff was put in Restraints during Dental Treatment from September 5, 2004 to June 30, 2006.

9. Produce any logs, lists, or other documentation reflecting grievance filed by Plaintiff at the Delaware Correctional Center from September 5, 2004, to September 7, 2006.

10. Produce any and all documents created by any Delaware Correctional Center staff members, First Correctional Medical and Correctional Medical Service Inc., in response to grievance filed by the Plaintiff in 2004 concerning Plaintiff Dental Care Problem and Treatment.

11. State the Date of response with the names, titles, and duties of all staff members at the Delaware Correctional Center, First Correctional Medical and Correctional Medical Service Inc., who responded to and who have responsibility for responding to, investigating or deciding Plaintiff grievance filed in 2004. If those duties are set forth in any job description, policy, directive, or other document, produce the document.

Plaintiff submit that the Discovery sought is Relevant to the claims and Defenses in the case.

I await your response.

Date 8-23-06

Respectfully Submitted
Very Truely yours
Harry L. Samuel, Pro Se
SBI #201360
Delaware Correctional Center

## Certificate of Service

I, **Harry Samuel**, hereby certify that I have served a true and correct cop(ies) of the attached: **Discovery** _____ upon the following parties/person(s): **oposing Counsel**

TO: Dana Spring Monzo
(McCullough & McKenty, P.A.)
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE. 19899-0397
(FCM)

TO: Ophelia M. Waters
Deputy Attorney General
State of Delaware
Department of Justice
820 North French Street, 6th, Floor
Wilmington Delaware 19801
(warden, et al)

TO: Kevin J. Connors
(Marshall, Dennehey, Warner,
Coleman & Goggin)
1220 North Market Street
5th Fl. P.O. Box 8888
Wilmington, DE. 19899-8888
(CMS, I)

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **8-23** day of **August**, 2006.

*Harry Samuel*, Pro Se

Exhibit - B



I/M Harry Samuel
SBI# 201360  UNIT 23, 4, U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

legal mail

To. Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
   19801-3570