# ATTACHMENT

# A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SAMUEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | C.A. No. 05-037-SLR |
| v. ) | |
| ) | |
| THOMAS CARROLL, (WARDEN), LT. ) | |
| PORTER, COUNSELOR KRAMER, and ) | |
| the I.B.C.C. (CLASSIFICATION ) | |
| COMMITTEE), and DENTAL SERVICE, ) | |
| ) | |
| Defendants. ) | |

VERIFICATION AS TO STATE DEFENDANTS' RESPONSES TO DISCOVERY

I hereby certify that the attached Responses to Plaintiff's Request for Production of Documents and Interrogatories (D.I. 84) are complete and correct to the best of my knowledge, information and belief as of the time it is made.

_____
Thomas Carroll

Dated: 10/20/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SAMUEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | C.A. No. 05-037-SLR |
| v. ) | |
| ) | |
| THOMAS CARROLL, (WARDEN), LT. ) | |
| PORTER, COUNSELOR KRAMER, and ) | |
| the I.B.C.C. (CLASSIFICATION ) | |
| COMMITTEE), and DENTAL SERVICE, ) | |
| ) | |
| Defendants. ) | |

VERIFICATION AS TO STATE DEFENDANTS' RESPONSES TO DISCOVERY

I hereby certify that the attached Responses to Plaintiff's Request for Production of Documents and Interrogatories (D.I. 84) are complete and correct to the best of my knowledge, information and belief as of the time it is made.

_____
Robert Young

Dated: 10-20-06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SAMUEL,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS CARROLL, (WARDEN), LT.<br>PORTER, COUNSELOR KRAMER, and<br>the I.B.C.C. (CLASSIFICATION<br>COMMITTEE), and DENTAL SERVICE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 05-037-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

VERIFICATION AS TO STATE DEFENDANTS' RESPONSES TO DISCOVERY

I hereby certify that the attached Responses to Plaintiff's Request for Production of Documents and Interrogatories (D.I. 84) are complete and correct to the best of my knowledge, information and belief as of the time it is made.

_____
Todd Kramer

Dated: 10/20/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY SAMUEL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 05-037-SLR |
| THOMAS CARROLL, (WARDEN), LT. PORTER, COUNSELOR KRAMER, and the I.B.C.C. (CLASSIFICATION COMMITTEE), and DENTAL SERVICE, | ) ) ) ) ) | |
| Defendants. | ) | |

VERIFICATION AS TO STATE DEFENDANTS' RESPONSES TO DISCOVERY

I hereby certify that the attached Responses to Plaintiff's Request for Production of Documents and Interrogatories (D.I. 84) are complete and correct to the best of my knowledge, information and belief as of the time it is made.

_Lt. Ricky J. Porter_
Ricky L. Porter

Dated: 10/20/06