# ATTACHMENT B

# INMATE HOUSING RULES

## FOR

## SECURITY HOUSING UNIT

## AT

## DELAWARE CORRECTIONAL CENTER

DATE: September 1, 2000       APPROVED: _____
                                          WARDEN

**INMATE HOUSING RULES FOR THE SECURITY HOUSING UNIT**

### VIII. MEDICAL SERVICES AND SICK CALL

A. Sick call slips shall be placed in the secured sick call box during the 4 to 12 shift. Sick call shall normally be Monday through Friday, excluding holidays.

B. The medical staff at designated locations dispense prescribed medication.

C. Inmates will be charged a medical co-pay fee of $4 for medical visits and $2 for non-prescription medication as directed by the Medical Department.

## INMATE HOUSING RULES FOR THE SECURITY HOUSING UNIT

XV. <u>GENERAL CONDUCT/RULES</u>

    A. Inmates shall follow the orders of staff at all times. Inmates shall not interfere with or distract staff from performing duties.

    B. Inmates may express their views in a non-disruptive and peaceful manner. Inflammatory speeches, expressing violence, and/or refusing to respond to an order will not be tolerated at any time and are reasons for disciplinary referral.

    C. Inmates shall be handcuffed and shackled whenever leaving their assigned area and escorted by correctional staff to any area which they are destined. Inmates shall be cuffed and un-cuffed with arms to the rear. Inmates must follow the staff's instruction

## INMATE HOUSING RULES FOR THE SECURITY HOUSING UNIT

    for handcuffing and shackling process. When the inmate is out of the cell, the door shall be closed at all times. All cell lights shall be turned off at 2330 hours daily.

D. Shouting, horseplay, and/or other conduct disturbing to others shall not be permitted and are reasons for disciplinary referral. Respect for one another will be displayed at all times.

E. Television (determined by Quality of Life Level) (programming and/or entertainment purpose) shall be played within cells utilizing headphones.

F. Any inmate found to be altering or destroying state property or personal property will be referred for disciplinary action. State-issued items shall not be automatically replaced. Any inmate found to be altering personal property may lose the privilege to have personal property.

G. Assaultive or destructive behavior will result in immediate corrective action.

H. Inmates shall be searched whenever being removed or returned to assigned area or at the discretion of staff.

I. Empty containers (bottles, milk cartons, etc.) are not permitted in an inmate's cell.

J. Inmates are not permitted within any cell or tier other than that which is assigned.

K. When an inmate is notified to come out of his cell/area, he must do so immediately; or it will be considered a refusal.

L. All inmates shall become familiar with the Correctional Code of Penal Discipline. A copy is available for review within the Legal Reference Area and/or from the Unit Staff.

M. No inmates shall be allowed to pass anything from cell to cell or tier to tier.

## INMATE HOUSING RULES FOR THE SECURITY HOUSING UNIT

N. Use of tobacco products is not permitted.

O. There shall be no buying, selling, trading, lending, or giving gifts or property between inmates. There shall be no taking, exercising control over, or otherwise using the property of another person.

P. Nothing shall be drawn, sketched, pasted, or affixed to any surface (walls, doors, windows, etc.) by the inmate.

Q. Blocking of a cell door or covering of cell windows by the inmate is prohibited.

R. Inmates are not permitted to engage in any business activity while incarcerated.