IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SAMUEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civ. No. 05-037-SLR |
| v. ) | |
| ) | |
| THOMAS CARROLL, (WARDEN), LT. ) | |
| PORTER, COUNSELOR KRAMER, and ) | |
| the I.B.C.C. (CLASSIFICATION ) | |
| COMMITTEE), and DENTAL SERVICE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned certifies that on October 23, 2006, she caused the *State Defendants' Response to Plaintiff's Discovery Requests* to be delivered to the following persons in the form and manner indicated:

**One copy by hand delivery to each recipient:**

Dana Spring Monzo, Esq.
Daniel L. McKenty, Esq.
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
Post Office Box 397
Wilmington, DE 19899-6827

Kevin J. Connors, Esq.
Marshall, Dennehey,
Warner, Coleman & Goggin
1220 North Market Street, Suite 500
Post Office Box 8888
Wilmington, DE 19899

Notice will be delivered via First Class mail to:

Harry L. Samuel, Inmate
SBI No.:  201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

　　/s/ Ophelia M. Waters　　
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th floor
Wilmington, DE  19801
Ophelia.Waters@state.de.us
Attorney for State Defendants