To: Ophelia Michelle Waters

From: Harry L. Samuel
          Plaintiff

U.S. District Court
District of Delaware
Civ. No. 05-037-SLR

## Additional Discovery Request

Pursuant to Rule 33 and 34, Fed.R.Civ.P., the Plaintiff submits the following interrogatories and request for documents to the defendants. You are directed to answer each of the interrogatories in writing under oath, and produce each of the requested documents for inspection and copying within 30 days of service.

14. Any and all of the Delaware Correctional Center regulations and policies on handcuffs mechanical restraints insofar as mechanical restraints handcuffs shall never be used in a way that causes undue physical discomfort, inflicts physical pain or in any way restricts the blood circulation or breating of an inmate.(insofar as the handcuffs pertain to plaintiff being forced to ware handcuffs in the rear while in the dental chair) Plaintiff force to be handcuff during Dental Treatment by Correctional officer Rob Young on 10-7-04. and 9-7-04 to 11-15-04.

15. State the name, Title and Duty of the person responsable for the regulations and polices on mechanicl restraints in the Delaware Correctional Center MHU on 10-7-04 (insofar as the restraints patain to handcuffs shall never be used in a way that causes undue physical discomfort, inflicts physical pain or in any way restricts the blood circulation). and 9-7-04 to 11-15-04.

16. State the name, Title and Duty of Rob Young Supervior on 10-7-04, on the 8 to 4 shift that is responsable for Rob Young actions. insofar as they pertain to over seeing Rob Young use of mechanical restraints handcuffs on plaintiff in the rear during Dental Treatment. Pertaining to restraint regulations that ensure handcuff are not to be use in a manor to cause undue discomfort or irflict pain. The Discovery Sought is relevant to the Claims and Defenses in the case.

Date 10-24-2006

OCT 27 2006
Ⓓ scanned

Harry L. Samuel, Pro Se

## Certificate of Service

I, _Harry Samuel_, hereby certify that I have served a true and correct cop(ies) of the attached: _Additional Discovery Request_ _____ upon the following parties/person (s): _opposing Counsel_

TO: _Ophelia M. Waters_              TO: _____
_State of Delaware_                  _____
_Department of Justice_              _____
_State Office Building_              _____
_820 N. French St._                  _____
_Wilmington, Delaware_
_19801_
TO: _____                     TO: _____
_____                         _____
_____                         _____
_____                         _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _25th_ day of _October_, 2006

_Harry Samuel_, Pro se

IM: Harry Samuel
SBI# 201360   UNIT 23,B,2,U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



WILMINGTON DE 197
26 OCT 2006 PM 1 L

U.S.M.S.
X-RAY

TO: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570