To: Clerk
U.S. District Court

Civ. No. 05-037-SLR

Harry Samuel, pro se
        Plaintiff
v.

Thomas Carroll (Warden)
Rob Young and et al
Dental Services
        Defendants


Hi Clerk how are you? This is plaintiff Harry Samuel.

Please mail to me a copy of my Docket Text from Date 1-27-2006 from Docket text number 49 and on.

I am forma pauperis status.

I await your response.

Date 11-9-2006


FILED
NOV 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Harry Samuel, Pro se
SBI # 201360
Delaware Correctional Center

I/M Harry Samuel
SBI# 201360   UNIT 23,B,2,U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
10 NOV 2006 PM 2 T

U.S.M.S
X-RAY

To. Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570