OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

November 16, 2006

TO: Harry L. Samuel  
SBI#201360  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

**RE:** *Request for Copy of Docket,* **05-37(SLR)**

Dear Mr. Samuel:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. ***A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO  
CLERK

cc: The Honorable Sue L. Robinson  
enc: Docket Sheet