TO. Dana Spring Monzo
    First Correctional Medical
                    Defendants

From. Harry Samuel
                    Plaintiff

U.S. District Court
order 15th day of
November RE: Discovery
Civ. No. 05-037-SLR

## Additional Discovery Request for FCM

Pursuant to rule 33 and 34, fed.R.Civ.P., the Plaintiff submits
the following interrogatories and request for documents to the
defendants. You are directed to answer each of the interrog-
atories in writing under oat, and Produce each of the requested
documents for inspection and Copying within 30 days of Service.
This Discovery was mailed to Your office on 11-20-2006,
All discovery requests shall be served and filed on or before
January 16, 2007.

17. Any and all of the Delaware Correctional Center and First
Correctional Medical Regulations and Policies on handcuffs
Mechanical Restraints, insofar as Mechanical restraints
handcuffs shall never be used in a way that Causes undue
Physical discomfort, inflicts Physical Pain or in any way
restricts the blood Circulation or breating of an inmate.
insofar as the handcuffs Pertain to Plaintiff being Forced to
ware handcuffs in the rear while in the dental chair while
Plaintiff was Forced to be handcuffed in the rear during
Dental Treatment by Correctional officer Rob Young in
September, 2004 to September 2005, (10-7-2004).

18. State the name, Title and Duty of the Person responsable for the
regulations and Polices on Mechanical Restraints in the FCM/
Delaware Correctional Center MHU on 10-7-2004 and
(September, 2004 to September 2005), insofar as the restraints
Pertain to While a inmate is being seated in and sitting in the
Dental Chair While handcuffed in the rear during Dental
Treatment the handcuffs shall never be used in a way that
Causes undue Physical discomfort, inflicts Physical Pain
or in any way restricts the blood Circulation.



FILED

NOV 22 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

19. State the name, Title and Duty of Rob Youngs Supervior on 10-7-2004 (September, 2004 to September, 2005) on the 8 to 4 shift that is responsable for Rob Young's actions. Insofar as they Pertain to over Seeing Rob Young's use of Mechanical restraints handcuffs on inmates/Plaintiff, in the rear during Dental Treatment, Pertaining to restraint handcuff <u>Regulations</u> that ensure that handcuffs are not to be use in a manor to Cause undue discomfort or inflict Pain while a inmate is seated and geting Treatment in the Dental Chair. Produce the Document.

20. Any and all of the Delaware Correctional Center and First Correctional Medical Regulations and Policy on Dening and Delaying filling a Inmate/Plaintiff Tooth. In so far as the Regulations and Policy Pertain to Denial and Delay of filling a Inmate/Plaintiff, Tooth shall not be Denied or Delayed in a way that Cause a Inmate/Plaintiff undue Suffering and Pain. Produce the Document. from 10-7-2004 (9, 2004 to 9, 2005).

21. State the name, Title and Duty of the Delaware Correctional Center Staff member and First Correctional Medical Staff member and or Person Responsable for the DCC and FCM Regulations and Policy, Insofar as the staff member or Person oversees the Regulations and Policy in ensuring that Filling a Inmate/Plaintiff Tooth is done in a timely manor that do not Cause undue Suffering and Pain. Produce the Document. from 10-7-2004 (9, 2004 to 9, 2005).

22 State the Reason it took a Year to fill Plaintiff's Tooth. From 9, 2004 to 9, 2005 and why FCM never Filled Plaintiff Tooth at all.

23. State how many months FCM should fill a Inmate/Plaintiff's Tooth which is an acceptabl standard of decency.

Plaintiff do not Seek Personal information. Plaintiff Seek Discovery insofar as the Claims in disPute.

Date: 11-20-2006

Respectfully Submitted
Very Truely yours
Harry L. Samuel, pro se

2

## Certificate of Service

I, _Harry Samuel_ , hereby certify that I have served a true

and correct cop(ies) of the attached: _Additional Discovery ._

_Request: for FCM_ upon the following

parties/person (s): _Oposing_

TO: _Dana Spring Monzo_        TO: _____

_First Correctional Medical_ _____

_1225 N. King Street, suite 1100_ _____

_P. O. Box 397_ _____

_Wilmington, Delaware_ _____
_19899-0397_

TO: _____        TO: _____

_____        _____

_____        _____

_____        _____

_____        _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this _20th_ day of _November_ , 2006

_Harry L. Samuel_, Pro se



WILMINGTON DE 197

21 NOV 2006 PM 2 T

IM Harry Samuel
SBI# 201360 UNIT 23 B 2 U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

legal Mail

TO. Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570