IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY L. SAMUEL, <br><br>    Plaintiff, <br><br>    v. <br><br> FIRST CORRECTIONAL MEDICAL, et al., <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civ. No. 05-037-SLR <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

At Wilmington this 4th day of December, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants Carroll's, Porter's, Kramer's, Young's, and Correctional Medical Services' motions for summary judgment (D.I. 53, 60) are granted.

_____
United States District Judge