IN UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HARRY L. SAMUEL,** | ) | |
| | ) | C.A. No. 05-037- SLR |
| | ) | |
| | ) | JURY OF 12 DEMANDED |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THOMAS CARROLL, ET. AL** | ) | |
| | ) | |
| **Defendants,** | ) | |

**ANSWER OF DEFENDANT FIRST CORRECTIONAL MEDICAL
TO PLAINTIFF'S DISCOVERY**

1. Defendant FCM does not possess any policies, directives, customs, procedures or instructions to staff regarding the use of handcuff restraint.

2. See produced documents.

3. Objection. This interrogatory is directed to former defendants. Defendant FCM has no information regarding this request.

4. See produced documents.

5. See produced medical records.

6. See produced medical records.

7. Defendant FCM has no knowledge regarding staff members and hand cuff restraints.

8. Defendant FCM cannot comment upon the security measures taken by the Department of Correction.

9. Defendant FCM does not have access to grievance information. These documents are in the possession of the Department of Correction.

10. To the extent these documents are in the possession of defendant First Correctional Medical, see produced medical records.

11. To the extent this information is in the possession of defendant First Correctional Medical, see produced medical records.

        **McCULLOUGH & McKENTY, P.A.**

        /s/ Dana Spring Monzo
        Dana Spring Monzo
        1225 N. King Street, Suite 1100
        P.O. Box 397
        Wilmington, DE 19899-0397
        (302) 655-6749
        Attorney for Defendant First Correctional Medical

Dated: December 14, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HARRY L. SAMUEL,** | ) | |
| | ) | C.A. No. 05-037- SLR |
| | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THOMAS CARROLL, ET. AL** | ) | |
| | ) | |
| Defendants, | ) | |

**CERTIFICATE OF SERVICE**

I, **DANA SPRING MONZO**, hereby certify that this date attached *Answer of Defendant First Correctional Medical to Plaintiff's Discovery* was served to the following:

**Via Electronic Service**
Kevin J. Connors
1220 N. Market Street, Suite 500
P.O. Box 8888
Wilmington, DE 19899

Ophelia M. Waters
820 N. French Street, 8th Floor
Wilmington, DE 19801

**Via U.S. Mail**
Harry L. Samuel
SBI# 201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                         **McCULLOUGH & McKENTY, P.A.**

                                         /s/ Dana Spring Monzo
                                         Dana Spring Monzo
                                         1225 N. King Street, Suite 1100
                                         P.O. Box 397
                                         Wilmington, DE 19899-0397
                                         (302) 655-6749
                                         Attorney for Defendant First Correctional Medical

Dated: December 14, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY L. SAMUEL, ) | |
| ) | C.A. No. 05-037- SLR |
| ) | |
| ) | JURY OF 12 DEMANDED |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THOMAS CARROLL, ET. AL ) | |
| ) | |
| Defendants, ) | |

DEFENDANT FIRST CORRECTIONAL MEDICAL'S
PRODUCED DOCUMENTS AND MEDICAL RECORDS

CONFIDENTIAL - FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER

                                                                **MCCULLOUGH & MCKENTY, P.A.**

                                                                /s/ Dana Spring Monzo
                                                                Daniel L. McKenty, Del. Bar #2689
                                                                Dana Spring Monzo, Del. Bar # 4605
                                                                McCullough & McKenty, P.A.
                                                                1225 N. King Street, Suite 1100
                                                                Wilmington, DE 19899-0397
                                                                (302) 655-6749
                                                                Attorneys for Defendants

Dated: December 14, 2006