In the United States District Court of Delaware

Harry L. Samuel,
         Plaintiff
v.                                             C.A. NO. 05-037-SLR

First Correctional Medical
           et al
         Defendants

Regarding District Court order for First Correctional Medical to respond to Plaintiff Discovery request number 2, 4, and 5.

The Court/order notes the medical records filed do not seem to include those relating to the time period at issue 9-2004 to 9-2006.

On December 15, 2006. Plaintiff received Medical records, Dental Policy of FCM, and FCM answer to Plaintiff's Discovery.

Plaintiff submit that FCM Policy states that inmate is assigned a Priority of need by Category of dental treatment. Page 2 of 3 Policy number: D-3, E. Dental Classification. Plaintiff filed a sick call slip complaining of pain and filling came out on 9-3-04 Exhibit B. (See E. Dental Classification 1. Priority 1 and 3. Priority 3, also Pages 3 and 4 of 5 Policy number: D1 Category I, II, and III).

FCM Policy Number: D7, Page 2 of 3 state at 2. each routine sick call request is normally scheduled within five to seven days also at B. The Dental Clinic Log/Appointment Book state that the use of methods other than the appointment book such as waiting list are not authorized. However, Plaintiff file a sick call at the Prison (FCM) on 9-3-2004 thereafter when one month passed and Plaintiff still had not seen a dentist. Plaintiff file another sick call slip on 10-2-2005. Plaintiff was seen by the Dental assistant 10-7-2004; dental assistant (she) told Plaintiff, Plaintiff would have to wait eight to nine months for a filling. After the sick call Plaintiff filed a Medical Grievance and was also told 8 to 9 month wait for a filling. next Plaintiff had a hearing with Dr. Munson and was told 8 to 9 month wait for a filling (see Grievance Report/information MGC page 7 of 7) next Plaintiff appealed to the Bureau Chief, Appeal was granted on

FILED
DEC 21 2006

2-22-2005. The Bureau Chief concurred with the recommendation of the Bureau Grievance officer that FCM resolve the dental services availability Problem, reporting that inordinate delays lead to more serious and expanding medical related issues, and declared an 8 to 9 month wait for tooth repair is unacceptable thereafter several more months Passed an Plaintiff still had not had his tooth filled until 6 months and 2 weeks after Plaintiff appeal. failure to treat Prisoner's cavities and broken tooth for at least seven months, during which time Prisoner complained of Pain, Constituted deliberate indifference. U.S.C.A. Const. Amend. 8; 42 U.S.C.A. §1983; Fed.Rules Civ. Proc. Rule 56, 28 U.S.C.A.

Plaintiff submit to the District Court that the Medical records Submitted by FCM do not relate to the time fram or the claim in dispute (9-2004 to 9-2005 regarding Plaintiff tooth Problems) in regard to discovery request number 5 which states, State the Dates with all names, titles and duty of all D.C.C. FCM, and CMS that responded to, examined, Treated, filled Plaintiff tooth. Plaintiff submit the only Submission(s) by FCM is 2 of Plaintiff Sick call slips dated 9-3-04 and 10-2-04 that only state seen 10/7/04 with a initial SAW? FCM did not submit dental assistant's full name. [Dentist name was not submitted]

Plaintiff was seen 10-7-04 by SAW? (for sick call). next Plaintiff was seen by a Dentist or assistant? (at Plaintiff Grievance examination/hearing and investigator; Wolken, Gina and TK Kionke). next
Next Plaintiff a hearing with Dr. Munson

Plaintiff request that the District Court order FCM to Produce Plaintiff Discovery request number 5 and 4. in addition Plaintiff request the District Court give a judgement in Plaintiff favor persuant to Fed.Rule Civil Procedure Rule 37 and grant Plaintiff Complaint.

Respectfully Submitted
very truly yours
Harry L. Samuel, Pro se

Date 12-19-2006

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): Harry Samuel
Housing Location: 23, C, 1, U
Date of Birth: 8-17-62
SBI Number: 201360
Date Submitted: 9- -05

Complaint (What type of problem are you having)? On about 9-7-04 I was put in Max at which time 9-7-04 I requested Dental Care. on 11-2-04 I was handcuffed behinded my back during Dental Treatment with I K Kionke. the handcuffs and being handcuffed behind my back gave me injuries and pain to my hand, rist, and shoulder I need to see Doctor it got worst.

Inmate Signature: Harry L. Samuel
Date:

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED
263

Exhibit - 26

9/9/04

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): Harry Samuel

Housing Location: 21 B 9 L

Date of Birth: 8-17-62

SBI Number: 00201360

Date Submitted: 9-3-04

Complaint (What type of problem are you having)? my tooth is Chiped or the filling came out. If its not filled soon I will loose my tooth I have pain and Cant sleep

Inmate Signature: Harry Samuel

Date: 9-3-04

**The below area is for medical use only. Please do not write any further.**

S: See 10/11/04 [initials]

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P:

E:

Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED

Exhibit - B

D00016

| Subject: Dental Care | Page 3 of 5 |
|---|---|
| Chapter: Health Care | Policy Number: D-1 |

Documentation will minimally note any missing teeth, any obvious dental decay, and the presence of dental appliances. The attending dentist may vary from the time schedule on an individual patient basis if it is judged to be necessary for the protection, safety, and welfare of the facility operation.

3. A dental treatment plan with inmate participation will be established. The care plan should include dental objectives, interventions and methods of evaluation care. Specific areas of planning should include medication, laboratory tests, and diet and health education as appropriate. This treatment plan will be reassessed and may be modified by the dentist. The following categories will define the treatment priorities:

   a. Category I:

   Emergent care requiring immediate treatment will be provided for all inmates at the facility. This level of care includes treatment of the following:

   i. Avulsed dentition

   ii. Fractured dentition with pulpal exposure

   iii. Facial trauma

   iv. Acute periapical abscesses

   v. Extensive carious lesions

   vi. Acute oral pathology

   b. Category II:

   Priority care, which if left untreated, would cause bleeding, pain, swelling or, which has the potential to cause eminent acute infection. This condition should be treated to prevent it from becoming a Category I. If appropriate, this case may be delayed until transfer to the parent institution and would include, but not be limited to, treatment of the following:

   i. Acute periodontal conditions

   ii Chronic oral pathology

| Subject: Dental Care | Page 4 of 5 |
|---|---|
| Chapter: Health Care | Policy Number: D-1 |

    c.    Category III:

        Routine dental services will include, but not be limited to, restorative care to:

        i.    Stop disease processes

        ii    Prevent extractions

        iii.    Restore teeth

        iv    Improve function

        v.    Maintain the integrity of the dental arches

        vi.    Prosthetic replacement of dentition (partial and complete dentures)

4. As part of routine dental service provision, a preventative dental program will be implemented, which includes a scheduling system to maintain these services. The delivery of routine services is contingent upon the maintenance of an acceptable plaque index by the inmate. The preventative dental program should consider:

    a.    Oral prophylaxis

    b.    Proper oral hygiene instruction

    c.    Distribution of dental information

    d.    Selection of proper dentifrice and toothbrush to control and prevent abrasion

    e.    Dietary consideration related to erosion

F.    DENTAL EMERGENCIES

An inmate with a dental emergency will be taken to the appropriate outside source. The FCM dentist will consult with appropriate specialists as required. The appropriate process for securing outside emergency dental care is to call the provider on-call via the physician answering service.

FCM Delaware L.L.C. State of Delaware Facilities Proprietary Information. Not for Redistribution

| Subject: Dental- Education and Treatment | Page 2 of 3 |
|---|---|
| Chapter: Health Care | Policy Number: D-3 |

    part of each inmate's regular intake and classification procedure, a dentist, or health care personnel properly trained and designated by the dentist, provides a dental screening. The initial screening includes instruction on dental hygiene.

B.     A dental examination will be performed within twelve months, supported by x-rays, if necessary.

C.     Treatment of dental pain, sedative fillings, extractions of non-restorable teeth, gross debridement of symptomatic areas and repair of partial and dentures for those inmates with less than twelve months of detention.

D.     Treatment plan with x-rays for those inmates who request care with more than twelve months of detention.

E.     DENTAL CLASSIFICATION

    Each inmate is assigned a priority of need by category of dental treatment. The highest assigned priority of need is the inmate's dental classification.

    1.     Priority 1 – Individuals with <u>emergent</u> or <u>urgent</u> treatment needs (See also 3, below)

    2.     Priority 2 – Individuals with <u>interceptive</u> treatment needs.

    3.     Priority 3 – Individuals with <u>corrective</u> treatment needs.

    4.     Priority 4 – Individuals with <u>elective</u> or no treatment needs.

F.     PRIORITY 1 CONDITIONS

    1.     The screening dentist provides for the relief of acute oral and maxillofacial conditions characterized by trauma, infection, pain, swelling or bleeding that are likely to remain acute or worsen without intervention. The screening dentist refers those acute oral and maxillofacial conditions, which require specialty consultation or treatment directly to the appropriate General Hospital Oral Surgery Outpatient Clinic.

    2.     For those Priority 1 conditions that require postoperative follow-up, or any dental condition which the screening dentist determines should be brought to the attention of the dentist at the inmate's unit of assignment, the screening dentist (or the oral surgeon if the patient was referred) will list

Delaware L.L.C. State of Delaware Facilities Proprietary Information. Not for Redistribution.

| Subject: Dental Recording and Scheduling Inmate Visits | Page 2 of 3 |
|---|---|
| Chapter: Health Care | Policy Number: D-7 |

1. Only one sick call log is used per clinic regardless of the number of care providers assigned to the clinic.

2. Each routine sick call request requiring a clinic visit is to be recorded in the sick call log, and is normally scheduled within five to seven days. Scheduling of sick call requests beyond this guideline is acceptable when a disproportionately high number of requests have been received in one day.

3. Unscheduled visits are usually those resulting from an indication of an emergency or urgent need to be seen by the dentist. Such visits are to be recorded in the sick call register on the same page for that day's routine sick call visits. "Unscheduled" is recorded next to the inmate's name.

4. General requirements for maintaining the sick call register

   a. A new page of the register is started for each day's sick call.
   b. The date and care provider's name is placed at the top of each page.
   c. If there is more than one care provider, the name of the additional care provider is entered in the Health Care Staff column on the appropriate line.
   d. The service provided and inmate disposition is recorded for each visit, to include "F" for failed appointments.

B. The Dental Clinic Log/Appointment Book is used for recording and scheduling all routine visits. The use of methods other than the appointment book for recording the names of inmates/residents to be scheduled for treatment, such as waiting lists or card indexes, are not authorized.

   1. Each care provider is responsible for assuring the maintenance of their appointments.

   2. Inmates are scheduled in the appointment book based on priority of need.

   3. Inmates should not be scheduled in the appointment book beyond five weeks in advance.

   4. General requirements for maintaining the appointment book:

      a. Pages should not be removed or shifted in the appointment book.
      b. Each page may be left undated until the date of the appointments.

| Subject: Dental Recording and Scheduling Inmate Visits | Page 3    of 3 |
|---|---|
| Chapter: Health Care | Policy Number: D-7 |

      c. The type of treatment planned should be recorded for each inmate scheduled. This should be entered at the time the inmate is scheduled and on the line beneath the name (i.e., two lines are used for each inmate scheduled). Other notations may be made as needed to include "F" for failed appointments.

VII. MONITORING/EVALUATION:

This policy is applicable without changes as noted to the following facilities:

- Sussex Correctional Institution
- Delaware Correctional Center
- Baylor Women's Correctional Institution
- Gander Hill Multi-Purpose Criminal Justice Facility

VIII. ATTACHMENTS

1. Dental Sick Call Log
2. Dental Sick Call Appointments

## Certificate of Service

I, Harry Samuel, hereby certify that I have served a true and correct cop(ies) of the attached: Plaintiff Motion/letter re: Discovery #2, 4, and 5 (Rule FRCP 37) Exhibits, Policy upon the following parties/person (s):

TO: Dana S. Monzo
1225 N. King Street
Suite 1100
P.O. Box 397
Wilmington, DE.
19899-0397

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 19th day of December, 2006

Harry L. Samuel, Pro se



Harry Samuel
SBI 201360 UNIT 23, B, 2, U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

legal Mail

TO office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

WILMINGTON DE 197
20 DEC 2006 PM 1 L