UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY L. SAMUEL | ) | |
| | ) | C.A. No. 05-037- SLR |
| | ) | |
| | ) | JURY OF 12 DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS CARROLL, ET. AL | ) | |
| | ) | |
| Defendants, | ) | |

## CERTIFICATE OF SERVICE

I certify that, on this date, one copy of the attached *First Correctional Medical's First Set of Interrogatories Directed to Plaintiff* was served by mail on the following individual:

Harry L. Samuel
SBI# 201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977


/s/ Dana Spring Monzo
Dana Spring Monzo, Del Bar No. 4605

January 16, 2007