UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HARRY L. SAMUEL** | ) | |
| | ) | **C.A. No. 05-037- SLR** |
| | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THOMAS CARROLL, ET. AL** | ) | |
| | ) | |
| Defendants, | ) | |

**CERTIFICATE OF SERVICE**

I certify that, on this date, one copy of the attached *Request for Production Directed to Plaintiff by Defendant First Correctional Medical* was served by mail on the following individual:

Harry L. Samuel
SBI# 201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Dana Spring Monzo
Dana Spring Monzo, Del Bar No. 4605

January 16, 2007