H:\FILES\DAN\Samuel v. FCM\NOD.wpd

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HARRY L. SAMUEL** | ) | |
| | ) | **C.A. No. 05-037- SLR** |
| | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THOMAS CARROLL, ET. AL** | ) | |
| | ) | |
| **Defendants,** | ) | |

### NOTICE OF DEPOSITION

TO:    Harry L. Samuel
        SBI# 201360
        Delaware Correctional Center
        1181 Paddock Road
        Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of plaintiff Harry L. Samuel on Tuesday, February 13, 2007, at 10:00 a.m., at Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

                **McCULLOUGH & McKENTY, P.A.**

                /s/ Dana Spring Monzo
                Daniel L. McKenty, Del. Bar No. 2689
                Dana Spring Monzo, Del. Bar No. 4605
                1225 N. King Street, Suite 1100
                P.O. Box 397
                Wilmington, DE 19899-0397
                (302) 655-6749
                Attorneys for First Correctional Medical

Dated: January 16, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HARRY L. SAMUEL** | ) | |
| | ) | **C.A. No. 05-037- SLR** |
| | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THOMAS CARROLL, ET. AL** | ) | |
| | ) | |
| Defendants, | ) | |

## CERTIFICATE OF SERVICE

I, **Dana Spring Monzo**, hereby certify that on this date a copy of the attached *Notice of Deposition* was served via first class mail upon the following:

Harry L. Samuel
SBI# 201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical

January 16, 2007