TO: The Clerk
U.S. District Court

RE: Harry Samuel
v
Thomas Carroll, et al
and
First Correctional Medical
C.A. No. 05-037-SLR

Hi Clerk, I filed my case at a filing fee of $150.00. AT this time I should of payed the whole $150.00, filing fee.

However, I think the ~~business~~ Business office here sent your office a over payment of $17.00.

What is the Balance due on the filing fee due if any, as of January 23, 2007?

What is the Total cost of the agreed filing fee?

I await your response,



05cv37 SLR
FILED
JAN 25 2007

Harry Samuel
SBI # 201366
Unit: 23, B, 2, U

IM Harry Samuel
SBI# 201360   UNIT- 23, B, 2, U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
24 JAN 2007 PM 1 L

To Peter T. Dalleo
Clerk of Court
office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570