OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 31, 2007

TO:  Harry L. Samuel
     SBI #:201360
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

**RE:  Response to letter received 1-25-07, regarding payment of
       filing fees.
       Civ. No. 05-37 SLR**

Dear Mr. Samuel:

   This is a response to your letter requesting the total amount of the balance owed to the court for filing fees in civil action number 05-37 SLR. Enclosed you will find an account statement, which indicates that you have an outstanding balance of $8.00.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                  Sincerely,

/rpg                              PETER T. DALLEO
                                  CLERK


cc: The Honorable Sue L. Robinson
enc: as noted

SAMUEL V. CARROLL ET AL
CA 05-37-SLR
CASE #2

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 2/15/2005 | CMP. FILED PRIOR TO 2/7/05 | | | 150 |
| 9/20/2005 | 5100PL | 140687 | 15 | 135 |
| 10/28/2005 | 5100PL | 141032 | 2 | 133 |
| 1/5/2006 | 5100PL | 141749 | 14 | 119 |
| 1/20/2006 | 5100PL | 142005 | 23 | 96 |
| 2/17/2006 | 5100PL | 142417 | 2 | 94 |
| 3/16/2006 | 5100PL | 142750 | 7 | 87 |
| 5/4/2006 | 5100PL | 143341 | 8 | 79 |
| 7/27/2006 | 5100PL | 144191 | 13 | 66 |
| 8/15/2006 | 5100PL | 144428 | 6 | 60 |
| 8/15/2006 | 0869PL | 144428 | 2 | 58 |
| 9/15/2006 | 0869PL | 144758 | 9 | 49 |
| 11/7/2006 | 0869PL | 145329 | 13 | 36 |
| 12/14/2006 | 0869PL | 145688 | 11 | 25 |
| 1/23/2007 | 0869PL | 146176 | 17 | 8 |