To: Dana Spring Monzo (FCM)
       Defendants,

From: Harry Samuel         C.A. No. 05-037-SLR
       Plaintiff

Plaintiff Supplement Discovery Request Directed to First Correctional Medical.

In regard to Plaintiff Discovery Request number 5 and U.S. Court order to Compel Discovery.

1. Plaintiff Request the name(s) of the Dentist and Dentist assistant that examined Plaintiff Dental Problem(s) Claimed in Complaint from 9-1-2004 to 6-30-2005? (10-7-2004).

2. State the Reason why Plaintiff Dental Treatment was Delayed for 8 to 9 months, and State the name of the Person that autherized Plaintiff treatment to be Delayed for 8 to 9 months?

3. State if the Following individuals was First Correctional Medical Staff, from 9-3-2004 to 6-30-2005.
b. Wolken, Gina           e. Rickards, Suesann
c. Munson, Amy            f. Merson, Lisa M
d. Lyons, April           g. if FCM Staff State each Staff member title and Duty in regard to Claim Presented in Complaint.?
                          h. State if any of the above individuals examined the Plaintiff?

Plaintiff Request Defendants (FCM) to Produce this Discovery 30 days from receipt of this Request. In addition to Plaintiff request to U.S. District to Saction FCM for not responding to Plaintiff Discovery Request number 5 Properly.

FILED
FEB -1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Date 1-27-2007

Plaintiff
Harry L. Samuel  pro se
SBI. #201360
Delaware Correctional Center