Harry L. Samuel

　　　　Plaintiff,

　　　V.　　　　　　　　　　　　C.A.NO.05-037-SLR

First Correctional Medical

　　　　　　Defendants,

Plaintiff Respone to Defendant FCM Request For Production

1. See Produced Documents.* Plaintiff will further Produce as investigation/Discovery developes.

2. See Produced Documents. (*as investigation/Discovery developes).

3. See Produced Documents (as investigation developes).

4. N/A

5. See Dental Fee Sheet 4.00 and court Filing Fee 150.00.

6. See Produce Sick Call Slip Signature and Medical Grievance. Plaintiff will Produce as investigation/Discovery Developes.



FILED

FEB - 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

So scanned

Harry L. Samuel Pro Se

SBI # 201360

Delaware Correctional Center

Date 1-27-2007

In The United States District Court of Delaware

Harry Samuel
             Plaintiff

                                              Civ. No. 05-037-SLR

        v

Thomas Carroll (Warden)
Rob Young, First Correctional Medical
and Correctional Medical Service

## Motion to Compel Discovery: for FCM

The Plaintiff moves pursuant to Rules 34 (b) and 37(a), Fed. R. Civ.
P., for an order compelling the defendants to produce for inspect-
ion and copying the Interrogatories and documents requested
on August 23, 2006.

### Affidavit in Support of Motion to Compel

1. Samuel, Submit to the U.S. District Court that I am the
Plaintiff in this case. I make this affidavit in Support of my
Motion to Compel discovery.

2. On August 23, 2006, I served on the defendants counsel (First
Correctional Medical) a request for Interrogatories and
Production of documents, which is attached as Exhibit -1.

3. The Defendants did not respond to Plaintiff requet after 30 days,
nor did they request an adjournment from the Court or seek my
agreement to an adjournment.

4. On October 1, 2006, Plaintiff wrote to defendants Dana Spring Monzo
(FCM) Counsel Pointing out that their responses were a month and
one week late and Plaintiff requesting that defendant respond to
Plaintiff Discover Request (Produce discovery request). Exhibit-2.

5. Defendant's Counsel did not respond to my letter in over 30 days.

6. Defendant's objections are waived as a result of their failure to
make them in a timely manner. Rule 34, Fed. R. Civ. P., Godsey v. united
States, 133 F.R.D 111, 113 (S.D. Miss. 1990).
Wherefore, the Plaintiff requests that the Court grant this
motion in all respects.

                                   Respectfully Submitted
                                   Harry L. Samuel, Pro se

Date 11-7-2006

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Harry Samuel
Name (Print)

21 B 9 L
Housing Location

8-17-62
Date of Birth

00201360
SBI Number

9-3-04
Date Submitted

Complaint (What type of problem are you having)? my tooth is Chiped or the filling came out. If its not filled soon I will loose my tooth I have pain and Cant Sleep

Harry Samuel
Inmate Signature

9-3-04
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

000016

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
#### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Harry Samuel
Name (Print)

MHU/Max 21 B 9 L
Housing Location

8-17-62
Date of Birth

00201360
SBI Number

10-2-04
Date Submitted

Complaint (What type of problem are you having)? my filling came out and I have a large whole in my back tooth. I need to see Dentist to get my tooth filled.

This is my third attempt its been a month now

Harry Samuel
Inmate Signature

10-2-04
Date

**The below area is for medical use only. Please do not write any further.**

S: Seen 10/7/04 ___

RECEIVED OCT 0 5 2004

O:   Temp:____   Pulse:____   Resp:____   B/P:____   WT: ____

A:

P:

E:

_____          _____
Provider Signature & Title              Date & Time

3/1/99 DE01
FORM#:

D00015

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Harry Samuel
Name (Print)

19C3H-21DU6
Housing Location

8-17-62
Date of Birth

00201360
SBI Number

6-9-05
Date Submitted

Complaint (What type of problem are you having)? my tooth filling came out 9 months ago and my tooth need to be filled and my teeth need to be even up with Braces. This is my 6th attempt to get treatment and its over 9 months and no treatment yet.

Harry Samuel
Inmate Signature

Date

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

Exhibit _ 27 (27)

6

FORM #584

Medical **GRIEVANCE FORM**

FACILITY: D.C.C.                                DATE: Oct. 7 2004

GRIEVANT'S NAME: Harry Samuel        SBI#: 00201360

CASE#:_____                      TIME OF INCIDENT: Sept 5, 2004

HOUSING UNIT: 21 B 9L

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I requested to get treatment from the dentist by puting a
Sick call Slip (forms) in the sick call box on Sept 7, 2004
Sgt. Sillivan gaveme the sick call form after I reported my dental
problem to him. I put in two other sick calls for this matter
and my problem is my filling is out and I got a big hole in my
tooth if not treated I will loose my tooth. Also the warden forware
✳ a letter to have braces to fix my front teeth its been years the dentist didnt call ye
The reason I am submiting this grievance is because it
hasbeen a month and I havent seen the dentist in a
month sence my request (sick call was put in). The dentist assistant
seen me after a month but no treatment now it been another month and no treatment.

ACTION REQUESTED BY GRIEVANT: To have my tooth fill in by the dentist
Seen before I loose my tooth and to have my front teeth Braced
like the warden said he notified the dentist Supervior to take
action.

GRIEVANT'S SIGNATURE: Harry Samuel      DATE: Oct. 7, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Exhibit - 27

SMYRNA Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC | |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual | |
| Status : Resolved | Resolution Status : Level 3 | Resol. Date : 06/22/2005 | |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : | |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I requested to get treatment from the dentist by putting a sick call slip in the sick call box on 9/7/04. Sgt. Sullivan gave me sick call form after I reported my dental problem to him. I put in two other sick calls for this matter and my problem is filling is out and I got a big hole in my tooth if not treated I will lose my tooth. 2. Also warden forware a letter to have braces to fix my front teeth. It's been years the dentist didn't call yet. The reason I am submitting this grievance is because it has been a month and I haven't seen the dentist in a month sence my request. The dentist assistant seen me after a month but no treatment now it been another month and no treatment.

**Remedy Requested** : To have my toth fill in by the dentist soon before I loose my tooth and have to have my front teeth braced like warden said he notified the dentist supervisor to take action.

| INDIVIDUALS INVOLVED | | |
|---|---|---|
| Type | SBI # | Name |

| ADDITIONAL GRIEVANCE INFORMATION | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 10/22/2004 |
| Investigation Sent : 10/22/2004 | Investigation Sent To : Wolken, Gina |
| Grievance Amount : | |

$Exhibit\ 22$

Page 1 of 7

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status: Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 21, Upper, Tier D, Cell 6, Bottom | |

INFORMAL RESOLUTION

Investigator Name   : Wolken, Gina                                    Date of Report 10/22/2004

Investigation Report : Patient does not want to sign off until he gets the treatment. Warned him filling take 8-9 months.

Reason for Referring:

Offender's Signature:_____

Date              :_____

Witness (Officer)  :_____

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# | : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | | |

| IGC | | | |
|---|---|---|---|

**Medical Provider:**          Date Assigned

**Comments:**

☑ Forward to MGC        ☐ Warden Notified

☐ Forward to RGC        Date Forwarded to RGC/MGC : 12/03/2004

☐ Offender Signature Captured        Date Offender Signed    :

SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# | : 00201360 | Institution    : DCC |
| Grievance #    : 7953 | Grievance Date   : 10/07/2004 | | Category    : Individual |
| Status    : Resolved | Resolution Status : Level 3 | | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date    : 09/05/2004 | | Incident Time : |
| IGC    : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | | |

| APPEAL REQUEST |
|---|

No appeal returned

| REMEDY REQUEST |
|---|

SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|

Offender Name : SAMUEL, HARRY L

SBI# : 00201360   Institution : DCC

Grievance # : 7953

Grievance Date : 10/07/2004   Category : Individual

Status : Resolved

Resolution Status : Level 3   Inmate Status :

Grievance Type: Health Issue (Medical)

Incident Date : 09/05/2004   Incident Time :

IGC : Merson, Lise M

Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom

| REFERRED TO | | |
|---|---|---|

Due Date :                    Referred to:              Name:

Type of Information Requested :

| DECISION | |
|---|---|

Date Received : 02/22/2005

Decision Date : 03/17/2005        Vote : Uphold

Comments :

I recommend that FCM resolve the dental services availability problem; inordinate delays lead to more serious and expanding medical related issues, as well as higher costs. An 8-to9 month wait for tooth repair is unacceptable.

# GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Ceil 6, Bottom | |

### DECISION

Decision Date: 06/20/2005          Vote : Uphold

Comments :
I concur with the recommendation of the BGO.

SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

Offender Name : SAMUEL, HARRY L

| | | |
|---|---|---|
| Grievance # : 7953 | SBI# : 00201360 | Institution : DCC |
| Status : Resolved | Grievance Date : 10/07/2004 | Category : Individual |
| Grievance Type: Health Issue (Medical) | Resolution Status: Level 3 | Inmate Status : |
| IGC : Merson, Lise M | Incident Date : 09/05/2004 | Incident Time : |
| | | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom |

### MGC

Date Received : 12/03/2004              Date of Recommendation: 02/18/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Munson, Amy | Deny |
| Staff | | Lyons, April | Deny |
| Staff | | Rickards, Suesann | Deny |
| Staff | | Merson, Lise M | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 3 | Abstain : 1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 2/15/05
You were seen by the dentist and are on the waiting list for a filling.
Appeal form provided.

DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

June 20, 2005

Inmate SAMUEL HARRY L          *21*   *DU-6*
SBI # 00201360
DCC  Delaware Correctional Center
SMYRNA DE, 19977

Dear HARRY SAMUEL:

We have reviewed your Grievance Case # 7953 dated 10/07/2004.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by
BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

Exhibit 21

8

for the District of Delaware

Harry Samuel
   Plaintiff,     Civ. No. 05-037-SLR

  V.

Thomas Carroll
   et al.

## RE: Dental Services

To Judge Sue L. Robinson.

On 9-7-2005, The Dentist filled my tooth.
The Dentist said plaque developed around the tooth, and eat some of the bone away that hold the tooth. I was next schedual for treatment to clean my tooth (teeth). I explained to the Dentist that the warden had forwarded a letter to the Dentist to take action on geting my teeth (tooth) straight. (see two letters from Thomas the warden dated November 20, 2001 and ~~Nevember~~ october 26, 2001). I bit my lip and it is hard to talk the way my tooth grow back. I was charged $4.00 dollars for the filling see Delaware Department of Correction Health Care Services Fee Sheet. I don't think I should have to pay because the Tax payers already payed for me to have Dental, Medical, etc. to be housed in prison.

       Inmate:
       Harry L. Samuel
       SBI #201360
      Delaware Correctional Center

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _Harry Samuel_        SBI # _00201360_

(Last, First MI)

Facility _DCC-_                Date _9 - 7 - 2005_

- ✓ Chargeable Visit                                    $4.00
- ___ Non Chargeable Visit                              -0-
- ___ Medication Handling Fee (S2.00 X ____ )           S_____

### Total Amount Charged To Inmate Account          s _4.00_

Health Care Staff Signature: _____

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _Harry Samuel_        Date: _____

1) *Witness Signature: _____        Date: _____

2) *Witness Signature: _____        Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period. the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
FORM #: 621

3 part NCR

(C:Copay 96:Form.4)

_Dintist Kathy_
_Filled tooth. July 1, 2005_
_beginning of September_
_2005. (CMS)_

## Other Events

1:05-cv-00037-SLR Samuel v. Carroll, et al

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 1/24/2007 at 1:38 PM EST and filed on 1/23/2007

**Case Name:**         Samuel v. Carroll, et al

**Case Number:**     1:05-cv-37

**Filer:**                  Harry L. Samuel

**Document Number:** No document attached

**Docket Text:**
Partial Filing Fee Received from Harry L. Samuel: $ 17.00, receipt number 146176 (copy to business office) (rpg)

**1:05-cv-37 Notice has been electronically mailed to:**
Ophelia Michelle Waters ophelia.waters@state.de.us
Dana Spring Monzo dmonzo@mccmck.com

**1:05-cv-37 Notice has been delivered by other means to:**

Daniel L. McKenty
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Harry L. Samuel
SBI#201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|------------|---------------------------------------------|
| 1/4 05 | 1200 | MH | (S) Mr. Harry Samuel was seen by mental health per his request. He reported that he has been housed in the MHU/SHU for 4 years due to write ups. |
| | | | (O) He presented with soft speech and good eye contact. He was A, ox 3 and displayed appropriate mood & affect. No S/H ideas and no V/A hallucinations during the interview. |
| | | | (A) stable at this this but appeared to be in need of of counseling from a correctional counselor concerning classification issues. |
| | | | (P) Inmate will contact his correctional counselor. Inmate will contact mental health as needed. |
| | | | Arul Sarwar, MS |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | D00011 |

| NAME-Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|
| Samuel | Harry | | | 20/260 | |

FCM-002

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Harry   Samuel                23, C, I U
_____/ Name (Print)_____     _____Housing Location_____

8 - 17 - 62          201360                 9 -    - 05
___Date of Birth___     ___SBI Number___        ___Date Submitted___

Complaint (What type of problem are you having)? on about 9 - 7 - 04  I was
put in Max at which time 9 - 7 - 04 I requested
Dental Care. on 11 - 2 - 04  I was handcuffed behinded
my back during Dental Treatment with T K Kionke
the handcuffs and being handcuffed behind my back gave me injuries
and pain to my hand, rist, and Shoulder I need to see Doctor it got worst.

Harry L Samuel
_____/ Inmate Signature_____                    _____Date_____

**The below area is for medical use only. Please do not write any further.**

S: _____

_____

_____

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

_____

_____

A: _____

_____

_____

P: _____

_____

_____

_____

E: _____

_____

_____          _____
Provider Signature & Title                      Date & Time

3/1/99 DE01
FORM#:
MED
263

Exhibit - 26

2.

# PHYSICIAN'S ORDER SHEET

**START**

7 MWY OF R HOWD
P/O DLO TO 5 TH PHOGRAM

Ntd. R. Pajerowski LPN
12/30/02    1430

**START NEW ORDERS BELOW**

**START**

CXR - (+) PPD Annual

Note
OK
Placed
Arline 1/8/10
10/3

**START NEW ORDERS BELOW**

**START**     Nurse Protocol     10/5/05

- Motrin 600mg, PO BID x 1 box
as needed for pain to
(R) Shoulder + (R) wrist

Return to sick call if pain
- continues

D00004

NAME ___ JAMES, HANLY
ALLERGIES ___
ID ___ 201326
DOB ___

**PHYSICIAN'S ORDERS**

In the United States District Court
District of Delaware

Harry Samuel
          Plaintiff
     V.                          Civ. No. 05-037-SLR

Thomas Carroll (Warden)
     and          et al
Dental Service


RE: Being handcuffed during Dental
     Treatment and Pain and Suffering

Plaintiff Samuel Submit that after waiting awhile
to see if the Pain and Injuries I got from being
handcuff behind my back during dental Treatment
would go away the Pain and injuries I suffered
in my hand, rist and shoulder did not go away.

Therefore I put in a sick call to see the Doctor
about my Pain and my injuries to my hand, rist and Soulder
(See exhibit-26 Medical/Dental Sick Call).

On 10-5-2005 the nurse call to see me about my Sick
call slip I put in (exhibit-26) By taking me to the nurse/
Doctor office and examin me. I explained to nurse
Danve that I have pain in my hand, rist and Shoulder
and injuries to my rist and shoulder. I explained to
the nurse that it feels like Something is broke in
shoulder and the pain and injuries is where I can't
exercise because when I put Pressure from exercising
the pain gets worst. The nurse then instructed me stop
exercising, and gave me a Box of Pain Reliever, and
a container (cup) of muscle cream and instructed
to put a worm towel on my hand, rist and shoulder
the nurse said I may have pinched a nerve.

24 Tablets                    NDC # 47682-100-54   ← Pain reliever nurse gave me.

Medique

I-Pain

Pain Reliever / Fever Reducer
Easy to Swallow-Film Coated Tablets
Compares Active Ingredients to Advil®
Registered Trademark of Wyeth Consumer
Manufactured for: Medique Products, Wood Dale, Illinois 60191 USA
1-800-634-7680

Respectfully Submitted

Harry L. Samuel
Date:

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Harry Samuel
Name (Print)

MHU 23, C, 1, U
Housing Location

8 - 17 - 62
Date of Birth

201360
SBI Number

Date Submitted

Complaint (What type of problem are you having)? I received Injuries to my
hand, Wrisk and shoulder while force to ware hand cuffs
during Dental treatment. I, seen the nerse for my Injuries,
and pain in my hand, Wrisk and Shoulder. My pain Continues
I need to see Doctor for my Injuries and pain in my hand, WrisK and
shoulder  Harry Samuel
Inmate Signature

6 - 12 - 06
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

15

| Subject: Dental Care | Page 3 of 5 |
|---|---|
| Chapter: Health Care | Policy Number: D-1 |

Documentation will minimally note any missing teeth, any obvious dental decay, and the presence of dental appliances. The attending dentist may vary from the time schedule on an individual patient basis if it is judged to be necessary for the protection, safety, and welfare of the facility operation.

3.   A dental treatment plan with inmate participation will be established. The care plan should include dental objectives, interventions and methods of evaluation care. Specific areas of planning should include medication, laboratory tests, and diet and health education as appropriate. This treatment plan will be reassessed and may be modified by the dentist. The following categories will define the treatment priorities:

a.   Category I:

Emergent care requiring immediate treatment will be provided for all inmates at the facility. This level of care includes treatment of the following:

i.     Avulsed dentition

ii.    Fractured dentition with pulpal exposure

iii.   Facial trauma

iv.    Acute periapical abscesses

v.     Extensive carious lesions

vi.    Acute oral pathology

b.   Category II:

Priority care, which if left untreated, would cause bleeding, pain, swelling or, which has the potential to cause eminent acute infection. This condition should be treated to prevent it from becoming a Category I. If appropriate, this case may be delayed until transfer to the parent institution and would include, but not be limited to, treatment of the following:

i.     Acute periodontal conditions

ii     Chronic oral pathology

FCM Delaware L.L.C. State of Delaware Facilities Proprietary Information. Not for Redistribution

| Subject: Dental Care | Page 4 of 5 |
|---|---|
| Chapter: Health Care | Policy Number: D-1 |

c.    Category III:

Routine dental services will include, but not be limited to, restorative care to:

i.    Stop disease processes

ii    Prevent extractions

iii.    Restore teeth

iv    Improve function

v.    Maintain the integrity of the dental arches

vi.    Prosthetic replacement of dentition (partial and complete dentures)

4.  As part of routine dental service provision, a preventative dental program will be implemented, which includes a scheduling system to maintain these services. The delivery of routine services is contingent upon the maintenance of an acceptable plaque index by the inmate. The preventative dental program should consider:

a.    Oral prophylaxis

b.    Proper oral hygiene instruction

c.    Distribution of dental information

d.    Selection of proper dentifrice and toothbrush to control and prevent abrasion

e.    Dietary consideration related to erosion

F.    DENTAL EMERGENCIES

An inmate with a dental emergency will be taken to the appropriate outside source. The FCM dentist will consult with appropriate specialists as required. The appropriate process for securing outside emergency dental care is to call the provider on-call via the physician answering service.

FCM Delaware L.L.C. State of Delaware Facilities Proprietary Information. Not for Redistribution

| Subject: Dental- Education and Treatment | Page 2    of  3 |
| Chapter: Health Care | Policy Number: D-3 |

part of each inmate's regular intake and classification procedure, a dentist, or health care personnel properly trained and designated by the dentist, provides a dental screening. The initial screening includes instruction on dental hygiene.

B.    A dental examination will be performed within twelve months, supported by x-rays, if necessary.

C.    Treatment of dental pain, sedative fillings, extractions of non-restorable teeth, gross debridement of symptomatic areas and repair of partial and dentures for those inmates with less than twelve months of detention.

D.    Treatment plan with x-rays for those inmates who request care with more than twelve months of detention.

E.    DENTAL CLASSIFICATION

Each inmate is assigned a priority of need by category of dental treatment. The highest assigned priority of need is the inmate's dental classification.

1.    Priority 1 – Individuals with <u>emergent</u> or <u>urgent</u> treatment needs (See also 3, below)

2.    Priority 2 – Individuals with <u>interceptive</u> treatment needs.

3.    Priority 3 – Individuals with <u>corrective</u> treatment needs.

4.    Priority 4 – Individuals with <u>elective</u> or no treatment needs.

F.    PRIORITY 1 CONDITIONS

1.    The screening dentist provides for the relief of acute oral and maxillofacial conditions characterized by trauma, infection, pain, swelling or bleeding that are likely to remain acute or worsen without intervention. The screening dentist refers those acute oral and maxillofacial conditions, which require specialty consultation or treatment directly to the appropriate General Hospital Oral Surgery Outpatient Clinic.

2.    For those Priority 1 conditions that require postoperative follow-up, or any dental condition which the screening dentist determines should be brought to the attention of the dentist at the inmate's unit of assignment, the screening dentist (or the oral surgeon if the patient was referred) will list

Delaware L.L.C. State of Delaware Facilities Proprietary Information. Not for Redistribution.

| Subject:  Dental Recording and Scheduling Inmate Visits | Page 2        of 3 |
|---|---|
| Chapter: Health Care | Policy Number: D-7 |

1. Only one sick call log is used per clinic regardless of the number of care providers assigned to the clinic.

2. Each routine sick call request requiring a clinic visit is to be recorded in the sick call log, and is normally scheduled within five to seven days. Scheduling of sick call requests beyond this guideline is acceptable when a disproportionately high number of requests have been received in one day.

3. Unscheduled visits are usually those resulting from an indication of an emergency or urgent need to be seen by the dentist. Such visits are to be recorded in the sick call register on the same page for that day's routine sick call visits. "Unscheduled" is recorded next to the inmate's name.

4. General requirements for maintaining the sick call register

   a. A new page of the register is started for each day's sick call.
   b. The date and care provider's name is placed at the top of each page.
   c. If there is more than one care provider, the name of the additional care provider is entered in the Health Care Staff column on the appropriate line.
   d. The service provided and inmate disposition is recorded for each visit, to include "F" for failed appointments.

B. The Dental Clinic Log/Appointment Book is used for recording and scheduling all routine visits. The use of methods other than the appointment book for recording the names of inmates/residents to be scheduled for treatment, such as waiting lists or card indexes, are not authorized.

1. Each care provider is responsible for assuring the maintenance of their appointments.

2. Inmates are scheduled in the appointment book based on priority of need.

3. Inmates should not be scheduled in the appointment book beyond five weeks in advance.

4. General requirements for maintaining the appointment book:

   a. Pages should not be removed or shifted in the appointment book.
   b. Each page may be left undated until the date of the appointments.

FCM Delaware L.L.C. State of Delaware Facilities Proprietary Information. Not for Redistribution.

| Subject: Dental Recording and Scheduling Inmate Visits | Page 3    of 3 |
|---|---|
| Chapter: Health Care | Policy Number: D-7 |

     c. The type of treatment planned should be recorded for each inmate scheduled. This should be entered at the time the inmate is scheduled and on the line beneath the name (i.e., two lines are used for each inmate scheduled). Other notations may be made as needed to include "F" for failed appointments.

## VII. MONITORING/EVALUATION:

This policy is applicable without changes as noted to the following facilities:

- Sussex Correctional Institution
- Delaware Correctional Center
- Baylor Women's Correctional Institution
- Gander Hill Multi-Purpose Criminal Justice Facility

## VIII. ATTACHMENTS

  1. Dental Sick Call Log
  2. Dental Sick Call Appointments

**FCM Delaware L.L.C. State of Delaware Facilities Proprietary Information. Not for Redistribution.**



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE WARDEN**
**DELAWARE CORRECTIONAL CENTER**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 653-2855


## MEMORANDUM

TO:      Inmate Harry Samuel
           #201360

FROM:   Thomas L. Carroll    *Thomas L. Carroll*
          Warden

DATE:   November 20, 2001

RE:     Letter

---

      This will acknowledge receipt of your letter on November 15, 2001 regarding dental problems. Please be advised that this matter has been forwarded to Ms. Georgia Perdue of Correctional Medical Services for her information, review and action.

TLC/sw
Cc:   Georgia Perdue, CMS
      file


1. In regard to plaintiff wrote to Carroll Warden to get approval for CMS to straighten plaintiff teeth by Braces. Ms. Georgia never complied.

2. At the first initial visit CMS told plaintiff we can break your teeth in half unless you get the Warden approval to Brace teeth.

3. another letter the warden did not respond to about a fee disput the Deputy warden McGuigan responded to State that he did not understand what I was say about no treatment but had to pay $4.00.



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE WARDEN**
**DELAWARE CORRECTIONAL CENTER**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 653-2855


**MEMORANDUM**

TO:         Inmate Harry Samuel
            #201360

FROM:       Thomas L. Carroll     *Thomas L. Carroll*
            Warden

DATE:       October 26, 2001

RE:         Letter

---

This will acknowledge receipt of your letter dated October 19, 2001 regarding dental services. Be advised that I have forwarded your request to Ms. Georgia Perdue of Correctional Medical Services for action.

TLC/sw
Cc:    Deputy Warden McGuigan
       Security Superintendent Cunningham
       Georgia Perdue
       file

*about Braces never*
*receive reponce from*
*this letter for action*
*from M.S. Georgia (CMS)*



IM Harry Saqual
SBI# 2013D   Unit 23B
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

TO. Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
    19801 - 3570