In the United States District Court of Delaware

Harry Samuel
    Plaintiff
  v.                            Civ. No. 05-037-SLR
First Correctional Medical
    Defendant


FILED MAR - 8 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE
BD scanned

Plaintiff Second Motion to Compel additional Discovery Directed to First Correctional Medical.

Plaintiff First Discover request Plaintiff requested from FCM to state the Dates with all names, titles and duty of all FCM Staff (individual involvement) that responded to, examined, Treated, filled Plaintiff tooth. To the extent of the matter in dispute. (Plaintiff Discovery request number 5).

In regard to the District Court Order stating all other Discovery requests shall be served and filed on or before January 16, 2007. The Plaintiff before 1-16-2007 requested additional Discovery from FCM Discovery request number 21 which request state the name, Title and duty of the FCM, Staff member and or Person Responsable for the FCM Regulations and Policy in so far as they ensure that Filling Plaintiff tooth is done in a timely manor. Exhibit 2. It has been over 30 days and FCM, has not responded to Plaintiff request number 21.

1. Plaintiff request the Dates with all names, Title and duty of all FCM staff/Person that had Personal involvement in responding to, examined, Treated, filled Plaintiff tooth in regard to the matter and time fram in dispute.

2. Plaintiff request the name(s), Title and duty of FCM Staff/ and Person who is individually responsible and had Personal involvement for and in Delaying Plaintiff Dental Treatment/ Filling for 8 to 9 months in regard to the matter and time fram in dispute September 3, 2004 to June 30, 2005. Exhibit 2 at number 21 as to done in a timely manor.

Plaintiff request now in addition to number 1 and 2 above number 3 herewithin. Plaintiff request the reason why FCM Delayed filling Plaintiff tooth for a 8 to 9 month Delay.

Conclusion

Plaintiff moves the District Court to Compel Plaintiff Discovery request

Date 3-6-2007

Respectfully Submitted
Harry L. Samuel, pro se

TO: Dana Spring Monzo
First Correctional Medical
    Defendants

From: Harry Samuel
    Plaintiff

U.S. District Court
Order 15th day of
November RE: Discovery
Civ. No. 05-037-SLR

## Additional Discovery Request for FCM

Pursuant to rule 33 and 34, fed. R. Civ. P., the Plaintiff submits the following interrogatories and request for documents to the defendants. You are directed to answer each of the interrogatories in writing under oat, and produce each of the requested documents for inspection and copying within 30 days of service. This Discovery was mailed to your office on
All discovery requests shall be served and filed on or before January 16, 2007.

17. Any and all of the Delaware Correctional Center and First Correctional Medical Regulations and Policies on handcuffs Mechanical Restraints, insofar as Mechanical restraints handcuffs shall never be used in a way that causes undue physical discomfort, inflicts physical Pain or in any way restricts the blood circulation or breating of an inmate. insofar as the handcuffs pertain to Plaintiff being forced to ware handcuffs in the rear while in the dental chair while Plaintiff was forced to be handcuffed in the rear during Dental Treatment by Correctional officer Rob Young in september, 2004 to september 2005, (10-7-2004).

18. State the name, Title and Duty of the person responsable for the regulations and Polices on Mechanical Restraints in the FCM/ Delaware Correctional Center MHU on 10-7-2004 and (September, 2004 to September 2005), insofar as the restraints pertain to while a inmate is being seated in and sitting in the Dental Chair While handcuffed in the rear during Dental Treatment the handcuffs shall never be used in a way that causes undue physical discomfort, inflicts physical Pain or in any way restricts the blood circulation.

Exhibit - 2

1

19. State the name, Title and Duty of Rob Young's Supervior on 10-7-2004 (September, 2004 to September, 2005) on the 8 to 4 shift that is responsable for Rob Young's actions. Insofar as they pertain to over Seeing Rob Young's use of mechanical restraints handcuffs on inmates/Plaintiff, in the rear during Dental Treatment, Pertaining to restraint handcuff <u>Regulations</u> that ensure that handcuffs are not to be use in a manor to cause undue discomfort or inflict pain while a inmate is seated and geting Treatment in the Dental Chair. Produce the Document.

20. Any and all of the Delaware Correctional Center and First Correctional Medical Regulations and Policy on Dening and Delaying filling a Inmate/Plaintiff Tooth. Insofar as the Regulations and Policy pertain to Denial and Delay of filling a Inmate/Plaintiff, Tooth shall not be Denied or Delayed in a way that cause a Inmate/Plaintiff undue Suffering and Pain. Produce the Document. from 10-7-2004 (9, 2004 to 9, 2005).

21. State the name, Title and Duty of the Delaware Correctional Center Staff member and First Correctional Medical Staff member and or Person Responsable for the DCC and FCM Regulations and Policy, Insofar as the staff member or Person oversees the Regulations and Policy in ensuring that Filling a Inmate/Plaintiff Tooth is done in a timely manor that do not cause undue Suffering and Pain. Produce the Document. from 10-7-2004 (9, 2004 to 9, 2005).

22. State the Reason it took a year to fill Plaintiff's Tooth. From 9, 2004 to 9, 2005 and why FCM never filled Plaintiff Tooth at all.

23. State how many months FCM should fill a Inmate/Plaintiff's Tooth which is an acceptabl standard of decency.

Plaintiff do not seek personal information. Plaintiff seek Discovery insofar as the claims in dispute.

Date:

Respectfully Submitted
Very Truely yours
Harry L. Samuel, pro se

2

## Certificate of Service

I, _Harry Samuel_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion to Compal additional Discovery, Plaintiff Response to Defendant FCM_ upon the following motion for Summary Judgment.
parties/person (s): _Oposing Counsel (FCM)_

TO: _Dana Spring Monzo_  TO: _____
_(McCullough & McKenty pA.)_  _____
_1225 N. King Street, Suite 1100_  _____
_P.O. Box 397_  _____
_Wilmington, Delaware_  _____
_(FCM)    19899-0397_

TO: _____  TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _6th_ day of _March_, 2007

_Harry L. Samuel_, Pro se


