In the United States District Court of Delaware

Harry L. Samuel
           Plaintiff,

      V.                              C.A.No. 05-037-SLR

First Correctional Medical (FCM)

Plaintiff Answering Brief / Reply and or Response to Defendant First Correctional Medical Motion for Summary Judgment DI. 115. Plaintiff Moves this Honorable U.S. District of Delaware to Denie Defendant First Correctional Medical Motion for Summary Judgment and grant Plaintiff Samuel, civil rights Complaint.

1. Plaintiff is an inmate at the Delaware Correctional Center serving a 98 Year Sentence.

2. Defendant FCM was the health care Provider for the Delaware Correctional Center from the relevant time fram claimed in Complaint from the beginning of September, 2004 to June 30, 2005. at the time of plaintiff incarceration

3. Plaintiff filed for appointment of counsel and his complaint on January 25, 2005. D.I. 2, as FCM was the Dental Provider (Dental Service). Plaintiff filed an amended Complaint against FCM on October 31, 2005. D.I. 34.

4. In Plaintiff Complaint, Plaintiff claim cruel and Unusual
(a) Punishment (8th amendment), Denial/Long Delay in dental treatment, Pain and Suffering in regard to FCM, Delayed filling Plaintiff tooth for a 8 to 9 month delay for non-medical reasons with evidence Deliberate Indifferene.

(b) In Plaintiff Complaint, Plaintiff Claim cruel and unusual Punishment (8th amendment) Pain and Suffering for Pain and suffering Plaintiff receive to Plaintiff wrist, hand and shoulder while being forced to be hand cuffed in the Dental chair during Treatment.

FILED

MAR – 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1

5.,There is liability on FCM for civil rights (Prisoner's) claims

(a) in regard to Inadequate Medical Care for a long Delay in filling Plaintiff tooth with evidence Deliberate Indifference. Plaintiff was examined by FCM Dentist TK Kionke on 11-2-04, TK Kionke warned Plaintiff fillings take 8 to 9 months to fill Plaintiff tooth See Medical Grievance Report A-19, Page 2 of 2 (Exhibit A-19).

(b) Plaintiff requested Discovery of Personal involvement in Plaintiff Discovery request number 5 (Motion to Compel granted) Plaintiff requested Dates with all names, titles and duty of all FCM Staff that responded to, examined, Treated, Filled Plaintiff tooth from the relevant time fram of the Claim in the January 25, 2005 and October 31, 2005 Complaint (with other Submissions).

(c) As to Plaintiff Pain and Suffering for Pain and Suffering Plaintiff receive from injuries to Plaintiff hand, wrist, and Shoulder from being handcuff during Dental Treatment on which Defendant FCM relie on a Slip and fall, Hyson V. Correctional Medical Services (FCM exhibit-1 of Motion for Summary Judgement). Plaintiff Claim Pain and Suffering, as FCM Dentest TK Kionke Contributed in Causing injuries, and Pain and Suffering to Plaintiff hand, wrist and Shoulder by treating/examining Plaintiff while Plaintiff was hand cuffed in the rear In the Dental Chair during Treatment.

6. To the extent that Plaintiff had Pain in Plaintiff tooth and Plaintiff needed treatment/filling to Plaintiff tooth. FCM was Deliberate Indifferent to Plaintiff Serious medical need there after Plaintiff Claim inadequate medical treatment, Federal actions and Proceedings do not require application of Delaware's medical malpractice Statute in Prisoner's Suit alleging inadequate medical treatment. U.S.C.A. Const. Amend. 8: 18 Del. C. §6853. Miller V. Correctional Medical Systems, Inc., 1992, 802 F. Supp. 1126.

7. The Clerk or Prothonotary correctly accepted Plaintiff Inadequate medical, 8th amendment Complaint (1983 Claim).

2

8. It is supported by the record that Plaintiff exhausted
(a) all administrative remedies. Plaintiff filed sick call
slip(s) complaining of pain in Plaintiff tooth and a big hole in
Plaintiff tooth thereafter Plaintiff filed a Medical Grievance
and a appeal. (exhibited)

(b) In regard to Plaintiff injuries, pain and suffering during
dental Treatment while cuffed in the rear. Plaintiff was
told by D.C.C. Staff counselor Kramer and citing D.C.C.
grievance manual which states Classification and
Disciplinary cannot be grievance therefore Plaintiff
appeal but Plaintiff did not receive a response to
Plaintiff Appeal complaint exhibit A-15.

9. Under these legal standards Plaintiff Submits that
defendant FCM dismissal is not warranted because
Plaintiff complaint state a Inadequate medical/Dental
8th amendment, 1983 Claim against FCM upon which relief
Could be recovered.

10. Plaintiff, has named FCM as a defendant in this matter. However,
Plaintiff has submitted sick call slip with signature SAW and
Medical Grievance to identify and serve individual who is
responsible for the Inadequate medical/dental Care in Plaintiff
complaint. Dentist Kionke warn Plaintiff it take 8 to 9 months
to fill Plaintiff tooth. Plaintiff has file Motion to Compel for
Personal involvement for individual who is responsible for the 8 to 9
month Delay which FCM fail to give Plaintiff, Plaintiff, Dis-
covery request number 5 which request individuals Dates with
all names, titles and duty of all FCM that responded to, examined,
Treated, filled Plaintiff tooth in regard to the matter and time
indispute. Plaintiff move the U.S. District court to Compel Discovery
in regard to FCM Staff member who is responsible for the 8 to 9
month Delay in Plaintiff Dental Treatment/filling(s). There is
liability for 1983 civil Prisoner's Rights actions, so Plaintiff,
complaint state a claim of cruel and unusual Punishment
under the 8th amendment Violation for Denial and or lengthy
Delay in Plaintiff Samuel, Dental Treatment which Cause
undue Pain and Suffering with Delibrate Indifference against
FCM.

3

11. Federal actions and proceedings do not require application of Delaware medical malpractice/negligence statute in Prisoner's suit alleging inadequate medical treatment. U.S.C.A. Const. Amend. 8; 18 Del.C. §6853. Miller v. Correctional Medical Systems, Inc., 1992, 802 F. Supp. 1126. As such Plaintiff Federal U.S. District Court law claims must be allowed to Proceed as a matter of law.

12. Plaintiff had 4 Claims in Plaintiff Complaint, Classification,
(a) Conditions (Pillow, toilet, brush) and hand cuff during Treatment. as Plaintiff asserts in Plaintiff initial Complaint that Plaintiff did not file a grievance this assertion is inregard to Classification because Classification can not be grievance. The Conditions Claim and hand cuff during Treatment Claim Plaintiff file inpart as Disciplenary because Plaintiff was wrongfully Place in maximum a Disciplenary Setting which Disciplenary can't be grievance. which these 3 Claim already been dismissed.

(b) Plaintiff Dental Claim of being forced to wait 8 to 9 month long Delay to have Plaintiff tooth Treated/filled. Plaintiff did assert in Plaintiff initial Complaint evidence that Plaintiff did file a Grievance and a appeal regarding Plaintiff Dental Claim filling and 8 to 9 month Delay and Sick Call Slip Complaining of Pain. Therefore, by Plaintiff Own evidence Submissions, Plaintiff establish that the administrative Process was Complete and thus, Plaintiff exhausted all administrative remedies. Inregard to Plaintiff Amended Complaint and mentioning filing a grievance. Plaintiff already Submitted evidence (a Grievance) with Plaintiff Original Complaint and the Amended Complaint is inaddition to the initial Complaint Also the record Supports a Grievance to the Amended Complaint. In the Presence of Plaintiff Proof of Plaintiff exhaustion of all administrative remedies, Plaintiff's Complaint must be allowed to Proceed.

## Conclusion

For the above reasons, the Plaintiff respectfully requests that FCM Motion for Summary Judgment be dismissed and allow Plaintiff Claim(s) against FCM to Proceed.

Respectfully Submitted
Harry L. Samuel, Pro se

Date 3-6-2007

4

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH**

Harry Samuel
Name (Print)

21 B 9 L
Housing Location

8-17-62
Date of Birth

00201360
SBI Number

9-3-04
Date Submitted

Complaint (What type of problem are you having)? my tooth is chiped or the filling came out. If its not filled soon I will loose my tooth I have pain and cant sleep

Harry Samuel
Inmate Signature

9-3-04
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:

Provider Signature & Title                          Date & Time

3/1/99 DE01
FORM#:
MED

000016

4

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Harry Samuel
Name (Print)

MHU/Max 21 B 9 L
Housing Location

8-17-62
Date of Birth

00201360
SBI Number

10-2-04
Date Submitted

Complaint (What type of problem are you having)? my filling came out and I
have a large whole in my back teeth. I need to see Dentist
to get my tooth filled.
    This is my third attempt its been a month now.

Harry Samuel
Inmate Signature

10-2-04
Date

**The below area is for medical use only.  Please do not write any further.**

S:

**RECEIVED OCT 0 5 2004**

Seen 10/7/04 AHH

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
QRM#:

D00015

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): Harry Samuel

Housing Location: 19C3H 21DU6

Date of Birth: 8-17-62

SBI Number: 00201360

Date Submitted: 6-9-05

Complaint (What type of problem are you having)? my tooth filling came
out 9 months ago and my tooth need to be filled and
my teeth need to be even up with Braces.
This is my 6th attempt to get treatment and its over
9 months and no treatment yet.

Inmate Signature: Harry Samuel

Date:

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:  Already

P:  Scheduled

E:

Provider Signature & Title                              Date & Time

3/1/99 DE01
FORM#:
MED
263

Exhibit 27 (27)
Document 204

6

FORM #584

Medical   **GRIEVANCE FORM**

FACILITY: _D. C C._                                     DATE: _cct. 7 2004_

GRIEVANT'S NAME: _Harry Samuel_         SBI#: _00 20/360_

CASE#:_____                 TIME OF INCIDENT: _Sept 5 2004_

HOUSING UNIT: _2 1 8 9 L_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I requested to get treatment from the dentist by puting a
sick call slip (form) in the sick call box on Sept. 7, 2004
Sgt. Sillivan gave me the sick call form after I reported my dental
problem to him. I put in two other sick calls for this matter
and my problem is my filling is out and I got a big hole in my
tooth if not treated I will loose my tenth. Also the warden forwie ②
★ a letter to have braces to fix my front teeth its been years the dentist didnt call ye
The reason I am submiting this grievance is because it
has been a month and I haven't seen the dentist in a
month sence my request (sick call was put in). The dentist assistant
seen me after a month but no treatment now it s been another month and no treatment.
ACTION REQUESTED BY GRIEVANT: to have my tooth fillin by the dentist
seen before I loose my tooth and to have my front teeth braced
like the warden said he notified the dentist Supervior to take
action.

GRIEVANT'S SIGNATURE: _Harry Samuel_        DATE: _oct. 7, 2004_

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Exhibit - 27

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004. | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Resol. Date : 06/22/2005 |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I requested to get treatment from the dentist by putting a sick call slip in the sick call box on 9/7/04. Sgt. Sullivan gave me sick call form after I reported my dental problem to him. I put in two other sick calls for this matter and my problem is filling is out and I got a big hole in my tooth if not treated I will lose my tooth. 2. Also warden forware a letter to have braces to fix my front teeth. It's been years the dentist didn't call yet. The reason I am submitting this grievance is because it has been a month and I haven't seen the dentist in a month sence my request. The dentist assistant seen me after a month but no treatment now it been another month and no treatment.

**Remedy Requested** : To have my toth fill in by the dentist soon before I loose my tooth and have to have my front teeth braced like warden said he notified the dentist supervisor to take action.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES                    Date Received by Medical Unit : 10/22/2004

Investigation Sent : 10/22/2004            Investigation Sent To        : Wolken, Gina

Grievance Amount :

Exhibit 22

Page 1 of 7

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status: Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 21, Upper, Tier D, Cell 6, Bottom | |

| INFORMAL RESOLUTION | |
|---|---|
| Investigator Name : Wolken, Gina | Date of Report 10/22/2004 |

Investigation Report : Patient does not want to sign off until he gets the treatment. Warned him filing take 8-9 months.

Reason for Referring:

Offender's Signature:_____

Date :_____

Witness (Officer) :_____

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

| OFFENDER GRIEVANCE INFORMATION |
|---|

| | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

| IGC |
|---|

Medical Provider:                              Date Assigned

Comments:

☑ Forward to MGC              ☐ Warden Notified

☐ Forward to RGC              Date Forwarded to RGC/MGC : 12/03/2004

☐ Offender Signature Captured    Date Offender Signed    :

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC | |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual | |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : | |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | | |

| APPEAL REQUEST |
|---|

No appeal returned

| REMEDY REQUEST |
|---|

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | |

| REFERRED TO | | |
|---|---|---|
| Due Date : | Referred to: | Name: |

Type of Information Requested :

| DECISION |
|---|

Date Received : 02/22/2005

Decision Date : 03/17/2005          Vote : Uphold

Comments :

I recommend that FCM resolve the dental services availability problem; inordinate delays lead to more serious and expanding medical related issues, as well as higher costs. An 8-to9 month wait for tooth repair is unacceptable.

SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Offender Name : SAMUEL, HARRY L | SBI# : 00201360 | Institution : DCC | |
| Grievance # : 7953 | Grievance Date : 10/07/2004 | Category : Individual | |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/05/2004 | Incident Time : | |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom | | |

| DECISION | | | |
|---|---|---|---|

Decision Date: 06/20/2005          Vote : Uphold

Comments :
I concur with the recommendation of the BGO.

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

Offender Name : SAMUEL, HARRY L

Grievance # : 7953

Status : Resolved

Grievance Type: Health Issue (Medical)

IGC : Merson, Lise M

SBI# : 00201360

Grievance Date : 10/07/2004

Resolution Status: Level 3

Incident Date : 09/05/2004

Institution : DCC

Category : Individual

Inmate Status :

Incident Time :

Housing Location : Bldg 21, Upper, Tier D, Cell 6, Bottom

### MGC

Date Received : 12/03/2004          Date of Recommendation: 02/18/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Munson, Amy | Deny |
| Staff | | Lyons, April | Deny |
| Staff | | Rickards, Suesann | Deny |
| Staff | | Merson, Lise M | Abstain |

### VOTE COUNT

Uphold : 0          Deny : 3          Abstain :1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 2/15/05
You were seen by the dentist and are on the waiting list for a filling.
Appeal form provided.

DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

June 20, 2005

Inmate SAMUEL HARRY L             $21$   $DU-6$
SBI # 00201360
DCC  Delaware Correctional Center
SMYRNA DE, 19977

Dear HARRY SAMUEL:

We have reviewed your Grievance Case # 7953 dated 10/07/2004.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by
BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

$Exhibit\ 21$

In The United States District Court

for the District of Delaware

Harry Samuel

Plaintiff,                          Civ. No. 05-037-SLR

V.

Thomas Carroll

et al.


RE: Dental Services

To Judge Sue L. Robinson.

On 9-7-2005, The Dentist filled my tooth.
The Dentist said plaque developed around the tooth,
and eat some of the bone away that hold the tooth.
I was next schedual for treatment to clean my tooth
(teeth). I explained to the Dentist that the warden had
forwarded a letter to the Dentist to take action on geting
my teeth (tooth) straight. (see two letters from Thomas
the warden dated November 20, 2001 and November october
26, 2001). I bit my lip and it is hard to talk the way my
tooth grow back. I was charged $4.00 dollars for the
filling see Delaware Department of Correction Health
Care Services Fee Sheet. I don't think I should have
to pay because the Tax payers already payed for me
to have Dental, Medical etc. to be housed in prison.

Inmate:
Harry L. Samuel
SBI. #201360
Delaware Correctional Center

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _Harry Samuel_    SBI # _00201360_

(Last, First MI)

Facility _D C C -_    Date _9 - 7 - 2005_

|   |   |   |
|---|---|---|
| ✓ | Chargeable Visit | $4.00 |
| ___ | Non Chargeable Visit | -0- |
| ___ | Medication Handling Fee (S2.00 X ____ ) | S ____ |

**Total Amount Charged To Inmate Account**    $ 4.00

Health Care Staff Signature: _____

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _Harry Samuel_    Date: _____

1) *Witness Signature: _____    Date: _____

2) *Witness Signature: _____    Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period. the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by _____ Date _____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
FORM #: 621

3 part NCR

(C:Copay 96:Form.4)

_Dintist Kathy_
_Filled tooth. July 1, 2005_
_beginning of September_
_2005. (CMS)_

10

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|------------|---------------------------------------------|
| 1/4-05 | 1200 | MH | (S) Mr. Harry samuel was seen by mental health per his request. He reported that he has been housed in the MHU/SHU for 4 years due to write ups. |
| | | | (O) He presented with soft speech and good eye contact. He was A, Ox3 and displayed appropriate mood x affect. No s/H ideas and no VI A hallucinations during the interview. |
| | | | (A) stable at this this but appeared to be in need of of Counseling from a correctional counselor concerning classification issues. |
| | | | (P) Inmate will contact his correctional counselor Inmate will contact mental health as needed. |
| | | | ___ Sanwan, MS |

D00011

| NAME–Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|
| Samuel | Harry | | | 20/360 | |

FCM-002

**INTERDISCIPLINARY PROGRESS NOTES**
Continued on Reverse

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Harry  Samuel                    23, C, 1, U
⎯⎯⎯ / Name (Print) ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯        Housing Location

8-17-62          201360              9 -    - 0 5
Date of Birth      SBI Number          Date Submitted

Complaint (What type of problem are you having)? on about 9-7-04 I was
put in Max at which time 9-7-04 I requested
Dental Care. on 11-2-04 I was handcuffed behinded
my back during Dental Treatment with T K Kionke
the handcuffs and being handcuffed behind my back gave me injuries
and pain to my hand, rist, and shoulder I need to see Doctor it got worst.
Harry L Samuel
⎯⎯⎯⎯⎯ Inmate Signature ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯      Date

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯          ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263

Exhibit - 26

## PHYSICIAN'S ORDER SHEET

**ORDERS**

**START**

~~7 RUBY OT (R) HAND
A/O OUO to 5th FINGER~~

Ntd: R. Pajenowski LPN
12/30/02    1430

**START NEW ORDERS BELOW**

**START**

Noted
& faxed    CXR - (+)PPD Annual

Andrea

**START NEW ORDERS BELOW**

**START**    Nurse Protocol    10/5/05

- Motrin 600mg, 20 BID x 1 BOX
as needed for pain to
(B) shoulder + (R) wrist

Return to sick call if pain
- Continues

NAME: PARKER, HANEY

ALLERGIES

ID: 201340

DOB

D00004

**PHYSICIAN'S ORDERS**

In the United States District Court
District of Delaware

Harry Samuel
            Plaintiff

        V.                                  Civ. No. 05-037-SLR

Thomas Carroll (Warden)
        and              et al
Dental Service


RE: Being handcuffed during Dental
      Treatment and Pain and Suffering

Plaintiff Samuel Submit that after waiting a while
to see if the Pain and Injuries I got from being
handcuff behind my back during dental Treatment
would go away the Pain and injuries I suffered
in my hand, rist and Shoulder did not go away.
Therefore I put in a sick call to see the Doctor
about my Pain and my injuries to my hand, rist and Soulder
(See exhibit-26 Medical/Dental Sick Call).

On 10-5-2005 the nurse Call to see me about my Sick
Call Slip I put in (exhibit-26) By taking me to the nurse/
Doctor office and examin me. I explained to nurse
Danye that I have pain in my hand, rist and Shoulder
and injuries to my rist and Shoulder. I explained to
the nurse that it feels like Something is broke in
Shoulder and the pain and injuries is where I can't
exercise because when I put Pressure from exercising
the pain gets worst. The nurse then instructed me Stop
exercising, and gave me a Box of Pain Reliever, and
a container (cup) of muscle cream and instructed
to put a worm towel on my hand, rist and Shoulder
the nurse said I may have pinched a nerve.

24 Tablets                    NDC # 47682-100-64    ← Pain reliever nurse gave me.

**Medique**

**I-Prin**

**Pain Reliever / Fever Reducer**
Easy to Swallow-Film Coated Tablets
Compares Active Ingredients to Advil®
Registered Trademark of Wyeth Consumer
Manufactured for: Medique Products, Wood Dale, Illinois 60191 USA
1-800-634-7680

                              Respectfully Submitted

                              Harry L. Samuel
                              Date:

6-06 nurse Beck gave plaintiff Motrin 600.

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Harry Samuel
Name (Print)

MHU 23,C,1,U
Housing Location

8-17-62
Date of Birth

201360
SBI Number

Date Submitted

Complaint (What type of problem are you having)? I received Injuries to my
hand, Wrisk and Shoulder while force to ware hand cuffs
during Dental treatment. I seen the nerse for my Injuries,
and pain in my hand, Wrisk and Shoulder. My pain Continues
I need to see Doctor for my Injuries and pain in my hand, Wrisk and
Shoulder Harry Samuel                        6-12-06
Inmate Signature                              Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:    Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

A:

P:

E:

Provider Signature & Title                        Date & Time

3/1/99 DE01
FORM#:
MED
263

15

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL  MENTAL HEALTH

Harry   Samuel
_Name (Print)_

23, C, 1 U
_Housing Location_

8 - 17 - 62
_Date of Birth_

201360
_SBI Number_

_Date Submitted_

Complaint (What type of problem are you having)? on about 9 - 7 - 04 I was put in Max at which time 9 - 7 - 04 I requested Dental care. on 11 - 2 - 04 I was handcuffed behinded my back during Dental Treatment with T K Kionke the hand cuffs and being handcuffed behind my back gave me injuries and pain to my hand, rist, and Shoulder I need to see Doctor it got worst.

Harry L. Samuel
_Inmate Signature_

9 - 30 - 2005
_Date_

**The below area is for medical use only. Please do not write any further.**

S: my ® wrist & shoulder hurt - I was cuffed behind my back when I was in the dental chair -

O:   Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

A: Full ROM on shoulder ® + ® wrist
Ø swelling - tenderness - strength equal grasps

P: Advised to apply warm compress

Nursing Protocol
E: muttin 600mg po BID - 1 Box KOP

Meggett, RN
_Provider Signature & Title_

10/5/05  10°° AM
_Date & Time_

3/1/99 DE01
FORM#:
MED
263

Exhibit - 26

D00121