To, Peter T. Dalleo
    Clerk of Court

RE: regarding final payment (8.00) of filing fees
Samuel v Carroll (FCM)
Civ. No. 05-37-SLR

Hi Dalleo. On February 8, 2007, I payed in full the 150.00 filing fee. Code PLO 869 CK# 16751.

However, the Delaware Correctional Business office sent your office another 8.00 over payment in March.

Please send this 8.00 overpayment check back to my Inmate account.

FILED
MAR 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, await your response

Inmate
Harry Samuel
SBI. # 201360
Unit: MHU, 23, B, 2, U

I/M Harry Samuel
SBI# 201360  UNIT MHU 23,B,2,U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197

To: Peter T. Dalleo
Clerk of Court
United States District Court
LockBox 18
844 King Street
U.S. Court House
Wilmington, Delaware 19801

U.S.M.S
X-RAY