OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 20, 2007

TO:  Harry L. Samuel
     SBI#201360
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

**RE:  Request Status of Payment**
      **Civ. No. 05-37 SLR**

Dear Mr. Samuel:

   This office is in receipt of a letter from you requesting the status of a filing fee payment in the above noted case. Please note that as of 3/20/07, this office has no record of receiving a payment from D.C.C. made on your behalf for the month of March. You may want to advise the accountant at the prison business office of this fact and ask them to verify the status of their withdrawal from your account.

   Enclosed you will find a copy of your filing fee account statement from Civ. No. 05-37 SLR. It is the general practice of this office to prepare a receipt for all monies received, and enter payments on the docket of the applicable case(s). Receipt(s) are then been subsequently mailed to the payee for their own records. As of March 20th, 2007, none of this appears to have transpired in the above referenced case. I hope my response addresses any questions you may have had.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/rpg                                PETER T. DALLEO
                                    CLERK

cc: The Honorable Sue L. Robinson
enc.  Account Statement

SAMUEL V. CARROLL ET AL
CA 05-37-SLR
CASE #2

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 2/15/2005 | CMP. FILED PRIOR TO 2/7/05 | | | 150 |
| 9/20/2005 | 5100PL | 140687 | 15 | 135 |
| 10/28/2005 | 5100PL | 141032 | 2 | 133 |
| 1/5/2006 | 5100PL | 141749 | 14 | 119 |
| 1/20/2006 | 5100PL | 142005 | 23 | 96 |
| 2/17/2006 | 5100PL | 142417 | 2 | 94 |
| 3/16/2006 | 5100PL | 142750 | 7 | 87 |
| 5/4/2006 | 5100PL | 143341 | 8 | 79 |
| 7/27/2006 | 5100PL | 144191 | 13 | 66 |
| 8/15/2006 | 5100PL | 144428 | 6 | 60 |
| 8/15/2006 | 0869PL | 144428 | 2 | 58 |
| 9/15/2006 | 0869PL | 144758 | 9 | 49 |
| 11/7/2006 | 0869PL | 145329 | 13 | 36 |
| 12/14/2006 | 0869PL | 145688 | 11 | 25 |
| 1/23/2007 | 0869PL | 146176 | 17 | 8 |
| 2/8/2007 | 0869PL | 146396 | 8 | 0 |