To. Peter T. Dalleo
clerk of court

Samuel v. Carroll, FCM
Civ. No. 05-37 SLR

Hi Mr Dalleo. Thank you for your response to my letter regarding a duplicate $8.00 over payment,

the $8.00 duplicate payment check has been voided before reaching your office.

Thank you for your help in this matter.

**Receipt for Payment**
Bureau of Adult Corrections
State of Delaware

Institution: DCC     Trans #: 382088     Date: 2/2/2007
Bldg: 23

Funds were disbursed from     Debited:        On Hold:
your account for legal fees:   ($8.00)        $0.00

Resident: Samuel, Harry L
SBI # 00201360
Source: Business Office [m]

Payment check

Institution: DCC     Trans #: 398656     Date: 3/9/2007
Bldg: 23

Funds were disbursed from     Debited:        On Hold:
your account for legal fees:   ($8.00)        $0.00

Resident: Samuel, Harry L
SBI # 00201360
Source: Business Office [m]

Void check

Date 3-23-2...

Harry L. Samuel
SBI # 201360

FILED
MAR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6685
Support Services

# MEMORANDUM

To:    Harry Samuel #201360, Building 23

From:  Carol Powell, Support Services Officer

Date:  03/22/07

Re:    Legal Fees

---

I received your letter regarding legal fees. The duplicate $8.00 payment was voided on 3/12 before it was ever mailed to the court see the attached statement. Your case has been paid in full a copy of your payments is attached.

If you have any questions or concerns do not hesitate to contact me

CC:    Inmate File

Exhibit for court/your convenience

IM Harry Samuel
SBI# 201360   UNIT 23, B, 2, U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO. Peter T Dalleo
Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570