IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY SAMUEL | : | |
| | : | |
|     Plaintiff, | : | C.A. No. 05-037-SLR |
| | : | |
|     v. | : | |
| | : | |
| THOMAS CARROLL, (WARDEN), | : | TRIAL BY JURY DEMANDED |
| LT. PORTER, COUNSELOR | : | |
| KRAMER, CORRECTIONAL | : | |
| OFFICER ROBERT YOUNG, the | : | |
| I.B.C.C. (CLASSIFICATION | : | |
| COMMITTEE), DENTAL SERVICE, | : | |
| CORRECTIONAL MEDICAL | : | |
| SERVICES, INC., and FIRST | : | |
| CORRECTIONAL MEDICAL, | | |
| | | |
|     Defendants. | | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc., for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b), and all Responses thereto, the Court having determined that there is no just reason for delay, the Clerk of the Court is hereby directed to enter final judgment in favor of Correctional Medical Services, Inc. and against Harry Samuel.

                                                                                        _____
                                                                                        J.