IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY SAMUEL | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-037-SLR |
| | : | |
| v. | : | |
| | : | |
| THOMAS CARROLL, (WARDEN), | : | TRIAL BY JURY DEMANDED |
| LT. PORTER, COUNSELOR | : | |
| KRAMER, CORRECTIONAL | : | |
| OFFICER ROBERT YOUNG, the | : | |
| I.B.C.C. (CLASSIFICATION | : | |
| COMMITTEE), DENTAL SERVICE, | : | |
| CORRECTIONAL MEDICAL | : | |
| SERVICES, INC., and FIRST | : | |
| CORRECTIONAL MEDICAL, | | |
| | | |
| Defendants. | | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2007, I electronically filed the **Motion Of Defendant, Correctional Medical Services, Inc., For Entry Of Final Judgment Pursuant To Federal Rule of Civil Procedure 54(b),** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Ophelia Waters, Esquire
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE  19801

Daniel L. McKenty, Esquire
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899

I hereby certify that on May 11, 2007, I have mailed by United States Postal Service, the **Motion Of Defendant, Correctional Medical Services, Inc., For Entry Of Final Judgment Pursuant To Federal Rule of Civil Procedure 54(b)**, to the following non-registered participant:

Harry L. Samuel, SBI #201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

**BY :** */s/ Kevin J. Connors*
**KEVIN J. CONNORS, ESQ.**
**DE Bar ID: 2135**
**1220 North Market Street, 5th Fl.**
**P.O. Box 8888**
**Wilmington, DE 19899-8888**
**Attorney for Defendant,**
**Correctional Medical Services, Inc.**

**Date: May 11, 2007**

\15_A\LIAB\KAMEANY\LLPG\427873\KAMEANY\13252\00162