IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY L. SAMUEL, ) | |
| ) | C.A. No. 05-037- SLR |
| Plaintiff, ) | JURY OF 12 DEMANDED |
| ) | |
| v. ) | |
| ) | |
| THOMAS CARROLL, et al., ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendant First Correctional Medical.


McCULLOUGH & McKENTY, P.A.　　　　　　McCULLOUGH & McKENTY, P.A.


/s/ Dana Spring Monzo　　　　　　　　　　　/s/ Daniel L. McKenty
Dana Spring Monzo, *DE Bar No. 4605*　　　Daniel L. McKenty, *DE Bar No. 2689*
Legal Arts Building　　　　　　　　　　　　Legal Arts Building
1225 King Street, Suite 1100　　　　　　　　1225 King Street, Suite 1100
P.O. Box 397　　　　　　　　　　　　　　　P.O. Box 397
Wilmington, DE 19899-0397　　　　　　　　Wilmington, DE 19899-0397
302-655-6749　　　　　　　　　　　　　　　302-655-6749
Attorney for Defendant　　　　　　　　　　Attorney for Defendant
First Correctional Medical　　　　　　　　　First Correctional Medical


Dated: June 11, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY L. SAMUEL, | ) | |
| | ) | C.A. No. 05-037- SLR |
| Plaintiff, | ) | JURY OF 12 DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individuals:

*Via Electronic Service*
Ophelia Waters, Esquire
Department of Justice
820 N. French Street
6th Floor
Wilmington, DE 19801

*Via First Class Mail*
Harry L. Samuel
SBI# 201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 11, 2007