IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY L. SAMUEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-037-SLR |
| | ) |
| THOMAS CARROLL, LT. PORTER, | ) |
| COUNSELOR KRAMER, THE IBCC, | ) |
| ROBERT YOUNG, CORRECTIONAL | ) |
| MEDICAL SERVICE, and FIRST | ) |
| CORRECTIONAL MEDICAL, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 28th day of August, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiff's motion for reconsideration (D.I. 103) is denied.

2. FCM's motion for summary judgment (D.I. 115) is denied.

3. CMS's motion for entry of final judgment (D.I. 121) is denied.

4. Plaintiff's motion to compel discovery from State defendants Carroll, Porter, Kramer, and Young (D.I. 102) is denied as moot.

5. Plaintiff's motions to compel discovery from FCM (D.I. 106, 116) are granted. FCM shall respond to said discovery requests on or before September 24, 2007.

                                              _/s/ Sue L. Robinson_
                                              United States District Judge