17868/363581

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY L. SAMUEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WARDEN THOMAS CARROLL, et al.,<br><br>　　　　Defendants. | C.A. No. 05-037- SLR<br><br>JURY OF 12 DEMANDED |

### DEFENDANT FIRST CORRECTIONAL MEDICAL'S ("ANSWERING DEFENDANT'S") RESPONSES TO PLAINTIFF'S SUPPLEMENTAL DISCOVERY REQUESTS

1. Plaintiff requests the name(s) of the dentists and dentist assistant that examined plaintiff's dental problem(s) claimed in compliant from 9/1/2004 to 6/30/2005? (10/7/2004).

　　**RESPONSE: Georgianna Mickens, dental assistant; Kathy Kionke, dentist and dental director.**

2. State the reason why plaintiff's dental treatment was delayed for 8 to 9 months and state the name of the person that authorized plaintiff's treatment to be delayed for 8 to 9 months.

　　**RESPONSE: The person who stated that it would be an 8 to 9 month delay was Kathy Kionke, D.D.S. She was the Dental Director. Inmates are seen based on priority and whether the health of the inmate would be adversely impacted. Plaintiff was housed in the Maximum Security Unit. It is more difficult for the prison system to transfer inmates to the main facility where the dentist is located**

**because only a few maximum security inmates can be transported at a time and because maximum security inmates must be segregated from all other inmates.**

3. State if the following individuals was First Correctional Medical staff, from 9/3/2004 to 6/30/2005.

> ? Wolken, Gina
>
> c. Munson, Amy
>
> d. Lyons, April
>
> e. Rickards, Suesann
>
> f. Merson, Lisa M.
>
> g. If FCM staff state each staff member title and duty in regard to claim presented in complaint?
>
> h. State if any of the above individuals examined the plaintiff?

**RESPONSE: The following employees that worked for answering defendant were: Gina Wolken, Facility Operations Supervisor who oversaw the Medical & Dental Unit in regards to complaint issues; Amy Munson, Health Administrator who oversees the entire Medical & Dental Units in all capacities; April Lyons, Health Administrator for Gander Hill receiving training from Amy Munson; Suesann Rikards, Health Administrator for Sussex Correctional was at DCC to assist Amy Munson with facility issues. None of the above individuals examined the plaintiff.**

17868/363581

HECKLER & FRABIZZIO, P.A.

/s/ Gerald J. Hager
Daniel L. McKenty, *DE Bar No. 2689*
Gerald J. Hager, *DE Bar No. 4097*
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
ghager@hfddel.com
302-573-4800
Attorneys for Defendant
First Correctional Medical

17868/363581

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY L. SAMUEL, ) | |
| ) | C.A. No. 05-037- SLR |
| Plaintiff, ) | |
| ) | JURY OF 12 DEMANDED |
| v. ) | |
| ) | |
| WARDEN THOMAS CARROLL, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I certify that, on September 24, 2007, copies of *Defendant First Correctional Medical's Responses to Plaintiff's Supplemental Discovery Requests* were served upon the following individuals:

*Via Electronic Service*
Ophelia Waters, Esquire
Department of Justice
820 N. French Street
6th Floor
Wilmington, DE 19801


*Via First Class Mail*
Harry L. Samuel
SBI# 201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977


/s/ Gerald J. Hager
Gerald J. Hager, *DE Bar No. 4097*