TO: First Correctional Medical
   Heckler & Frabizzio, Gerald J. Hager
From: Harry Samuel
              Plaintiff

C.A. No. 05-037-SLR

Plaintiff additional Discovery Number 2

24. Plaintiff Samuel, Request the Name, Title and Duty of the Owner(s) of Medical Provider First Correctional Medical, in regard to the Dental matter in dispute. (From 9-3-2004 to 6-30-2005).

Plaintiff request a informal response 30 days from service of this Discover request and or from the Date of this request.

I await your Response.



BD scanned

Respectfully Submitted
Harry L. Samuel pro se

Date 9-26-2007