In the United States District Court of Delaware

Harry Samuel
      Plaintiff

v.

First Correctional Medical
      Defendant

C.A. No. 05-037-SLR

Plaintiff renewed Motion for Appointment of Counsel

Plaintiff request the Appointment of Counsel at this stage of the Proceedings after Summary Judgement Phase.

Plaintiff can not afford a attorney. The case involves complex legal matters. The Plaintiff is not a experiance Jail House lawyer. The case may or may not be Tried before a Jury which Plaintiff has no experiance in. The Plaintiff may need additional Discovery for his case. The case/above would best be presented to the court and Defendant by Counsel.



BD scanned

Respectfully Submitted
Very Truly yours
Harry L. Samuel pro se
Delaware Correctional Center

Date 9-26-2007

# Certificate of Service

I, _Harry Samuel_, hereby certify that I have served a true and correct cop(ies) of the attached: _renewed Motion for Appointment of Counsel._ _additional Discovery request No. 2 for_ upon the following _owner name etc., of FCM._
parties/person (s): _oposing counsel_

TO: _Office of the Clerk_
_united States District Court_
_844 N. King Street Lockbox 18_
_Wilmington, Delaware_
_19801-3570_

TO: _Heckler & Frabizzio, Gerald J. Hager_
_800 Delaware Avenue, Suite 200_
_post office Box 128_
_Wilmington, DE._
_19899-0128_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _26th_ day of _September_, 2007

_Harry Samuel_ pro se



I/M Harry Samuel
SBI# 201366   UNIT 23 B 2 U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

legal Mail

WILMINGTON DE 197
27 SEP 2007 PM 3 L

To office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

19801$570