IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY L. SAMUEL, ) | |
| ) | C.A. No. 05-037- SLR |
| Plaintiff, ) | |
| ) | JURY OF 12 DEMANDED |
| v. ) | |
| ) | |
| WARDEN THOMAS CARROLL, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT FIRST CORRECTIONAL MEDICAL'S RESPONSES TO PLAINTIFF'S ADDITIONAL DISCOVERY REQUEST NUMBER 2

24.   Plaintiff Samuel requests the name, title and duty of the owner(s) of medical provider First Correctional Medical, in regard to the dental matter in dispute (from 9/3/2004 to 6/30/2005).

**RESPONSE:** **Tammy Kastre, M.D. is and was the CEO and President of First Correctional Medical during the above-mentioned time period.**

HECKLER & FRABIZZIO, P.A.

/s/ Gerald J. Hager
Daniel L. McKenty, *DE Bar No. 2689*
Gerald J. Hager, *DE Bar No. 4097*
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE  19899-0128
ghager@hfddel.com
302-573-4800
Attorneys for Defendant
First Correctional Medical

Dated:  October 12, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY L. SAMUEL,           )<br>                              )<br>        Plaintiff,             )<br>                              )<br>        v.                    )<br>                              )<br>WARDEN THOMAS CARROLL, et al., )<br>                              )<br>        Defendants.           ) | C.A. No. 05-037- SLR<br><br>JURY OF 12 DEMANDED |

### CERTIFICATE OF SERVICE

I, **GERALD J. HAGER**, certify that on this 12th day of October, 2007, copies of *Defendant First Correctional Medical's Responses to Plaintiff's Additional Discovery Request Number 2* were served upon the following individuals:

*Via Electronic Service*
Ophelia Waters, Esquire
Department of Justice
820 N. French Street
6th Floor
Wilmington, DE 19801

*Via First Class Mail*
Harry L. Samuel
SBI# 201360
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Gerald J. Hager
Gerald J. Hager, *DE Bar No. 4097*