In the United States District Court

Harry Samuel

V.                                                        Civ. No. 05-037-SLR

First Correctional Medical

TO: The Clerk
   Peter T. Dalleo

From: Harry Samuel
   Plaintiff

<u>Information Request</u>

1. Hi Peter, How are you? Is My case going to trial or is there going to be a Bench trial?

2. Please Mail to Me, Six (6) Blank Subpoenas forms. (Note to Clerk the Plaintiff is in forma paupesis status for U.S. Marshall service)?

3. Please Mail to Me, a writ of habeas Curpus ad testificandum to produce plaintiff in court.

I await your Response

Date 10-11-2007

Inmate
Harry L. Samuel pro se
SBI #201360
Delaware Correctional Center



I/M Harry Samuel
SBI# 201360   UNIT 23, B, 2, U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
12 OCT 2007 PM 1 T

To: Peter T. Dalleo, The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570