IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HARRY L. SAMUEL, )
)
    Plaintiff, )
)
v. ) Civ. No. 05-037-SLR
)
FIRST CORRECTIONAL MEDICAL, )
)
    Defendant. )

### ORDER REFERRING MATTER FOR REPRESENTATION

At Wilmington this 9th day of November, 2007, certain claims of the pro se plaintiff having withstood scrutiny through the summary judgment process;

IT IS ORDERED that:

1. For purposes of representing plaintiff for mediation and trial, the Clerk of Court is directed to attempt to refer representation of plaintiff to a member of the Federal Civil Panel. The court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated by reference.[1] Once trial counsel has accepted representation, he or she shall immediately contact the court and opposing counsel for scheduling purposes.

---

[1] Plaintiff's renewed motion for appointment of counsel (D.I. 129) is granted, consistent with the above.

2. Pursuant to 28 U.S.C. § 636, this matter is referred to a Magistrate Judge for purposes of exploring ADR.

_____
United States District Judge