IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY L. SAMUEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-37-SLR |
| FIRST CORRECTIONAL MEDICAL, | ) ) ) |
| Defendant. | ) |

### ORDER RECOGNIZING REPRESENTATION

The Court recognizes that Rodger D. Smith, II., Esquire, has agreed to represent the plaintiff Harry L. Samuel as counsel of record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

_____
United States District Judge

DATED: 1/3/08