IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


HARRY L. SAMUEL,                        )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  ) Civ. No. 05-037-SLR
                                        )
FIRST CORRECTIONAL MEDICAL,             )
                                        )
            Defendant.                  )


**ORDER**

At Wilmington this 𝓍𝓃𝒹 day of January, 2008,

IT IS ORDERED that a telephonic status conference shall be held on

**Tuesday, February 5, 2008**, at 8:30 a.m.  Counsel for plaintiff shall coordinate and

initiate this call.


_____
United States District Judge