IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY L. SAMUEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-037-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 4th day of April, 2008, having reviewed the pending motion to withdraw as counsel for defendant, First Correctional Medical, LLC ("FCM"), and there being no opposition filed thereto;

IT IS ORDERED that said motion (D.I. 135) is **granted**.

IT IS FURTHER ORDERED that, on or before **Monday, June 9, 2008**, defendant FCM shall retain new counsel, as a corporation cannot represent itself. See Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993); James v. Daley and Lewis, 406 F. Supp. 645, 648 (D. Del. 1976). Failure of FCM to timely comply with this order shall be considered a failure to defend and the court shall conduct a hearing at sometime in the future to determine whether judgment (and in what amount) shall be entered against FCM.

United States District Judge