Harry Samuel

    V,

                                     Civ. NO. 05-37-SLR

First Correctional Medical

RE: Status of case/Docket entries

Hi Clerk, please mail to me a update on my complaint from february 1st, 2008 to July 7, 2008 also please mail to me the case Docket entries from february 1st, 2008 to July 7, 2008.



F I L E D

JUL 1 0 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Harry L. Samuel

SBI. #201360

unit: C, C-L-5

James T. Vaughn (Delaware)

Correctional Center

Date: 7-7-2008

I/M Harry Samuel

SBI# 201860  UNIT C, C-L-5

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

To the Clerk

United States District Court

844 N. King Street, Lockbox 18

Wilmington, Delaware

19801-3570