IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY L. SAMUEL, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-037-SLR ) |
| FIRST CORRECTIONAL MEDICAL, | ) ) |
|     Defendant. | ) |

## O R D E R

At Wilmington this 7th day of August, 2008, plaintiff having filed a motion for hearing regarding entry of judgment (D.I. 139);

IT IS ORDERED that the motion is granted. A hearing shall be held on **Tuesday, August 26, 2008**, at **1:00 p.m.** in courtroom 6B on the 6th floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                               _/s/ Sue L. Robinson_
                                               United States District Judge